Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com

Amy L. Kramer (*Pro Hac Vice* to be filed)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**PLAINTIFF'S APPLICATION FOR TEMPORARY RESTRAINING ORDER, ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION, AND ORDER PERMITTING ALTERNATIVE SERVICE**<br><br>Hearing Date:<br>Time:           9:00 a.m.<br>Courtroom:   3 – 5th Floor<br><br>Complaint Filed:    February 14, 2025 |

Plaintiff Invisible Narratives, LLC ("Invisible Narratives") seeks a Temporary Restraining Order ("TRO") to stop offshore scammers from taking a successful start-up business offline, by submitting three or more fraudulent takedown requests to YouTube to have Plaintiff's YouTube channel taken down—even though the material at issue is unquestionably owned by Plaintiff. The owners of Defendant Next

Level Apps Technology – FZCO ("Next Level") have apparently used this scheme before to try to extort ransom payments from copyright and trademark owners, as there is a case alleging similar facts currently pending in this District before Magistrate Judge Peter Kang. *See Ducky Ltd. v. Iviliia Millionic IT Sp z o.o.*, Case No. 3:24-cv-02268-PHK (N.D. Cal.).

Invisible Narratives is the rightful owner of copyrights in and to the Skibidi Toilet brand and web series, including audiovisual works hosted on the YouTube channel *DaFuq!?Boom!* (the "Boom Channel"), and the characters depicted and delineated in those works (collectively, "Skibidi Toilet Copyrighted Works"), as well as unregistered trademark rights in the phrase SKIBIDI TOILET ("Skibidi Toilet Trademark").

As shown through the detailed evidence chronicled in Plaintiff's contemporaneously filed Complaint, Next Level has infringed both the Skibidi Toilet Copyrighted Works and the Skibidi Toilet Trademark, including though the development, marketing, advertising, distribution, sale, and/or offer for sale of an app entitled "Skibidi Toilet" (the "Infringing App") on the App Store and Google Play, and in associated advertising on the unlawfully registered website skibiditoilet.com (the "Infringing Site") and social media accounts on X (formerly Twitter), Instagram, Facebook, and Tiktok (the "Infringing Social Media Accounts").

Even worse, Next Level and its principals have engaged in a fraudulent campaign asserting that they are the creators and/or copyright owners of Skibidi Toilet and related works, including characters purportedly used in Skibidi Toilet videos. These assertions are demonstrably false. However, Next Level has convinced the United States Copyright Office to issue certificates of registration based on Next Level's false statements of authorship and ownership of certain characters appearing in the Skibidi Toilet web series (the "Infringing Deposits"). Moreover, Next Level has submitted a Notification of Claimed Infringement ("DMCA Takedown Notice") to YouTube under the Digital Millennium Copyright Act ("DMCA"), 17 U.S.C. § 512(c), falsely asserting that it owns copyrights in those Skibidi Toilet characters, and that one of Invisible Narratives' videos on the Boom Channel infringes those copyrights. Relying on the false statements in Next Level's DMCA Takedown Notice, YouTube has disabled access to the video in question, and has stated that based on its "multiple strikes" policy, YouTube may disable access to the entire Boom Channel if it receives multiple DMCA Takedown Notices. Next Level has further threatened

to file additional DMCA Takedown Notices containing false copyright ownership and infringement claims—unless Invisible Narratives pays Next Level a hefty ransom. Invisible Narratives is only the latest victim of Next Level's principals, whose modus operandi is to falsely claim rights to the valuable intellectual property of others, then assert those fraudulent rights against their true owners, disrupt their victims' businesses, and extort payments from them.

As described in the Memorandum of Points and Authorities filed herewith, Next Level's illicit activities threaten the existence of not just Invisible Narratives' lawfully created Skibidi Toilet videos, but the Boom Channel as a whole, based on YouTube's "multiple strikes" policy. Next Level's infringements have also harmed, and are continuing to harm, Invisible Narratives' brand, reputation, and goodwill built up in the Skibidi Toilet franchise.

Through this Application, Invisible Narratives requests that the Court provide it with the immediate relief necessary to prevent Next Level from causing further irreparable harm through its unlawful activities. Specifically, Invisible Narratives seeks the following relief:

1. **<u>A Temporary Restraining Order</u>** - Invisible Narratives seeks a limited Order temporarily restraining Next Level, and any of its agents, servants, employees, confederates, and attorneys, and any persons acting in concert or participation with Next Level or its principals or agents, including any recipients of DMCA Takedown Notices from Next Level, from directly or indirectly taking any actions to remove or disable access to any material hosted on the Boom Channel, including by submitting DMCA Takedown Notices to YouTube claiming that any such material hosted on infringes any copyrights to Skibidi Toilet works or the characters therein, or removing or disabling access to such material based on receipt of such DMCA Takedown Notices.  To the extent that any actions to remove or disable access have already been taken, Invisible Narratives seeks an Order for those actions to be retracted and canceled.

2. **<u>An Order to Show Cause for Preliminary Injunction</u>** - Invisible Narratives also seeks an Order preliminarily enjoining and restraining Next Level, and any of its agents, servants, employees, confederates, and attorneys, and any persons acting in concert or participation with Next Level, from the foregoing activity set forth in item 1 above; and also from directly or indirectly infringing the Skibidi Toilet Trademark, including by (A) releasing, distributing, or making the Infringing App available for download on Apple's App Store, Google Play, or any other medium for distribution of mobile

applications, (B) using the Infringing Domain or Infringing Social Media Accounts in connection with Skibidi Toilet-related videos or the Infringing App, and/or (C) filing applications with the United States Patent and Trademark Office or elsewhere for trademarks or trademark registrations that include the phrase "Skibidi Toilet," by itself or with other words, symbols, characters, graphic images, or other devices.

    **3.**    **An Order Permitting Alternative Service** - Invisible Narratives seeks an Order authorizing service upon Next Level, a company resident in Dubai, United Arab Emirates, by the email addresses Next Level has used in connection with its DMCA Takedown Notices, Counter-Notifications, and communications with Invisible Narratives.

The specific order sought by Plaintiff is set forth in Plaintiff's [Proposed] Temporary Restraining Order and Order to Show Cause for Preliminary Injunction, submitted herewith.

Plaintiff supports this Application with the accompanying Memorandum of Points and Authorities, the Declarations of Alexey Gerasimov, Adam Goodman, Philip Allister, and Marc Trachtenberg filed herewith, and on such other evidence and arguments as the Court may consider.

Respectfully submitted,

Dated: February 18, 2025

By:    */s/ Jie (Lisa) Li*
Ian C. Ballon
Jie (Lisa) Li
Amy L. Kramer (*pro hac vice forthcoming*)
GREENBERG TRAURIG, LLP

Attorneys for Plaintiff Invisible Narratives, LLC