**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC, | CASE NO. 5:25-cv-016-44-NW |
| Plaintiff, | |
| v. | |
| NEXT LEVEL APPS TECHNOLOGY – FZCO, | |
| Defendants. | |

**DECLARATION OF ADAM GOODMAN IN SUPPORT OF MOTION FOR _EX PARTE_ TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

I, Adam Goodman, hereby declare and state as follows:

1.      I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2.      I am submitting this Declaration in support of Plaintiff Invisible Narratives LLC's ("Invisible Narratives") _Ex Parte_ Application for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction in the above-captioned matter.

3.      I am the owner and founder of Invisible Narratives.  Invisible Narratives is a multimedia studio bridging Hollywood expertise and the creator economy.

**Assignment of Skibidi Toilet Franchise and Intellectual Property Rights**

4.      On October 12, 2023, Alexey Gerasimov ("Boom") assigned to Invisible Narratives all rights to the Skibidi Toilet series and concept including all Skibidi Toilet videos posted to the YouTube channel _DaFuq!?Boom!_ available at https://www.youtube.com/dafuqboom ("the Boom Channel").  The assignment included all Skibidi Toilet content existing at that time or later created, including but not limited to, all copyright and trademark rights and associated goodwill, as well as the exclusive right to operate and use the Boom Channel and a portion of the advertising revenue derived from the Boom Channel.

5.    After the assignment, Boom continued to create all Skibidi Toilet episodes which are assigned to Invisible Narratives immediately upon creation.

6.    Invisible Narratives has registered a number of copyrights with the United States Copyright Office including some for Skibidi Toilet characters.  Copies of the U.S. Copyright Registrations are attached as Exhibit 1.

7.    Invisible Narratives owns and uses the valuable SKIBIDI TOILET trademark to uniquely identify all Skibidi Toilet content posted on the Boom Channel (the "Skibidi Toilet Trademark").  Every single Skibidi Toilet episode displays the Skibidi Toilet Trademark such that SKIBIDI TOILET is exclusively associated in the mind of the public with the Boom Channel.

**Skibidi Toilet Cultural Phenomenon**

8.    Invisible Narratives, directly, and through its predecessor Boom, has built and promoted significant goodwill with regard to the Skibidi Toilet Trademark and has established an excellent reputation in the field of multimedia entertainment.  Skibidi Toilet has become a global sensation since the release of the first episode two years ago on the Boom Channel, which has experienced exponential growth as evidenced by the number of people that have subscribed to the Boom Channel since then:

| Date | Subscribers to the Boom Channel |
|---|---|
| February 7, 2023 (release of first Skibidi Toilet episode) | 1 million |
| May 15, 2023 | 5 million |
| June 7, 2023 | 10 million |
| July 18, 2023 | 20 million |
| August 17, 2023 | 25 million |
| September 19, 2023 | 30 million |
| March 30, 2024 | 40 million |
| February 2025 | 45 million |

9.      In addition to becoming one of YouTube's fastest growing channels, Skibidi Toilet is one of the biggest trends on YouTube.  Attached as Exhibit 2 is copy of a Washington Post Article from December 10, 2023 reporting that "'*Skibidi' videos have been viewed more than **65 billion times** this year on YouTube alone, making it one of the biggest trends on the platform. On TikTok, videos with the hashtag "Skibidi Toilet" have been viewed more than **15.3 million times**, and they've appeared in countless memes and videos on Instagram. DaFuq!?Boom! also has surpassed 36 million subscribers on YouTube, **becoming one of the fastest-growing channels on the platform**, at times outpacing MrBeast, YouTube's biggest star*" (emphasis added).

10.      Attached as Exhibit 3 is a copy of YouTube's 2023 Wrap-Up blog post reporting that the "original series…Skibidi Toilet" was a trending topic.

11.      The Boom Channel currently has 18.6 *billion* views, including 1.6 *billion* in the United States alone, and viewership in 191 of the world's 193 countries.  In the last two years, the Skibidi Toilet series has been viewed for a total of 282,501,262 *hours* including over *23 million hours* in the United States alone.

12.      The Skibidi Toilet franchise has been the subject of widespread, unsolicited media coverage.  A sample of Skibidi Toilet headlines from a variety of mainstream publications including the New York Times, Forbes, People, Rolling Stone, Business Insider, CNN, and Wired, among others is attached as Exhibit 4.  Full copies of exemplary media coverage from 2023 and 2024 is attached as Exhibit 5.

13.      Invisible Narratives has developed a trusted relationship with its fanbase, who flood social media with excitement, analyzing every single episode of Skibidi Toilet and anxiously anticipating the next episode.  Our fans know that the Boom Channel is the sole source of authentic Skibidi Toilet episodes.

### Next Level's Attempts to Steal the Skibidi Toilet Franchise

14.      Next Level Apps Technology – FZCO ("Next Level") has attempted to disrupt, steal, and claim as its own the Skibidi Toilet franchise including fraudulently obtaining U.S.

copyright registrations, filing trademark applications, registering the skibiditoilet.com domain name, and releasing infringing apps on Apple and GooglePlay, all to the great detriment of Invisible Narratives.

15.    Most egregiously, Next Level submitted a fraudulent DMCA takedown notice to YouTube claiming that the recently released Season 25 contained copyrighted content owned by Next Level.  YouTube disabled access to Skibidi Toilet Season 25.  And, although Invisible Narratives submitted multiple counter-notices, to date, YouTube has yet to reinstate access to the video despite the fact that Invisible Narratives owns all copyright in it.

16.    After Season 25 was removed, our fans expressed widespread frustration and concern.  A sample of comments from various social media including Discord, Reddit, and X (formerly, Twitter) is attached as Exhibit 6.  Some of the comments include:

- "This is more than just worrying about future releases.  The biggest concern most of us are having is for the future of Skibidi Toilet entirely…We have a lot of respect for Boom as a creator and what that idiot [Next Level] is doing to Boom and our community is fucking awful and unfair.  So let us be angry."

- "I don't understand how they can take it mr boom was the one that created Skibidi toilet its just like saying mr beast owns feast ables and then someone trys to take over it when he didn't create it."

- "At this rate were never gonna stop that stupid company who claims they are the owner of Skibidi toilet and false copyright strike…season 25 of the original series I Might as well leave the Skibidi Fandom & Unsucribe to daboom's channel.  It's been an honor to be apart Of the Skibidi Fandom hope all of you will heal from the FZCO [Next Level] situation trust me I have a huge hate against FZCO."

17.    The harm from removal of Season 25 is particularly egregious because there was widespread enthusiasm and anticipation over release of a new episode on the Boom Channel.

18.    Invisible Narratives has been injured in numerous ways, including in that its legitimately published video, in which it owns all rights, has been inaccessible to the world,

prohibiting Invisible Narratives from engaging with Skibidi Toilet fans in the manner that they crave.

19.     Additionally, YouTube has assessed the Boom Channel a "copyright strike," and has warned that "multiple strikes" will result in disabling the entire account.

20.     The termination of the Boom Channel would cause immense and incalculable harm to Invisible Narratives. The Boom Channel is the only source of authentic Skibidi Toilet content. Without the Boom Channel, the 45 million current subscribers to the Boom Channel and countless other consumers would never know where to find authentic episodes of Skibidi Toilet which sparked the global craze. As exemplified by many of the comments in Exhibit 6, this would cause Invisible Narratives to suffer an immense hit to the goodwill underlying its Skibidi Toilet brand. Invisible Narratives would likewise be unable to control its reputation, and the high-quality content that Skibidi Toilet consumers have come to expect and love.  Invisible Narratives would also lose the ability to effectively speak to Skibidi Toilet fans everywhere, by publishing content in the manner and place of its choosing.  Although Invisible Narratives has also lost revenue stemming from advertising placement connected with the Skibidi Toilet Season 25 video (and will lose revenue stemming from other videos if the Boom Channel is deactivated), the harms I describe above cannot be remedied by merely payment of money damages.

21.     On February 5, 2025, Invisible Narratives received an email from Next Level with the subject line "Skibidi Toilet copyright violation."  A true and correct copy of the email is attached as Exhibit 7.  In addition to falsely alleging that Next Level is the "current owner" of certain Skibidi Toilet trademarks and characters, Next Level claims that the Boom Channel "infringes the aforementioned trademarks as well as our company's copyrights," and that "[w]e have performed a precautionary removal of the video infringing our IP rights"—i.e., by submitting the false takedown notice.  Next Level's email then states: "In view of the above, we suggest that you enter into a dialog with us and resolve all contentious issues through negotiations, which will save time and budget. We expect your response by February 6, 2025. Also, be informed that we are going to take down another video this week as a final warning before channel termination."

22.    In lieu of paying a ransom to Next Level, Invisible Narratives has chosen to file this lawsuit to expose Next Level's attempts at extortion and to seek immediate protection to prevent Next Level from inflicting further irreparable harm on our valuable Skibidi Toilet franchise.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2025

_____

Adam Goodman

EXHIBIT 1

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-893

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 24, 2024

## Title
_____

**Title of Work:**    Camera Man

## Completion/Publication
_____

**Year of Completion:**    2024

## Author
_____

- **Author:**    Invisible Narratives LLC
  **Author Created:**    2-D artwork
  **Work made for hire:**    Yes
  **Domiciled in:**    United States

## Copyright Claimant
_____

**Copyright Claimant:**    Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of  copyright claim
_____

**Material excluded from this claim:**    2-D artwork

**New material included in claim:**    2-D artwork

## Rights and Permissions
_____

**Organization Name:**    Invisible Narratives LLC
**Name:**    Adam Goodman
**Email:**    legal@invisiblenarratives.com
**Telephone:**    (424)999-1709
**Address:**    631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|                              |                    |
|------------------------------|--------------------|
| **Name:**                    | /Tiffany Shimada/  |
| **Date**:                    | September 11, 2024 |
| **Applicant's Tracking Number**: | 226531         |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration





This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-536-848**

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

**Title of Work:** Camerawoman

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-853

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title
_____

**Title of Work:** Chief Scientist Skibidi Toilet

## Completion/Publication
_____

**Year of Completion:** 2024

## Author
_____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions
_____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-536-895**

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 24, 2024

---

## Title
_____

**Title of Work:**  Dark Speakerman

## Completion/Publication
_____

**Year of Completion:**  2024

## Author
_____

- **Author:**  Invisible Narratives LLC
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:**  2-D artwork

**New material included in claim:**  2-D artwork

## Rights and Permissions
_____

**Organization Name:**  Invisible Narratives LLC
**Name:**  Adam Goodman
**Email:**  legal@invisiblenarratives.com
**Telephone:**  (424)999-1709
**Address:**  631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|                                  |                       |
|---------------------------------:|-----------------------|
| **Name:**                        | /Tiffany Shimada/     |
| **Date:**                        | September 11, 2024    |
| **Applicant's Tracking Number:** | 226531                |

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-894

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 24, 2024

---

## Title
_____

|  |  |
|---|---|
| **Title of Work:** | Dark TV Man |
| **Previous or Alternate Title:** | Energized TV Man |

## Completion/Publication
_____

|  |  |
|---|---|
| **Year of Completion:** | 2024 |

## Author
_____

|  |  |
|---|---|
| • **Author:** | Invisible Narratives LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant
_____

|  |  |
|---|---|
| **Copyright Claimant:** | Invisible Narratives LLC |
|  | 28220 Agoura Rd., Agoura Hills, CA, 91301, United States |

## Limitation of copyright claim
_____

|  |  |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions
_____

|  |  |
|---|---|
| **Organization Name:** | Invisible Narratives LLC |
| **Name:** | Adam Goodman |
| **Email:** | legal@invisiblenarratives.com |
| **Telephone:** | (424)999-1709 |
| **Address:** | 631 Colorado Ave. |
|  | Santa Monica, CA 90401 United States |

## Certification

**Name:** /Tiffany Shimada/
**Date:** September 11, 2024
**Applicant's Tracking Number:** 226531

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-849

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

**Title of Work:** Detainer Astro Toilet

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

Page 1 of 2

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-850

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title
       **Title of Work:**  Duchess Astro Toilet

## Completion/Publication
       **Year of Completion:**  2024

## Author
-        **Author:**  Invisible Narratives LLC
       **Author Created:**  2-D artwork
       **Work made for hire:**  Yes
       **Domiciled in:**  United States

## Copyright Claimant
       **Copyright Claimant:**  Invisible Narratives LLC
       28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
       **Material excluded from this claim:**  2-D artwork

       **New material included in claim:**  2-D artwork

## Rights and Permissions
       **Organization Name:**  Invisible Narratives LLC
       **Name:**  Adam Goodman
       **Email:**  legal@invisiblenarratives.com
       **Telephone:**  (424)999-1709
       **Address:**  631 Colorado Ave.
       Santa Monica, CA 90401 United States

## Certification

| | |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-851

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

## Title
_____

**Title of Work:** Juggernaut Astro Toilet

## Completion/Publication
_____

**Year of Completion:** 2024

## Author
_____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions
_____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-845

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
October 23, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Large Cameraman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | Invisible Narratives LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Invisible Narratives LLC |
| | 28220 Agoura Rd., Agoura Hills, CA, 91301, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Invisible Narratives LLC |
| **Name:** | Adam Goodman |
| **Email:** | legal@invisiblenarratives.com |
| **Telephone:** | (424)999-1709 |
| **Address:** | 631 Colorado Ave. |
| | Santa Monica, CA 90401 United States |

## Certification

| | |
|---:|:---|
| **Name:** | /Tiffany Shimada/ |
| **Date**: | September 10, 2024 |
| **Applicant's Tracking Number**: | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-846

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title
_____

**Title of Work:** Large Speakerman

## Completion/Publication
_____

**Year of Completion:** 2024

## Author
_____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions
_____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date**: | September 10, 2024 |
| **Applicant's Tracking Number**: | 226531 |

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-852

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

**Title of Work:** Large TV Man

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

| | |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code*,
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-892

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 24, 2024

---

## Title
_____

       **Title of Work:**  Mothership Astro Toilet

## Completion/Publication
_____

       **Year of Completion:**  2024

## Author
_____

-        **Author:**  Invisible Narratives LLC
       **Author Created:**  2-D artwork
       **Work made for hire:**  Yes
       **Domiciled in:**  United States

## Copyright Claimant
_____

       **Copyright Claimant:**  Invisible Narratives LLC
       28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

       **Material excluded from this claim:**  2-D artwork

       **New material included in claim:**  2-D artwork

## Rights and Permissions
_____

       **Organization Name:**  Invisible Narratives LLC
       **Name:**  Adam Goodman
       **Email:**  legal@invisiblenarratives.com
       **Telephone:**  (424)999-1709
       **Address:**  631 Colorado Ave.
       Santa Monica, CA 90401 United States

## Certification

**Name:** /Tiffany Shimada/
**Date:** September 11, 2024
**Applicant's Tracking Number:** 226531

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code,* attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-844

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
October 23, 2024

## Title
_____

**Title of Work:** Plungerman

## Completion/Publication
_____

**Year of Completion:** 2024

## Author
_____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions
_____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|                               |                      |
|------------------------------:|----------------------|
| **Name:**                     | /Tiffany Shimada/    |
| **Date:**                     | September 10, 2024   |
| **Applicant's Tracking Number:** | 226531            |

**Copyright Office notes:**    Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-944

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
October 25, 2024

---

## Title

**Title of Work:** Skibidi Toilet

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork
**Previous registration and year:** VAu001509921, 2023

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

| | |
|---:|:---|
| **Name:** | /Tiffany Shimada/ |
| **Date**: | September 10, 2024 |
| **Applicant's Tracking Number**: | 226531 |

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

**VAu 1-536-859**

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

## Title _____

**Title of Work:** Speakerman

## Completion/Publication _____

**Year of Completion:** 2024

## Author _____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant _____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim _____

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions _____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date**: | September 11, 2024 |
| **Applicant's Tracking Number**: | 226531 |

**Copyright Office notes:**   Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-891

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 24, 2024

---

## Title
_____

**Title of Work:**  Speakerwoman

## Completion/Publication
_____

**Year of Completion:**  2024

## Author
_____

- **Author:**  Invisible Narratives LLC
  **Author Created:**  2-D artwork
  **Work made for hire:**  Yes
  **Domiciled in:**  United States

## Copyright Claimant
_____

**Copyright Claimant:**  Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of  copyright claim
_____

**Material excluded from this claim:**  2-D artwork

**New material included in claim:**  2-D artwork

## Rights and Permissions
_____

**Organization Name:**  Invisible Narratives LLC
**Name:**  Adam Goodman
**Email:**  legal@invisiblenarratives.com
**Telephone:**  (424)999-1709
**Address:**  631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-946

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 25, 2024

## Title

| | |
|---|---|
| **Title of Work:** | Titan Cameraman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | Invisible Narratives LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Invisible Narratives LLC |
| | 28220 Agoura Rd., Agoura Hills, CA, 91301, United States |

## Limitation of  copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **Previous registration and year:** | VAu001509921, 2023 |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Invisible Narratives LLC |
| **Name:** | Adam Goodman |
| **Email:** | legal@invisiblenarratives.com |
| **Telephone:** | (424)999-1709 |
| **Address:** | 631 Colorado Ave. |
| | Santa Monica, CA 90401 United States |

## Certification

| | |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-847

**Effective Date of Registration:**
September 10, 2024
**Registration Decision Date:**
October 23, 2024

## Title

**Title of Work:** Titan Speakerman

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork
**Previous registration and year:** VAu001509921, 2023

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

**Name:** /Tiffany Shimada/
**Date:** September 10, 2024
**Applicant's Tracking Number:** 226531

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**
## VAu 1-536-858
**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

## Title
_____

**Title of Work:** Titan TV Man

## Completion/Publication
_____

**Year of Completion:** 2024

## Author
_____

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant
_____

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim
_____

**Material excluded from this claim:** 2-D artwork
**Previous registration and year:** VAu001509921, 2023

**New material included in claim:** 2-D artwork

## Rights and Permissions
_____

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

**Name:** /Tiffany Shimada/
**Date:** September 11, 2024
**Applicant's Tracking Number:** 226531

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

# VAu 1-536-857

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 23, 2024

---

## Title

**Title of Work:** TV Man

## Completion/Publication

**Year of Completion:** 2024

## Author

- **Author:** Invisible Narratives LLC
  **Author Created:** 2-D artwork
  **Work made for hire:** Yes
  **Domiciled in:** United States

## Copyright Claimant

**Copyright Claimant:** Invisible Narratives LLC
28220 Agoura Rd., Agoura Hills, CA, 91301, United States

## Limitation of copyright claim

**Material excluded from this claim:** 2-D artwork

**New material included in claim:** 2-D artwork

## Rights and Permissions

**Organization Name:** Invisible Narratives LLC
**Name:** Adam Goodman
**Email:** legal@invisiblenarratives.com
**Telephone:** (424)999-1709
**Address:** 631 Colorado Ave.
Santa Monica, CA 90401 United States

## Certification

|  |  |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:**  Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*

United States Register of Copyrights and Director

**Registration Number**

## VAu 1-536-945

**Effective Date of Registration:**
September 11, 2024
**Registration Decision Date:**
October 25, 2024

## Title

| | |
|---|---|
| **Title of Work:** | TV Woman |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 2024 |

## Author

| | |
|---|---|
| • **Author:** | Invisible Narratives LLC |
| **Author Created:** | 2-D artwork |
| **Work made for hire:** | Yes |
| **Domiciled in:** | United States |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Invisible Narratives LLC |
| | 28220 Agoura Rd., Agoura Hills, CA, 91301, United States |

## Limitation of copyright claim

| | |
|---|---|
| **Material excluded from this claim:** | 2-D artwork |
| **New material included in claim:** | 2-D artwork |

## Rights and Permissions

| | |
|---|---|
| **Organization Name:** | Invisible Narratives LLC |
| **Name:** | Adam Goodman |
| **Email:** | legal@invisiblenarratives.com |
| **Telephone:** | (424)999-1709 |
| **Address:** | 631 Colorado Ave. |
| | Santa Monica, CA 90401 United States |

## Certification

| | |
|---|---|
| **Name:** | /Tiffany Shimada/ |
| **Date:** | September 11, 2024 |
| **Applicant's Tracking Number:** | 226531 |

**Copyright Office notes:** Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H).

EXHIBIT 2

🕐 This article was published more than **1 year ago**

*Democracy Dies in Darkness*

# How a toilet-themed YouTube series became the biggest thing online

"Skibidi Toilet" is the first hit narrative series to be told entirely through short-form video, showing Gen Alpha's impact on the entertainment world

December 10, 2023

🎧 10 min    ⤴    🔖    💬 453

 By [Taylor Lorenz](#)

The biggest online phenomenon of the year is an animated video series that primarily appeals to children, filled with obscure internet and gaming references that most adults wouldn't understand, and with a name that all but screams scatological humor.

Its existence has sparked concern among adults, but is in fact a natural outgrowth of a video world created in part by parents who've made a habit of handing their iPads to their children to watch harmless entertainment such as "Cocomelon." The success of the series also shows the first point of tension between Gen Z and Gen Alpha.

Called "Skibidi Toilet," the YouTube series was created by an animator named Alexey Gerasimov for his YouTube channel [DaFuq!?Boom!](#) The series tells the story of Skibidi Toilets (toilets with human heads) engaged in a war with people who have CCTV cameras, speakers and televisions for heads amid a dark and dystopian landscape. They battle each other across an expanding industrial world that includes New York City landmarks, with the Skibidi Toilets acting on behest of their leader, G-Man, to destroy humanity and transform more people into Skibidi Toilets.

"Skibidi" videos have been viewed more than 65 billion times this year on YouTube alone, making it one of the biggest trends on the platform. On TikTok, videos with the hashtag "Skibidi Toilet" have been viewed more than 15.3 million times, and they've appeared in countless memes and videos on Instagram. DaFuq!?Boom! also has surpassed 36 million subscribers on YouTube, becoming one of the fastest-growing channels on the platform, at times outpacing MrBeast, YouTube's biggest star.

Maddy Buxton, culture and trends manager at YouTube, said "Skibidi Toilet" is a phenomenon unlike any other the platform has seen before.

"It's become one of the year's biggest cultural moments," she said. "I've never quite seen anything blow up like this. It started as a meme but it's evolved into this very complex storyline with a lot of hidden meaning that people are very eager to break down and try to understand."

"Skibidi Toilet" may seem easy to write off as an internet fad, but its ascendance reveals what the future of entertainment might look like across major social platforms. It is the first narrative series to be told entirely through short-form video (60 seconds or less), and it's the first major mainstream meme that has arisen from Generation Alpha (kids roughly age 10 and younger).

"This is one of the first memes that we've seen take off with Gen Alpha and it's one of the first Gen Alpha trends we've seen on YouTube," Buxton said by phone.

With so much focus on TikTok as a culture driver over the past few years, "Skibidi Toilet" is also a testament to the enduring power of YouTube. In one episode, one of the toilet people destroys YouTube's headquarters in what the YouTuber Matthew Patrick called "a not-so-subtle metaphor for how the show has broken the website and … created a level of virality that has never been seen before."



While Gen Zers initially appreciated the nostalgic gaming element of the series, many of them now feel uncomfortable and have made reaction videos and memes lamenting its growth.

Sophie Browning, 21, a content creator and meme account administrator, says that's a natural reaction to Gen Z being supplanted as the driver of online culture. "This is the first time Gen Z feels old or out of touch with meme culture," she said. "We've been told that we run memes and control what's popular and funny, but now I think Gen Z is reckoning with the new Alphas. It's unnerving for them to encounter this big meme phenomenon that they don't feel a part of and didn't contribute to."

Gerasimov, a 25-year-old self-taught animator and a member of Gen Z, began creating the series earlier this year. He created the DaFuq!?Boom! video channel in 2016 and for years attracted a modest following by posting humorous animated videos.

He creates his animation using a computer graphics tool called Source Filmmaker that allows users to create animations in the style of an early video game called Garry's Mod. Garry's Mod was an online world building sandbox (or space to play around in) similar to "Minecraft." "Early YouTube was filled with GMod videos, the exact same way "Minecraft" videos dominate the platform today," Ryan Broderick, a journalist and content creator, noted in his Garbage Day newsletter, adding that Gerasimov's channel veering deeply into "weird internet aesthetics" played into young people's nostalgia for the internet of the early 2010s.

Said Buxton: " 'Skibidi Toilet' really plays with the language of the internet in ways Gen Z and Gen Alpha are more used to and have grown up with."

The word "skibidi" comes from the series' recurrent theme song, a mashup of the 2007 song "Give It to Me" by Timbaland and a 2022 Turkish song called "Dom Dom" that went viral on TikTok last year. The first few "Skibidi" videos were relatively straightforward toilet humor, but soon evolved into complex narratives.

YouTube says that this rich storytelling has spurred a highly dedicated community online that has created an endless stream of "Skibidi Toilet" fan fiction, art, writing and games inspired by the series.

" 'Skibidi Toilet's' success is a reminder that YouTube is not just about polished productions and celebrity endorsements. It's a space for creativity, experimentation and the unexpected," Buxton said.

Ben De Almeida, a 24-year-old YouTuber with nearly 7 million subscribers, said he watched nearly every episode of "Skibidi Toilet" on a live stream a couple of months ago and has begun to understand its appeal. "I've never seen episodic type [entertainment] on YouTube Shorts," he said. "Especially for Gen Alpha kids, I don't think there was any narrative series they could keep coming back to on Shorts."

But he says he now sees why it's appealing, especially to young people.

"It's not something you have to watch every episode to understand," he said. "There are common characters and themes, and it just gets bigger and bigger. All you really have to know is it's the toilet people fighting the camerahead people and then new characters come in."



What is Skibidi Toilet

The entertainment news website Cartoon Brew reported that "Skibidi Toilet" "may look rough around the edges compared to major studio fare, but there is no question that Gerasimov is a filmmaker who understands pacing, camerawork, sound design, and how to tell a story."

De Almeida said he has watched as Skibidi memes have spread among elementary school-age children. Said Broderick: "'Skibidi Toilet' is one of those things where you might not know what it is, but you know some 5-year-old is watching it and they think it's the funniest, best thing they've ever seen in their life."

The series is so deeply of the internet that it appeals almost exclusively to those who are young enough to have been fully immersed in online content since their earliest memories. These Gen Alpha kids who make up the majority of the "Skibidi Toilet" audience are often loosely referred to online as "iPad babies" because social media content has been their primary form of entertainment since birth.

"I can't help but wonder if 'Skibidi Toilet' is a consequence of iPad babies growing up watching hours and hours of YouTube Kids, which is known for its nonsensical videos featuring characters from various movies, games and TV shows," Browning said. "I think being exposed to YouTube Kids has had an effect on kids' humor."

Older people without a deep intrinsic knowledge of internet culture are unlikely to understand the appeal of the series, Broderick said. "It's such a late-stage internet thing because it's based on previous internet culture artifacts," he said.



skibidi toilet 40

Online culture experts said that you can see the direct influence of TikTok on the series. It's short form and often uses viral TikTok sounds. "Gen Alpha are spending their development years on TikTok," Browning said. And the sort of collaborative, iterative, short-form storytelling seen on the app is very tied with "Skibidi Toilet."

Many of the references in the "Skibidi Toilet" series also come from gaming. The leader of the Skibidi Toilets, G-Man, is actually a character from the "Half-Life" series of first-person shooter video games, and the camera-headed people often engage in "Fortnite" dances.

Despite its young audience, "Skibidi Toilet" appears on YouTube, not YouTube's app for children's content, and the company said that theoretically only kids ages 13 and older are supposed to be able to view the content. But parents frequently pass iPads off to young children, who freely view content on YouTube's primary app. "Skibidi" costumes for elementary school-age children were a hot commodity this past Halloween.

"If YouTube thinks anyone over the age of 13 is watching hours and hours of 'Skibidi Toilet,' they're out of their minds," Broderick said. "It's not something anyone with a fully formed brain is enjoying."

Videos of children begging to watch "Skibidi Toilet" have gone viral on TikTok and Instagram and kids have begun playfully hopping out of objects singing the "Skibidi Toilet" song while pretending to be Skibidi Toilets, baffling parents.

This summer, the slang phrase "Skibidi Toilet syndrome" emerged to speak to the effects that relentless "Skibidi Toilet" viewing has on young children. The TikTok account of one elementary school-age child humorously documents his descent into "Skibidi" madness, with videos of him throwing tantrums when he's unable to watch the YouTube videos.



The link to this photo or video may be broken, or the post may have been removed.

Visit Instagram

The viral craze has led to panic among adults who can't understand the frenzy their children have developed around the series. Several parenting sites have published articles on "how to protect your kids" from "Skibidi Toilet" syndrome, claiming that the videos are "dangerous."

But YouTube's Buxton says the series is all in good fun. "It's an epic good-versus-bad story told across short-form video," she explained. There's no dialogue in the series, which has allowed it to gain international appeal.

Browning also dismissed any worries about its popularity among young children. "I think older generations are threatened by it because it feels so foreign to them," she said. "It is an admittedly strange visual. I can see how people can be disturbed by it. It's very surreal and crazy, but I feel like Gen Alpha is used to seeing surreal and crazy things on the internet."



Film Theory: The Hidden LORE of Skibidi Toilet!

EXHIBIT 3

# A Year on YouTube: The trending topics that defined 2023

BY **MADELINE BUXTON,** *CULTURE & TRENDS MANAGER, US AND CANADA*

DEC 04, 2023 – 4 MINUTE READ

## As the year comes to a close, it's time to look back at the trending topics and creators.

In 2023, you turned talking toilets into a global hit, took regional Mexican music to the top of the charts, and found your place in a Barbie world.

Major moments in the zeitgeist came to life in new and more varied ways than ever before on YouTube.

As the year comes to a close, it's time to look back at the trending topics and creators you couldn't stop talking about over the last 12 months.

## Trending Topics of 2023 (US)



https://blog.youtube/culture-and-trends/2023-on-youtube/

The Barbie dress: let's sew and discuss WHY | WITHWENDY

2023's Trending Topics in the US reflect fandom's increasingly important role in transforming cultural moments into fully immersive phenomena that play out across Shorts, longform, livestreams, and podcasts. From original series like Skibidi Toilet to the release of *Barbie*, fans came to YouTube to put their personal spins on memes, movies, and more.

Creator communities turned the Grimace Shake into an unexpected piece of analog horror-inspired lore; used Jack Black's — er Bowser's — "Peaches" to engage with the Mario universe; found new adventures within the open world of The Legend of Zelda: Tears of the Kingdom; and made Miley Cyrus's "Flowers" a hit with multiple Shorts trends and explorations of easter eggs.

This year's Trending Topics also include the rise of artificial intelligence, which inspired new challenges and experiments among creators; a must-stream indie horror game; an artist who helped bring Música Mexicana center stage; and the search for authoritative news about Israel Palestine.

- Skibidi Toilet
- Grimace Shake
- Israel Palestine
- Peaches (Bowser/Jack Black)
- The Legend of Zelda: Tears of the Kingdom
- Garten of Banban
- *Barbie* (2023)
- Peso Pluma

https://blog.youtube/culture-and-trends/2023-on-youtube/

- Artificial Intelligence
- Flowers (Miley Cyrus)

# Top Creators (US)



$1 vs $1,000,000,000 Yacht!

Among top creators in the US, MrBeast continued his reign for the fourth consecutive year, but was joined by plenty of fresh faces who found success in multiple verticals, from sketch comedy to sports. These creators saw the greatest growth in US-based subscribers in 2023:

1. MrBeast
2. Pink Shirt Couple
3. Topper Guild
4. Zhong
5. VuxVux
6. Ian Boggs
7. JT Casey
8. Jeffrey Bui
9. Stokes Twins
10. Ben Azelart

https://blog.youtube/culture-and-trends/2023-on-youtube/

# Breakout Creators (US)



skibidi toilet

Meanwhile, this year's US Breakout Creator's list features multiple gaming creators as well as the creator behind the unexpected series of the year. This list features creators who saw the greatest growth in US-based subscribers in 2023, including new creators, as well as existing creators whose subscriber base at least tripled in size compared to subscribers gained in 2022.

1. Pink Shirt Couple
2. JT Casey
3. Jeffrey Bui
4. DaFuq!?Boom!
5. Cash
6. Hew Moran

https://blog.youtube/culture-and-trends/2023-on-youtube/

7. Jake Sweet
8. Armaani
9. Corey Tonge
10. Jaden Sprinz

# Top Songs



Ella Baila Sola - (Video Oficial) - Eslabon Armado y Peso Pluma - DEL Records 2023

Shorts trends helped drive tracks from Toosii and Miley Cyrus to the top, while Música Mexicana had a major year thanks to artists like Peso Pluma and Grupo Frontera.

1. Toosii - Favorite Song
2. Miley Cyrus - Flowers
3. Eslabon Armado, Peso Pluma - Ella Baila Sola
4. Yng Lvcas, Peso Pluma - La Bebe (Remix)
5. Morgan Wallen - Last Night
6. Fuerza Regida, Grupo Frontera - Bebe Dame
7. Rema, Selena Gomez - Calm Down
8. Carin León, Grupo Frontera - QUE VUELVAS
9. SZA - Snooze

https://blog.youtube/culture-and-trends/2023-on-youtube/

10. Lil Durk - All My Life ft. J. Cole

EXHIBIT 4

## BUSINESS INSIDER

**'Skibidi Toilet' isn't mindless — it's a 'cultural touchstone' that captures the anarchic spirit of the internet**

## BUSINESS INSIDER

**Dear Santa: Please bring me a Skibidi Toilet for Christmas**



# How The Animation Channel DaFuq!?Boom! Became Youtube's Biggest Hit This Summer

 **Entertainment**

**'Skibidi Toilet:' If you don't know what it is, you will**

**COLLIDER**

# Your Kid's Favorite YouTube Series Is Getting a Big-Budget Franchise

# DAZED

## Skibidi Toilet: the terrifying new creatures haunting the internet

Millions on YouTube an epic war between a race of evil toilets who have taken over the world, and the TV-headed revolutionaries who are fighting back

# FAST COMPANY

## 'Rizz' vs. 'skibidi': Why some slang words stick around and others fade away

What gives some slang staying power? Linguistic experts weigh in on Gen Z and Gen Alpha slang words.

# Forbes

## The Surreal Horror Of 'Skibidi Toilet,' Explained

# Forbes

## 'Fortnite' Is About To Get Flushed By 'Skibidi Toilet'

# Forbes

## Here's When Skibidi Toilet Arrives In 'Fortnite,' The Dawn Of A New Era



# What is Gen Alpha slang? The meaning behind words like 'skibidi,' 'sigma'



# Skibidi Toilet takes the throne in Fortnite



# Skibidi Toilets Reportedly Flushing Into Fortnite This Week



# Skibidi Toilet Is Seemingly Coming to Fortnite

Grab your plungers.

**IN THE KNOW**

# What is 'Skibidi Toilet'? Creepy YouTube series is being called 'Gen Alpha's Slenderman'



# Skibidi Toilet Halloween Costumes Are Now A Thing



# What Is Skibidi Toilet: The Controversial Oddity & TV/Movie Franchise, Explained

## National World

**What does 'skibidi' mean? Children's top slang words 2024 revealed in annual Oxford list**

## Newsweek

# What Is Skibidi Toilet? Inside the Eerie Videos Taking Over the Internet

# The New York Times

## 'Skibidi Toilet' Has Come to Fortnite. What the Heck Is It?

In the survival battle video game with 110 million monthly players, you can now wear a skibidi toilet as a backpack. Here is a breakdown of what in the world that means.



## What Does Gen Alpha Have Against Ohio? A Complete Guide to a New Generation of Slang, From 'Skibidi Toilet' to 'Rizz'

Gen Alpha, or those born after 2010, have developed their own terminology from 'skibidi' to 'fanum tax'



## Skibidi Toilet and Plungerman are coming to Fortnite

Fortnite is so Skibidi



## WE PLAYED THE SKIBIDI TOILET 'FORTNITE' SKIN SO YOU DON'T HAVE TO

It's the Gen Alpha mashup we probably didn't need but got anyway



**Skibidi Toilet Is An iPad Kid's Fever Dream**

How Gen Alpha's first viral meme marks the beginning of an intergenerational culture war.

# The Guardian

# Skibidi Toilet: what is this bizarre viral YouTube series – and does it deserve the moral panic?

## THE NEW YORKER

## THE YEAR IN BRAIN ROT

*The Web series "Skibidi Toilet" and its associated lexicon entered my household around March.*



# Epic Games Announces New Fortnite x Skibidi Toilet Items



# 'SKIBIDI TOILET': FLUSHING OUT AUDIENCE DATA ON AN INTERNET PHENOMENON



## 'Fortnite' Is About to Fanum Tax Our Wallets With a New Skibidi Toilet Collaboration

**WIRED**

## Who's Afraid of *Skibidi Toilet*?

The bizarre animated YouTube series is so huge that it's caught the attention of concerned parents and the Russian government. But it's still a mystery to almost anyone over 30—except Stephen Colbert.

EXHIBIT 5

(https://www.reachoutmedia.com/reachout-control/www/delivery/cl.php?
bannerid=6492&zoneid=71&sig=598d259aaa5d0e0a46fa5ec820fa63e2e954bc0fe07cbf9c3abaa9613c064c9a&oadest=https%3A%2F%2Fi
wild-robot%2Ffor-your-consideration)



ANIMATORS (HTTPS://WWW.CARTOONBREW.COM/ANIMATORS)

SHORTS (HTTPS://WWW.CARTOONBREW.COM/SHORTS)

STREAMING (HTTPS://WWW.CARTOONBREW.COM/STREAMING)

# How The Animation Channel DaFuq!?Boom! Became Youtube's Biggest Hit This Summer

By **JAMIE LANG (HTTPS://WWW.CARTOONBREW.COM/AUTHOR/JAMIELANG)** | 07/03/2023 3:25
pm | 💬 5 (https://www.cartoonbrew.com/streaming/dafuqboom-youtube-alexey-gerasimov-skibidi-toilet-
230239.html#disqus_thread)

**Stay informed with free updates:** Sign up to get our news digest — delivered directly to your inbox twice a week.

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.CARTOONBREW.COM/STREAMING/DAFUQBOOM-YOUTUBE...

Enter your email address     Sign Up

This summer's hottest Youtube channel isn't MrBeast or Cocomelon, it's DaFuq!?Boom! (https://www.youtube.com/@DaFuqBoom), a meme-fueled animated shorts channel created and operated by an artist who calls himself Blugray.

DaFuq!?Boom! monopolized the top spot on the Youtube traffic tracking site Tubefilter for the entire month of May (https://www.tubefilter.com/2023/06/09/top-100-most-viewed-youtube-channels-worldwide-may-2023/), accumulating 2.8 billion views during that time. Things didn't slow down in June (https://www.tubefilter.com/2023/06/26/top-50-most-viewed-youtube-channels-week-of-6-25-2023/) either, with the channel leading the global list for the first three weeks of the month and likely to finish in the top spot when monthly figures are released this week. The channel just reached over 7 billion total views.

A basic timeline of the Youtube channel's growth, with significant subscriber and view count milestones, can be found here (https://www.youtube.com/@DaFuqBoom/about). The channel was launched on June 6, 2016, and got its 10,000th subscriber on May 18, 2017. Since then, growth has been mostly steady, but no one could have predicted what happened this spring, when the channel's popularity exploded. DaFuq!?Boom! has picked up nearly 12 million new channel subscribers in the last month-and-a-half, whereas it took nearly seven years to reach its first five million subscribers.



Blugray's real name is Alexey Gerasimov, and he lives and works in Georgia (the country). Gerasimov is 25 years old and has been teaching himself animation for the past nine years. He has no formal education in the field, and he has only ever worked for himself and his channel.

2/13/25, 10:35 AM     How the Animation Channel DaFuq!?Boom! Became YouTube's Biggest This Summer

Case 5:25-cv-01644-NW    Document 9-2    Filed 02/18/25    Page 76 of 199

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.CARTOONBREW.COM/STREAMING/DAFUQBOOM-YOUTUBE-ALEXEY-GER



(https://www.cartoonbrew.com/wp-content/uploads/2023/07/alexey.jpg)

Alexey Gerasimov

Gerasimov has published several loosely related shorts to the channel over the years, with several going viral in their own right, although nothing like what the channel is seeing right now. His short *I'M AT DIP* was released in March 2017 and has been viewed more than 45 million times. *ULTIMATE MALE_07 COMPILATION* came out last year and already has 34 million views.



[SFM] I'M AT DIP

(HTTPS://WWW.FACEBOOK.COM/SHARER.PHP?U=HTTPS%3A%2F%2FWWW.CARTOONBREW.COM%2FSTREAMING%2FDAFUQBOOM-YOUTUBE-ALEXEY-GERASIMOV-SKIBIDI-TOILET-230239.HTML)



But the channel's standout series, the one that facilitated its meteoric rise in 2023, is *Skibidi Toilet*, an ongoing collection of shorts that chronicles a war between Skibidi Toilets and the combined forces of the Cameramen and Speakermen.

We recently spoke with Gerasimov via the official DaFuq!?Boom! Discord channel. Talking us through his production process, he explained that he uses Source Filmmaker because "it allows me to work easier and faster with assets that I need doing animation, direction, writing, and editing myself. Although I do have one person who helps me with getting assets that I need."

According to Gerasimov, the plan was never to go viral, only to make something for himself and his audience. "At first, I tried to make something unexpected and silly," he told Cartoon Brew. "There's still an element of this in new episodes."

So how did such a niche channel manage to grow exponentially in so little time? We posed that question to online trend-tracking specialist Phil Ranta about some ways that animated properties can go viral. Ranta has worked in digital media for two decades and is currently the chief operating officer at We Are Verified, a digital management agency that focuses on building businesses around content creators.

There are several factors to making it big in original digital content creation he says, but the most important is that the creator must be a good artist. DaFuq!?Boom may look rough around the edges compared to major studio fare, but there is no question that Gerasimov is a filmmaker who understands pacing, camerawork, sound design, and how to tell a story. Says Ranta:

> Anybody can make crude machinima and you see it all the time on Youtube. But it takes a lot of work to create detailed videos on DaFuq!?Boom!. I think that people know deep down inside that this guy is not BS. He is really working hard to make something this kind of – and I mean this as a loving term – this kind of dumb. It's like toilets and people making muggy faces at the camera, but you feel that's genuine, and you understand that this is not just something that's thrown away. This is something that deserves evaluation.

2/13/25, 10:35 AM          How the Animator Behind DaFuq!?Boom! Became YouTube's Biggest Hit This Summer

Case 5:25-cv-01644-NW   Document 9-2   Filed 02/18/25   Page 78 of 199

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.CARTOONBREW.COM/STREAMING/DAFUQBOOM-YOUTUBE-ALEXEY-GERASIMOV-SKIBIDI-TOILET-230239.HTML)

Another thing that Gerasimov does especially well is create a world and a narrative that keeps fans coming back for more. According to Ranta:

> He built his audience over time and built loyalty. Sometimes time alone can help you build enough that you're ready to hit a slipstream and really take off. I think the fact that he started by serializing the *Skibidi Toilet* series so people had a reason to come back, and watch was huge. You see a ton of funny, well-animated, well-produced one-offs, but that doesn't give a viewer a lot of reason to watch the next one. With the series, it became a thing with people trying to decode the meaning. Groups were breaking down every episode on Reddit and sharing fan theories, so he had a built-up fan base for this weird, mystical series.

And of course, there is no replacement for luck:

> Sometimes you have to expect the internet to take on a life of its own, and once something like this has been done once, it feels phony to do it again. You have to come up with the next thing. Like #GentleMinions from last year and how the characters were used in memes, you can't really force that. Universal did not plan for the Minions to become that meme. They were just this perfect avatar for a childlike take on sometimes serious, almost alt-right-y trends. They created a juxtaposition that feels shocking in such a way that you stop scrolling and take notice. They didn't make the minions to do that. The minions just became that, right?

Most artists who dedicate their time and energy to a craft will eventually want to make a career out of it. In the case of DaFuq!?Boom!, the channel does feature ads so Gerasimov receives Adsense revenue from Google. That said, Ranta thinks the channel could go bigger and broader, even though the content is far from mainstream:

> I would point to like the kind of *Five Nights at Freddy's* kind of thing. There's a way to kind of twist it and turn it into something that is more commercial. Or something like *Cyanide and Happiness*, which launched a board game.

Whatever Gersimov decides to do with the channel in the future, there is no question that at present, it's the hottest thing on Youtube.

---

Pictured at top: A screenshot from *skibidi toilet 45*

2/13/25, 10:35 AM    How the Animation Channel 'DaFuq!?Boom!' Became YouTube's Biggest Ght 7 | Cartoon Brew

Case 5:25-cv-01644-NW    Document 9-2    Filed 02/18/25    Page 79 of 199

(HTTPS://WWW.FACEBOOK.COM/HOTFIREBOOM) (HTTPS://WWW.INSTAGRAM/DAFUQBOOMYT) (HTTPS://WWW.YOUTUBE.COM/DAFUQBOOM)

## WHAT DO YOU THINK?



Read More:    #Alexey Gerasimov (https://www.cartoonbrew.com/tag/alexey-gerasimov)    #DaFuq!?Boom! (https://www.cartoonbrew.com/tag/dafuqboom)    #Phil Ranta (https://www.cartoonbrew.com/tag/phil-ranta)

Location:    #Georgia (https://www.cartoonbrew.com/location/georgia)

Software/Tech:    #Source Filmmaker (https://www.cartoonbrew.com/software-and-technology/source-filmmaker)

---



**Jamie Lang**  More Articles (https://www.cartoonbrew.com/author/jamielang)

Jamie Lang is the former Editor-in-Chief of Cartoon Brew.

Comments for this thread are now closed                    ✕

**5 Comments**                                    🔵 Login ▾

♡ 2    Share                              Best  Newest  Oldest

**Alex Dudley**                                        —  ⚑
2 years ago
I admire his release strategy. Originally the shorts running time so where he could re-release three episodes into one minute long video, therefore he made another video that can rake in more views and revenue. Lately he also releases them in a regular widescreen format the day before releasing them in as a short that can play in the Shorts feed. Doing this gets his viewers to watch the version

## Sponsored Stories from Cartoon Brew



(https://www.cartoonbrew.com/sponsored-
by-san-jose-state-university/sjsu-
launches-a-master-of-design-in-
animation-for-aspiring-creators-
243892.html?cbtr=LATPOS)

SPONSORED BY SAN JOSE STATE UNIVERSITY
(HTTPS://WWW.CARTOONBREW.COM/SPONSORED-BY-SAN-JOSE-STATE-
UNIVERSITY)

**SJSU Launches A Master Of Design In Animation For Aspiring Creators
(https://www.cartoonbrew.com/sponsored-by-san-jose-state-
university/sjsu-launches-a-master-of-design-in-animation-for-
aspiring-creators-243892.html?cbtr=LATPOS)**

By Cartoon Brew Connect | 3 months ago



(https://www.cartoonbrew.com/sponsored-
by-reallusion/enter-reallusions-2024-
animation-at-work-contest-deadline-is-
january-7-243809.html?cbtr=LATPOS)

SPONSORED BY REALLUSION
(HTTPS://WWW.CARTOONBREW.COM/SPONSORED-BY-REALLUSION)

**Enter Reallusion's 2024 Animation At Work Contest; Deadline Is January
7 (https://www.cartoonbrew.com/sponsored-by-reallusion/enter-
reallusions-2024-animation-at-work-contest-deadline-is-january-7-
243809.html?cbtr=LATPOS)**

By Cartoon Brew Connect | 3 months ago



(https://www.cartoonbrew.com/sponsored-
by-sva/3-sva-students-share-their-
amazing-creative-journeys-outside-of-
the-classroom-244514.html?
cbtr=LATPOS)

SPONSORED BY SVA (HTTPS://WWW.CARTOONBREW.COM/SPONSORED-BY-
SVA)

**3 SVA Students Share Their Amazing Creative Journeys Outside Of The
Classroom (https://www.cartoonbrew.com/sponsored-by-sva/3-sva-
students-share-their-amazing-creative-journeys-outside-of-the-
classroom-244514.html?cbtr=LATPOS)**

By Cartoon Brew Connect | 2 months ago

---

## Latest News from Cartoon Brew

AWARDS (HTTPS://WWW.CARTOONBREW.COM/AWARDS)

**VES Awards: 'The Wild Robot' Dominates Animation Side; 'Kingdom Of
The Planet Of The Apes' Upsets 'Dune: Part Two'
(https://www.cartoonbrew.com/awards/ves-awards-the-wild-robot-
dominates-animation-side-kingdom-of-the-planet-of-the-apes-upsets-
dune-part-two-245738.html?cbtr=LATPOS)**

By Amid Amidi | 2 hours ago

2/13/25, 10:35 AM How The Animation Channel 'Dafuq!?Boom!' Became YouTube's Biggest This Sundays

Case 5:25-cv-01644-NW Document 9-2 Filed 02/18/25 Page 81 of 109

(https://www.cartoonbrew.com/awards/ves-
(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://TWITTER.COM/INTENT/TWEET?URL=HTTPS://WWW.CARTOONBREW.COM/MAILTO:?SUBJECT=CARTOON
awards-the-wild-robot-dominates-
animation-side-kingdom-of-the-planet-
of-the-apes-upsets-dune-part-two-
245738.html?cbtr=LATPOS)



DISTRIBUTION (HTTPS://WWW.CARTOONBREW.COM/DISTRIBUTION)

**Viva Pictures And Kazoo Films Form Strategic Alliance To Distribute
Animated Films In The U.S. And U.K.
(https://www.cartoonbrew.com/distribution/viva-pictures-and-kazoo-
films-form-strategic-alliance-to-distribute-animated-films-in-the-u-s-
and-u-k-245721.html?cbtr=LATPOS)**

By Amid Amidi | 16 hours ago

(https://www.cartoonbrew.com/distribution/viva-
pictures-and-kazoo-films-form-strategic-
alliance-to-distribute-animated-films-in-
the-u-s-and-u-k-245721.html?
cbtr=LATPOS)



FEATURE FILM (HTTPS://WWW.CARTOONBREW.COM/FEATURE-FILM)

**Innocence And Truth: How Wētā FX Animated A Key Scene In 'Kingdom
Of The Planet Of The Apes' (https://www.cartoonbrew.com/feature-
film/innocence-and-truth-how-weta-fx-animated-a-key-scene-in-
kingdom-of-the-planet-of-the-apes-245674.html?cbtr=LATPOS)**

By Joe Fordham | 21 hours ago

(https://www.cartoonbrew.com/feature-
film/innocence-and-truth-how-weta-fx-
animated-a-key-scene-in-kingdom-of-
the-planet-of-the-apes-245674.html?
cbtr=LATPOS)



SPONSORED BY TOON BOOM
(HTTPS://WWW.CARTOONBREW.COM/SPONSORED-BY-TOON-BOOM)

**This Student Crew Used Toon Boom Harmony To Create The 2D/3D
Hybrid Short 'The Legend Of Bill'
(https://www.cartoonbrew.com/sponsored-by-toon-boom/this-student-
crew-used-toon-boom-harmony-to-create-the-2d-3d-hybrid-short-the-
legend-of-bill-245688.html?cbtr=LATPOS)**

By Cartoon Brew Connect | 23 hours ago

(https://www.cartoonbrew.com/sponsored-
by-toon-boom/this-student-crew-used-
toon-boom-harmony-to-create-the-2d-3d-
hybrid-short-the-legend-of-bill-
245688.html?cbtr=LATPOS)

How the Animation Channel DaFuq!?Boom! Became YouTube's Biggest Rising Star | Cartoon Brew

(HTTPS://WWW.FACEBOOK.COM/SHAREU/SHARER.PHP?U=HTTPS%2F%2FWWW.CARTOONBREW.COM/)

### CLASSIC (HTTPS://WWW.CARTOONBREW.COM/CLASSIC)

**Warner Bros. Discovery Marks Tom & Jerry's 85th Anniversary With Slew Of New Licensing Deals (https://www.cartoonbrew.com/classic/warner-bros-discovery-marks-tom-jerrys-85th-anniversary-with-slew-of-new-licensing-deals-245663.html?cbtr=LATPOS)**

By Amid Amidi | 2 days ago



(https://www.cartoonbrew.com/classic/warner-bros-discovery-marks-tom-jerrys-85th-anniversary-with-slew-of-new-licensing-deals-245663.html?cbtr=LATPOS)

### CARTOON BREW PICK (HTTPS://WWW.CARTOONBREW.COM/CARTOON-BREW-PICK)

**Atsushi Wada's Deadpan And Engimatic 'Bird In The Peninsula' Premieres Online (https://www.cartoonbrew.com/cartoon-brew-pick/atsushi-wadas-deadpan-and-engimatic-bird-in-the-peninsula-premieres-online-245656.html?cbtr=LATPOS)**

By Chris Robinson | 2 days ago



(https://www.cartoonbrew.com/cartoon-brew-pick/atsushi-wadas-deadpan-and-engimatic-bird-in-the-peninsula-premieres-online-245656.html?cbtr=LATPOS)

### AWARDS (HTTPS://WWW.CARTOONBREW.COM/AWARDS)

**'The Wild Robot' And 'Arcane' Sweep Their Categories At Annie Awards (https://www.cartoonbrew.com/awards/the-wild-robot-and-arcane-sweep-their-categories-at-annie-awards-245643.html?cbtr=LATPOS)**

By Amid Amidi | 3 days ago



(https://www.cartoonbrew.com/awards/the-wild-robot-and-arcane-sweep-their-categories-at-annie-awards-245643.html?cbtr=LATPOS)

### BOX OFFICE REPORT (HTTPS://WWW.CARTOONBREW.COM/BOX-OFFICE-REPORT)

**'Ne Zha 2' Breaks Decade-Long Box Office Record Held By 'Star Wars: The Force Awakens' (https://www.cartoonbrew.com/box-office-report/ne-zha-2-breaks-decade-long-box-office-record-held-by-star-wars-the-force-awakens-245629.html?cbtr=LATPOS)**

By Amid Amidi | 4 days ago

(https://www.cartoonbrew.com/box-office-report/ne-zha-2-breaks-decade-long-box-office-record-held-by-star-wars-the-force-awakens-245629.html?cbtr=LATPOS)

2/13/25, 10:35 AM    How the Animation Channel DaFuq!?Boom! Became YouTube's Biggest Kids Channel

Case 5:25-cv-01644-NW   Document 9-2   Filed 02/18/25   Page 83 of 109

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.CARTOONBREW.COM/STREAMING/DAFUQBOOM-YOUTUBE-ALEXEY-GERASIMOV-SKIBIDI-TOILET-230239.HTML)



ANIMATORS (HTTPS://WWW.CARTOONBREW.COM/ANIMATORS)

**Animation Industry Unites For AnimAID Fire Relief Fundraiser And Auction (https://www.cartoonbrew.com/animators/animation-industry-unites-for-animaid-fire-relief-fundraiser-and-auction-245619.html?cbtr=LATPOS)**

By Amid Amidi | 5 days ago

(https://www.cartoonbrew.com/animators/animation-industry-unites-for-animaid-fire-relief-fundraiser-and-auction-245619.html?cbtr=LATPOS)



CARTOON BREW LIVESTREAM (HTTPS://WWW.CARTOONBREW.COM/CARTOON-BREW-LIVESTREAM)

**Cartoon Brew Livestream: How Miyu Distribution Was Nominated For 3 Oscars This Year (https://www.cartoonbrew.com/cartoon-brew-livestream/cartoon-brew-livestream-how-miyu-distribution-was-nominated-for-3-oscars-this-year-245615.html?cbtr=LATPOS)**

By Amid Amidi | 5 days ago

(https://www.cartoonbrew.com/cartoon-brew-livestream/cartoon-brew-livestream-how-miyu-distribution-was-nominated-for-3-oscars-this-year-245615.html?cbtr=LATPOS)



CARTOON BREW PICK (HTTPS://WWW.CARTOONBREW.COM/CARTOON-BREW-PICK)

**Haunting Canadian Short 'Return To Hairy Hill,' Made With Experimental Production Techniques, Debuts Online (https://www.cartoonbrew.com/cartoon-brew-pick/haunting-canadian-short-return-to-hairy-hill-made-with-experimental-production-techniques-debuts-online-245609.html?cbtr=LATPOS)**

By Chris Robinson | 6 days ago

(https://www.cartoonbrew.com/cartoon-brew-pick/haunting-canadian-short-return-to-hairy-hill-made-with-experimental-production-techniques-debuts-online-245609.html?cbtr=LATPOS)



FEATURE FILM (HTTPS://WWW.CARTOONBREW.COM/FEATURE-FILM)

**Get A Load Of This Smurf: 'Smurfs' Trailer Reveals First Footage From New Film (https://www.cartoonbrew.com/feature-film/get-a-load-of-this-smurf-smurfs-trailer-reveals-first-footage-from-new-film-245589.html?cbtr=LATPOS)**

By Amid Amidi | 6 days ago

(https://www.cartoonbrew.com/feature-film/get-a-load-of-this-smurf-smurfs-trailer-reveals-first-footage-from-new-film-245589.html?cbtr=LATPOS)

2/13/25, 10:35 AM
Case 5:25-cv-01644-NW   Document 9-2   Filed 02/18/25   Page 84 of 199
How the Animation Channel DaFuq!?Boom! Became YouTube's Biggest One-Man Studio

(HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.CARTOONBREW.COM/STREAMING/DAFUQBOOM-YOUTUBE-ALEXEY-GERASIMOV-SKIBIDI-TOILET-230239.HTML

 (https://www.cartoonbrew.com/)

**About Cartoon Brew (https://www.cartoonbrew.com/about)**  •
**Staff (https://www.cartoonbrew.com/editorialstaff)**  •  **Submit a Tip (/suggest)**  •
**Comment Guidelines (https://www.cartoonbrew.com/commenting)**  •
**Contact us (https://www.cartoonbrew.com/cartoonbrewcontacts)**

**Advertise on Cartoon Brew Today (https://www.cartoonbrew.com/advertising-on-cartoon-brew)**
©2025 Cartoon Brew, LLC. All Rights Reserved. Privacy Policy (/privacy-policy)

(https://www.reachoutmedia.com/reachout-control/www/delivery/cl.php?
bannerid=6492&zoneid=71&sig=598d259aaa5d0e0a46fa5ec820fa63e2e954bc0fe07cbf9c3abaa9613c064c9a&oadest=https%3A%2F%2Fu
wild-robot%2Ffor-your-consideration)

# Try a trend: The Rise of Rizz

BY **THE YOUTUBE CULTURE & TRENDS TEAM**

JUL 31, 2023 – 6 MINUTE READ

## Whether you're looking for inspiration for your next video, general YouTube knowledge, or opportunities to get ahead of rising trends, here are some key trends and insights to chew on.

Welcome back to another month of Try a Trend — a series where we surface some top trends that our experts are seeing around the world on YouTube. So far, we've looked virtual humans, nail art, wash day routines, Majorette dancing, and even Lofi-lore and Wes Anderson aesthetic (you *know* you've seen those around).

So as July comes to a close, here's what's on our radar this month. Read on to find your trend, express your creativity and get creating!



## Popular Media as Muse

**What this is:** "[Canon events](#)", sourced from the latest Spider Man release, have taken YouTube by storm with over 150 million views for videos with "canon event" in the title this year.[1] Canon events are a plot point that is immutable in every timeline as it is essential to the equilibrium of the multiverse (e.g. Spider-Man being bitten by a radioactive spider), and has become a source of [memes for fans](#), who caption or title videos about their life with "it's a canon event." From the [Wes Anderson trend](#) to [Euphoria](#) to [The Little Mermaid](#), Creators leverage the unique aesthetics and iconic moments of these blockbusters to express themselves in new ways. We have our eye on Barbie next.

**Why this matters:** Popular media is a recurring source of inspiration for creation and has given creators with different interests a space to play and multiple entry points to enter cultural conversations. In turn, community

https://blog.youtube/culture-and-trends/july-culture-trends-2023-rizz-permission-to-flex/

co-creation drives viral trends and builds upon existing fandom and lore. According to the 2023 Culture & Trends Report, 44% of people surveyed say they participated in a meme over the past 12 months.[2]

## The Rise of Rizz

*What this is:* Short for "charisma," Kai Cenat coined the term "rizz" that has become a touchstone of Gen Z slang and led to a boom of rizz content on YouTube. In the past year, uploads per day of videos with rizz in the title have increased over 15x, and have been viewed over 600 million times.[3] With more people adapting and participating in the viral concept, rizz video content has expanded its definition from POV videos to Creators evaluating displays of rizz to sketch comedy.

*Why this matters:* Virality used to be confined to single videos or the repetition of video concepts. Increasingly, virality is more about concepts that spread from one community to the next, as participation from audiences have increased over time. When thinking about your next "viral video," think instead about your next viral concept. What's the idea that other people can extend through their own video creations?

## Permission to Flex

*What this is:* "Are you a T?" has been the question being asked by Korean Shorts Creators who are using Myers-Briggs Type Indicator tests as a way to create fun videos and memes. In Korea, the MBTI functions similarly to the horoscopes in the US, providing a shorthand for people to discuss their

personalities. In Korea, videos related to MBTI have been viewed a whopping 100 million times over the past 90 days.[4]

***Why this matters:*** Things like the Myers-Briggs personality test give Creators an opportunity to share traits they're proud of, or more intimate details about themselves in a relatable way. It's "permission to flex" without flaunting, and an exploration of their identity in relation to others which audiences have been enjoying to see.



skibidi toilet

https://blog.youtube/culture-and-trends/july-culture-trends-2023-rizz-permission-to-flex/

# Skibidi Toilet

***What this is:*** Back in February one animated Short featuring "the Skibidi Toilet" gained over 30M views in just three months, and kicked off what is now an episodic series of over 13 organized seasons much like a traditional TV show. Garnering tens of millions of views on each video, the series features a bodiless head emerging from a toilet bowl singing a Biser King/Timbaland remix, and has inspired complex lore among a massive fanbase. The series' Creator has amassed over 20M subscribers and 8B views, and has a mobile game reflecting the series concept in development.

***Why this matters:*** Skibidi toilet is a successful example of the narrative potential of Shorts. Because of the content's length and fragmentation, it's far easier to binge and catch up on, allowing easy access into the fandom. Additionally, because context is so compact, world-building via Shorts leaves much open to interpretation, encouraging fans to fill in the blanks and bring the narrative to life as a community through comments and reaction videos.



Pointcrow vs DisguisedToast - Mogul Chessboxing Main Event

https://blog.youtube/culture-and-trends/july-culture-trends-2023-rizz-permission-to-flex/

# Chess

***What this is:*** There have been over 4 billion views of videos related to chess this year.[5] While chess content initially saw interest during the pandemic, including its [unconventional partnership with comedy](#) in India, it maintained its popularity with Creators using modern creative techniques to bring chess into the present day, from standard gameplay videos to [Chessboxing events](#) to unique [openers](#) and [endgames](#). This interest in strategy board games is something we are seeing pick up in other places of the world too. In Japan, for example, the chess-like game, Shogi, has [experienced a resurgence](#), earning over 350M views this year.[6]

***Why this matters:*** Something old can be made new again with just a little creative ingenuity, applying the aesthetics of today's videos and different formats. Not all video concepts need to be completely new, as classics can be refreshed or modernized instead of recreating the wheel.

1. *YouTube Data, Global, 1 Jan - 27 Jul 2023*

2. *Google/Ipsos, Global (U.S., U.K., AU, FR, DE, MX, IN, ID, KOR, CAN, JP, BR, KSA, EGY), YouTube Trends Survey, n=25,892, online adults, age 18-44, May 2023.*

3. *YouTube Data, Global, 27 Jul 2022 - 26 Jul 2023*

4. *YouTube Data, Global, 28 Apr - 27 Jul 2023*

5. *YouTube Data, Global, 1 Jan - 27 Jul 2023*

6. *YouTube Data, Global, 1 Jan - 27 Jul 2023*

  There's a War Brewing Between New Media and Old Media, A...

TELEVISION / COMEDY SHOWS

# There's A War Brewing Between New Media And Old Media, And It's Happening On YouTube



BY **WITNEY SEIBOLD** · JAN. 23, 2024 7:00 AM EST

If you are under the age of 10, you probably know all about "Skibidi Toilet," the animated YouTube series made by Georgian animator Alexey Gerasimov, better known to his fans as DaFuq!?Boom! If you are over the age of 10, /Film is here to unpack this bizarre — and unexpectedly massive — internet phenomenon.

  **There's a War Brewing Between New Media and Old Media, A...**

And make no mistake, "Skibidi Toilet" is massive. The first short video in the series was posted on DaFuq!?Boom!'s YouTube channel in February 2023, and it already has 132 million hits. DaFuq!?Boom! has accrued 37.8 million subscribers, and he has expanded the series into (as of this writing) 69 episodes. His channel has surpassed 65 billion (with a "B") views in total. Those numbers may represent the fastest-growing video series in the history of YouTube. The series has already spawned its own subculture of memes and reaction videos, and one can already buy "Skibidi Toilet" costumes at Walmart.

The name "Skibidi Toilet" comes from the pervasive pop song that is featured in every episode of the series. It's a mashup between the 2007 Timbaland song "Give It To Me" and a Turkish pop song called "Dom Dom Yes Yes" by Biser King. As this music plays, the camera zooms in on a toilet. A human head pops out and, with exaggerated facial features, lip-syncs to "Dom Dom." The video ends when the head lunges toward the viewer, presumably attacking them.

What started as a winking, sarcastic bit of internet-ready absurdist potty humor, however, soon expanded into a bleak and outsize narrative that featured mechanical kaiju, destructive world wars, and the deaths of millions. It may also be, as some have pointed out, a deliberate deconstruction of the state of pop media in the modern age.

Case 5:25-cv-01644-NW    Document 9-2    Filed 02/18/25    Page 93 of 199




## There's a War Brewing Between New Media and Old Media, A...



DaFuq!?Boom!

It's worth noting the homemade qualities of "Skibidi Toilet." The series was animated using Source Filmmaker, an animation/graphics program that was offered free by Valve Software, the makers of "Half-Life," "Portal," and "Left 4 Dead." The visual assets used in "Skibidi Toilet" are repurposed graphics from "Half-Life 2" and "Counter-Strike: Source," which DaFuq!?Boom! was clever enough to distort and turn into a nightmarish invasion force of toilet men. There's a D.I.Y. quality to "Skibidi Toilet" that many might find appealing; it lacks the safe corporate sheen of mainstream movies and television.



2/13/25, 10:41 AM
Case 5:25-cv-01644-NW   Document 9-2   Filed 02/18/25   Page 94 of 199
There's a War Brewing Between New Media And Old Media, And It's Happening On YouTube

## There's a War Brewing Between New Media and Old Media, A...

army of Skibidi Toilets infiltrating cities. As they sing their earworm ditty, they transform others into Skibidi Toilets, assimilating them into their fold. Soon, however, an organized opposition force appears. Creepy men in coats and ties begin fighting back against the Toilets, men with CRT TVs for heads. The TV heads are soon joined by people with other pieces of media equipment for heads, including speaker heads, closed circuit camera heads, and film camera heads. They push the Toilets back, but the Toilets regroup and counterattack. The TV/Camera/Speaker heads begin constructing larger and larger mechanical warriors, while the Skibidi Toilets construct flying machines and laser cannons out of the body parts of their fallen enemies. By the time one is rounding episode 40, the world has fallen apart, giving way to a now seemingly endless war that has laid waste to the cities.

As several pundits have noted, including the soon-to-retire Matthew Patrick, aka MatPat, "Skibidi Toilet" seems to tell a story of media conflict. Online D.I.Y. online artists and animators — devoted to chaos and anarchy — become too popular for the Old Media establishment.

## Old Media vs. New Media

  **There's a War Brewing Between New Media and Old Media, A...**



DaFuq!?Boom!

police. There is a vaguely fascistic aesthetic to the Media Heads. The Skibidi Toilets are terrifying, of course, but I sense that DaFuq!?Boom! sees them as the aggrieved party in the great Media War. Also, judging from the reaction from younger members of Generation Alpha, the Skibidi Toilets are more funny than scary. I describe the Toilets as terrifying, but that may be my own impression at work.

It's also worth noting that when the Media Heads are triumphant in battle, they play a clip from the 1985 Tears for Fears song "Everybody Wants to Rule the World." This ensures that the Media Heads are of an older generation, likely made up of Generation X.

2/13/25, 10:41 AM
Case 5:25-cv-01644-NW   Document 9-2   Filed 03/18/25   Page 96 of 199
There's a War Brewing Between New Media And Old Media, And It's Happening On YouTube

  **There's a War Brewing Between New Media and Old Media, A...**

The Skibidi Toilets, meanwhile, are assimilating people through their natural powers, and constructing warriors out of the bodies of their foes. They are D.I.Y. warriors, a scrappy rebellion standing up to corporate dominance.

It's also a notable detail that one of the biggest weapons in the Media Heads' arsenal is the noisy fanfare that accompanied the original THX logo, shown in theaters in the early 1990s. A piece of pop culture ephemera from the past is now being weaponized against the new kids. How is this different from the deluge of "Ghostbusters" remakes and TV rehashes of Gen-X entertainment that Millennials had to patiently suffer through?

## When the internet was wild

  **There's a War Brewing Between New Media and Old Media, A...**



**'Film**

**BREAKING TV & MOVIE NEWS, STRAIGHT TO YOUR INBOX**

✉ SIGN UP FREE

Those too young to remember Newgrounds are missing out on a generation of memes that arose before YouTube and social media allowed them to proliferate as widely as they do now. The was a time when the internet was the Wild West, and surreal, "random" art was de rigueur. Some of us recall "Gonads and Strife" with fondness, or "Candy Mountain." I could tell you stories of "Mr. T Ate My Balls" or "'Ze End of 'Ze World." This was all before the advent of streaming technology when one had to spend a great deal of time downloading videos via a dial-up modem. Sometime around 1998. MatPat also pointed out that there was also once a YouTube phenomenon called the YouTubePoop in the early days of the website. YouTubePoops were what Gen-Xers used to call "culture jamming," alluding to clever media remixes made to humorous and psychedelic effect. Poop? Toilet? I see the connection.

Incidentally, 1998 was perhaps the year DaFuq!?Boom! was born.

The Skibidi Toilets, then, are remnants of that early internet time. They are New Media, scatological, nonsensical, and difficult to control. They are glorious, human-controlled anarchy. The Old Media establishment, stern, faceless, reliant on old tech, is terrified of what the democratization of media represented, and formed a military counterstrike in response.

## DaFuq!?Boom! on the record



Naturally, as with any viral success, there are plenty of "Skibidi Toilet" imitators, and one can find no shortage of remixes from random animators. "I tried to take them down," Gerasimov said, "but TikTok support doesn't care, even after all the proof I've given to them. They're unable to verify me." It's likely that Gerasimov did not license "Skibidi Toilet" iconography for use in Walmart costumes. The phone app "Skibidi War: Toilets Attack," however, was indeed developed by Gerasimov. The game currently has over one million downloads, so one might presume that Gerasimov is actually making money from his self-made internet phenomenon.

He also claims that the end is in sight, and he does know what the conclusion of the Great Media War will be. Who wins, of course, will alter the meaning of the above interpretation. Are Skibidi Toilets meant to be defeated? Is Old World Media morally correct for holding out?

  **There's a War Brewing Between New Media and Old Media, A...**

More than anything, the popularity of "Skibidi Toilet" indicates where Generation Alpha is currently standing. They want internet nonsense and have little interest in the Old World media conversations most of us have been weaned on. "Skibidi Toilet" may be the most significant piece of media of 2023, and DaFuq!?Boom! could very well be one of the decade's most important artists.

Time will bear this out.

### RECOMMENDED



**It's Clear Why Jim Carrey's Movie Days Are Over**



**The Tragedy Of Mayim Bialik Just Gets Sadder And Sadder**

FORBES ﹥ LIFESTYLE ﹥ ARTS

# 'Skibidi Toilet' Creator Talks Inspiration, Dreams And 'Insane Ending'

**Dani Di Placido** Senior Contributor ⓘ

*Dani Di Placido covers film, television, and internet culture.*



   0        Feb 21, 2024, 04:53pm EST

Updated Feb 21, 2024, 05:17pm EST



Skibidi Toilet, created by Alexey Gerasimov    DAFUQ!?BOOM!/YOUTUBE

In 2023, the internet was flushed with videos of toilets with singing human heads, engaged in fierce battle with a race of robotic men — *Skibidi Toilet* had arrived.

For Gen Alpha, the series has become a cultural phenomenon — YouTube, *Roblox* and even the playground has been colonized by the characters of

*Skibidi Toilet*, replacing the Disney-branded heroes of Marvel and *Star Wars*.

The series is still going strong, with each episode racking up tens of millions of views on YouTube, sometimes hundreds of millions; on TikTok, "Skibidi Toilet" videos have been viewed more than 20 billion times.

While YouTube has been flooded with knock-offs and fan-made creations, the original animated series can be found on the channel DaFuq!?Boom!, which boasts more than 32 million subscribers, each episode created by animator Alexey Gerasimov.

I spoke with Gerasimov, and he revealed the creative process behind his wildly popular series, a story of dreams, memes, and divine inspiration.

MORE FROM FORBES ADVISOR

### Best High-Yield Savings Accounts Of 2024

By **Kevin Payne** Contributor

### Best 5% Interest Savings Accounts of 2024

By **Cassidy Horton** Contributor



## 'Skibidi Toilet' Emerged From 'Garry's Mod'

*Skibidi Toilet* wasn't Gerasimov's first animation — many of his early videos contain seeds of what would later become *Skibidi Toilet*.

Gerasimov describes *Skibidi* as "the ultimate form of my content" containing everything he has ever created in "one package." What began as a handful of loosely connected YouTube Shorts had solidified into a long-form story by episode 7, according to Gerasimov.

While Gerasimov's series has been embraced by younger generations, his style is rooted in millennial meme culture of the 2000s, when videos created via "GMod," or *Garry's Mod*, were all over YouTube.

---

**Passport: Explore the finest destinations and experiences around the world in the Forbes Passport newsletter.**

| Email address | ••• | | **Sign Up** |
|---|---|---|---|

By signing up, you agree to receive this newsletter, other updates about Forbes and its affiliates' offerings, our **Terms of Service** (including resolving disputes on an individual basis via arbitration), and you acknowledge our **Privacy Statement**. Forbes is protected by reCAPTCHA, and the Google **Privacy Policy** and **Terms of Service** apply.

---

*Garry's Mod* is an open-ended sandbox game that allowed players to create their own animations using the assets of video game company Valve, famous for the *Portal* and *Half-Life* series.

Gerasimov praised the "huge community of independent filmmakers surrounding Garry's Mod, which influenced me and helped develop my own style."

In 2012, Valve released Source Filmmaker, a 3D animation tool that is used within the company to create video game cutscenes. Gerasimov has been using the tool for 9 years and praised its simple interface.

Like GMod videos, *Skibidi* contains many references and assets from popular video game franchises; Gerasimov cited *Half-Life 2* as one of his biggest inspirations, along with Michael Bay's *Transformers* movies.

These aren't cultural touchstones that Gen Alpha are familiar with, but it doesn't matter. Today's kids grew up immersed in a chaotic, endlessly derivative internet culture; they are used to seeing references that they don't recognize.

Gerasimov reckons that Gen Alpha have embraced his work because it is genuine and "doesn't feel generic or corporate."

Gerasimov has a point; whatever parents think of *Skibidi Toilet*, the series has a distinctive tone, an approachable simplicity and a surprisingly strong narrative.

The idea would never have emerged from a corporate, family-friendly media company, but the success of *Skibidi* speaks for itself.

There's more depth and artistic integrity to the series than many assume, and Gerasimov took a great deal of inspiration from his own subconscious when crafting the series.

According to Gerasimov, the viral success of his series came as no surprise, as he experienced a prophetic dream that predicted the *Skibidi Toilet* takeover.

## What Really Inspired The 'Skibidi Toilet' Series?

Gerasimov told me that the viral series was originally inspired by a vivid, recurring nightmare.

An early, Skibidi-esque animation from Gerasimov saw the animator examine real moments from his nightmares, with a healthy dose of humor.

Near the end of the animation, a hand extends out of a toilet; it wasn't until later on that Gerasimov started having nightmares involving "heads coming out of toilets."

Toilet nightmares continued to plague Gerasimov, and he was advised to find a way to fight with the toilet heads, even virtually. Gerasimov reckons that many people relate to his videos because they were based on the reality of these nightmares.

Artists have always sought inspiration in dreams and hallucinations; the paintings of William Blake and Salvador Dalí were famously influenced by

dreams. Comic book artist Jim Woodring cites hallucinations and the pull of his own subconscious as the source of inspiration for his *Frank* series.

Gerasimov's animation emerged from the darkest corners of his subconscious, and he even experienced a dream that appeared to predict his future success.

Gerasimov described his prophetic dream as taking place "outside in the city" with a "surreal atmosphere." He describes this city as being infested by toilets, with people "riding in toilets, toilets on TV, and ordinary people with normal heads but toilet bodies."

Then came divine inspiration. In his dream, Gerasimov was approached by none other than Jesus Christ, who whispered in his ear, "the world is blessed with Skibidi Toilet."

Gerasimov admits that the dream "didn't make much sense," but found it strangely reassuring.

"It was the first dream involving toilets where I wasn't terrified," Gerasimov said. "It made me have a strange feeling of toilets being some kind of divine and unexplored entity. Thus, Skibidi Toilet was born."

The surreal dream manifested into reality; the internet is flooded with toilets with human heads; performers wearing Skibidi Toilet and Speaker Man costumes are entertaining young children, while caped crusaders explode at the box office.

For Gerasimov, the success of his series has been purely positive, and he has yet to feel the pressures of virality. The toilet nightmares have vanished, which he attributes to *Skibidi*, describing himself as a "happier person now."

Gerasimov described his dialogue-free style, dense with clues, as an "unorthodox way of narration."

It's a style that perfectly matches internet fan culture, which thrives on easter eggs and background details; *Skibidi Toilet* fan theories have proved a popular topic for YouTubers.

Gerasimov was coy when it came to the meaning of the series and the metaphor of the war between toilets and mechanical men, but hinted that a certain popular fan theory did come close to his intentions.

Gerasimov did reveal that the end of the *Skibidi Toilet* series is already written, and that "the ending and the path leading to it are insane."

For aspiring artists, content creators and YouTube animators, Gerasimov had some simple, but heartfelt advice:

"Embrace your vision and flip off goofy naysayers."
*Follow me on* [Twitter](). *Check out my* [website]().

 **Dani Di Placido**

**Follow**

Dani Di Placido has been writing about film, television, and internet culture for Forbes for 8 years. Di Placido covers TikTok and Twitter trends,… **Read More**

Editorial Standards                                            Forbes Accolades

ADVERTISEMENT

One Community. Many Voices. Create a free account to share your thoughts. Read our community guidelines [here]().

🔔  Log in

Be the first to comment…



**No one seems to have shared
their thoughts on this topic yet**

Leave a comment so your voice
will be heard first.

Powered by ⚙ OpenWeb          Terms  |  Privacy  |  Feedback

# Skibidi Toy-let: Gen Alpha's favorite meme is getting its own product line

By Sam Gutelle • 05/22/2024 •



A pop culture phenomenon that began as a series of silly 3D animations is leveling up and getting its own toy line. **Bonkers Toys** and **Invisible Narratives** have teamed up to develop merch related to **Skibidi Toilet**, the Generation Alpha touchstone that rose to prominence on the **DaFuq!?Boom!** channel.

The Skibidi toys will appear across major retailers beginning in the fall. The product line will depict multiple characters from the Skibidi universe. **Alexey "Boom" Gerasimov**, the creator who

Skibidi Toy-let: Gen Alpha's favorite meme is getting its own product line - Tubefilter

kicked off the Skibidi craze, has used his channel to tell the story of a conflict between TV-headed heroes and long-necked villains who ride around in toilets (hence the name).

Though that might sound like an odd premise for a hit franchise, Skibidi Toilet has become huge among Gen Alpha, even as it has **perplexed older cohorts**. On several occasions, DaFuq!?Boom! has finished first in our rankings of the **most-watched YouTube channels of the month**. Skibidi became such a big hit that YouTube even chose it as the **meme of the year** for 2023.

By capitalizing on a piece of IP the kids love, Bonkers Toys is returning to well-tread territory. In recent years, the toymaker has unleashed several product lines inspired by viral YouTube and TikTok hits. The creator partners it has worked with along the way have included **Moriah Elizabeth** and **Addison Rae**.

To bring Boom's vision to life, Bonkers Toys is teaming up with Invisible Narratives, another firm that generates real-world opportunities for top social stars. Invisible Narratives' work has often **trended** toward **Hollywood productions**, but in this case, it's bringing Hollywood to YouTube. Its Chief Creative Advisor is none other than *Transformers* director **Michael Bay**, an avowed Boom fan who is committed to bringing Skibidi to life.

"I've been following Boom since his early days when he was uploading fan-made *Transformers* [previsualization] videos," Bay said in **a statement**. "Watching him transition from that to building a character-rich franchise has been truly inspiring. Boom is a rare talent, and he's just getting started."

[Skibidi Toy-let: Gen Alpha's favorite meme is getting its own product line - Tubefilter](#)

Bonkers Toys CEO **Brian Bonnett** added that Skibidi is a "pioneer of its kind" that has "all the right ingredients" to become a sweeping franchise. Bonkers and Invisible Narratives will test the viability of Boom's IP when the toy line hits retailers in the fall.

ADAM BUMAS    CULTURE    JUN 10, 2024 7:00 AM

# Who's Afraid of *Skibidi Toilet*?

The bizarre animated YouTube series is so huge that it's caught the
attention of concerned parents and the Russian government. But it's still a
mystery to almost anyone over 30—except Stephen Colbert.



PHOTO-ILLUSTRATION: JACQUI VANLIEW; GETTY IMAGES



SAVE

**Listen to this story**



00:00                                    ▶                                    12:29

1x

**IF YOU'RE BAFFLED** by *Skibidi Toilet*, you're not alone.

The bizarre animated YouTube series centers on an alien invasion: a swarm of singing heads, all popping out of toilets, has descended on a Los Angeles–like metropolis and triggered a surreal, cartoonish, apocalyptic war. That's a more direct and clear explanation than you'll find in the actual videos, since they're all almost completely wordless. There's no language barrier, which is a major reason why the videos have been viewed hundreds of millions of times, becoming a global cultural phenomenon among Gen Z and Gen Alpha.

Surprisingly for something so popular, *Skibidi Toilet* has garnered a reputation for being incomprehensible to anyone who isn't a fan. Its impenetrable nature has raised serious concerns around the world. Some call it a moral outrage, foreign propaganda meant to prey on vulnerable young minds, or even a disease. In a cultural climate where it's harder and harder to understand trends and popularity, people are searching for an explanation for how singing toilets conquered the world. On the May 22 episode of *The Late Show*, Stephen Colbert punched up a joke about the Biden campaign using *Skibidi Toilet* to attract the youth vote, saying that if anyone didn't get the gag, their grandchildren could explain it "and you still won't understand."

---

## Daily Newsletter

Our biggest stories, handpicked for you each day.

⋯

**SIGN UP**

By signing up, you agree to our user agreement (including class action waiver and arbitration provisions), and acknowledge our privacy policy.

As random as the videos can seem, their success isn't. *Skibidi Toilet* deftly combines modern storytelling trends with nostalgic internet humor in a way that magnifies the outwardly confusing qualities of both. "It was initially appealing to young people for its utter weirdness," says danah boyd, a partner researcher at Microsoft Research. "Parents (and many other adults) probably reacted with revulsion, as they've done many other times. That revulsion from adults makes it even more appealing to young people."

That's why the word "skibidi" has become a more general shibboleth for Gen Z and younger, in the same class as "rizz", "gyat," and "sigma." Adults being shocked and confounded at kids having fun creates a feedback loop where kids want to make it even more distressing. The videos certainly have a lot of shock value, featuring surreal, disturbing, and violent imagery. In an interview with Forbes in February, Alexey Gerasimov, who creates the videos and uploads them under the name "DaFuq!?Boom!," described the videos as being inspired by his own recurring nightmares.

In that light, it can be easy to see why the global success has been met with an equally global panic. Last August, several writers and journalists in Malaysia and Indonesia warned parents about the dangers of a "Skibidi toilet syndrome" that would cause children to refuse to stop imitating the toilet's songs and dances. Earlier this year, Robbie Collin wrote in the Telegraph that the videos were a sign YouTube needed more strictly enforced age limits.

Other sources are going even farther, calling the surreal meme videos a threat to national security. In February, reporter Olga Sosnina claimed in a Swedish news outlet that *Skibidi Toilet* was Russian propaganda aimed at indoctrinating children. Russia was just as worried: In January, Moscow officials were called to investigate the videos. In April, Anna Mityanina, St. Petersburg's Commissioner for Children's Rights, played the videos to the city's legislative assembly as part of an annual report on risks to children. "There is no need to pretend that there are no standards of

decency," Mityanina said. "A character in the form of a toilet, to put it mildly, is not cultured enough."

FOR ALL OF the worry, there isn't much to be concerned about within the *Skibidi Toilet* videos themselves. "I see these media as reflective of our societal obsessions," says boyd. "As always, young people twist it slightly in a way that makes adults uncomfortable because they don't want to reckon with their own passions."

The videos, as uncanny as they can get, don't contain anything particularly unsuitable for children. The violence is unrelenting and large in scope, but never goes beyond cartoonish explosions and punches. Characters who appear to be killed or turned to the villain's side regularly return to fight alongside the heroes. The largely wordless storytelling, of course, puts a limit on mature themes. Ultimately, the most "indecent" element of the videos is the toilets themselves, which will always be a hit with the younger generation.

That's not the only area where *Skibidi Toilet* follows a long tradition. Gerasimov (who didn't respond to multiple requests for comment) animates the videos using the Source Filmmaker program, but he's modified the animation interface to emulate the 2006 game *Garry's Mod. Garry's Mod*, true to its name, was initially a fanmade modification of the game *Half-Life 2* that removed any structure or objective, leading to a purely creative sandbox years before *Minecraft*'s Creative Mode. The game was used to create thousands of machinima videos throughout the late 2000s, and Gerasimov calls these videos a primary inspiration for *Skibidi Toilet*.

Maddy Buxton, the head of YouTube's culture and trends team, says this is a major factor in the videos' success. "One thing we know about Gen Z viewers and creators is they're interested in nostalgia. It's hearkening back to this earlier time, even if they didn't grow up in it themselves," Buxton says. *Skibidi Toilet* was one of the top trending topics last year on YouTube, where at one point it garnered 2.8 billion views in 28 days.

Nostalgia and scatological humor can be eye-catching, but to build up the kind of sustained interest and devotion Gerasimov has, there needs to be a story in its own right. The narrative of *Skibidi Toilet* isn't communicated directly, but that only adds to its intrigue for many viewers, especially younger ones who are used to having to put in extra work to get the full picture. "We've been looking into the role of lore in

building these big fan communities," says Buxton. "The ones that aren't just passively watching, but digging into the backstory."

> "We've been looking into the role of lore in building these big fan communities. The ones that aren't just passively watching, but digging into the backstory."
>
> — MADDY BUXTON, HEAD OF CULTURE AND TRENDS AT YOUTUBE

That digging is so popular that it's transcending traditional structures of fandom. There's no shortage of ways to be a fan of something online, but *Skibidi Toilet*'s audience has spent most, if not all, of their lives on the internet, and their work comes out in extremely online forms. Acolytes flood YouTube with breakdown videos and expand on the worldbuilding with Roblox games. Then there's the comment-section fiction: Wherever the videos are posted, the comments are filled with dozens or hundreds of people providing their own written narratives retelling the events of the video, filling the gap left by the storytelling with their own words. It's a cross between a liveblogged reaction and fan fiction, creating lore where none existed.

The idea of lore is now fundamental to the way many people consume any fiction, but it started in the world of video games, especially games like *Dark Souls* that have virtually no direct storytelling. There are hundreds of unofficial *Skibidi Toilet* games that let players take part in the battles, but the videos themselves invite a similar degree of participation.

"People are coming at it from different entry points," says Buxton. "Some people are coming in from the gaming world, some are coming just for the action storytelling, some like to unpack lore." She describes these unusual fan works as "casual creation," saying that "this idea of being a daily creator makes it much easier to be an active fan than it was five, 10, 15 years ago. Now you can engage in the subject of your fandom by creating it online."

**OF COURSE,** *Skibidi Toilet* itself could be categorized as a fan creation, containing numerous echoes of *Garry's Mod* and the *Half-Life* games. Like many recent works

that emerge online, from <u>streetwear trends</u> to <u>unauthorized TikTok musicals</u>, *Skibidi Toilet* blurs the line between fan work and original work. "Lots of the kids who got into *Skibidi Toilet* don't know anything about where these characters and assets are sourced from," says Phillip Hamilton, an associate editor at Know Your Meme.

Beyond the actual content of the videos, their release schedule is also a factor. "*Skibidi Toilet* is huge with people (namely kids) who always want more," says Hamilton. "Each episode is about a minute long and they blast by so fast, with episodes coming out super frequently."

During the first wave of the videos' popularity in mid-2023, Gerasimov was uploading at least two videos each week for months, sometimes uploading a video every single day. Social media algorithms have prioritized more frequent uploaders for years, and Gerasimov had been animating in Source Filmmaker for more than a decade, giving him enough experience to crank out the videos fast enough to satisfy YouTube's algorithm.

> "I think *Skibidi Toilet*'s 'negative effects' on kids are mostly just the obsessive, seemingly addictive aspect. It's the same reason parents worry about short-form video platforms like TikTok."
>
> — PHILLIP HAMILTON, AN ASSOCIATE EDITOR AT KNOW YOUR MEME

This isn't the first time the algorithm has popularized content that adults find inappropriate for children. In 2017, YouTube faced a public outcry when it was found that the platform was promoting <u>hundreds of disturbing videos</u>, and allowing them to be viewed on its family-friendly YouTube Kids app. The controversy would be known as "<u>Elsagate</u>," since the offending videos featured popular children's characters like Elsa, Spider-Man, and Peppa Pig undergoing gory medical procedures, getting kidnapped, and more.

These videos were transparent attempts to game YouTube's recommendation system for ad revenue. Many of them had hundreds of seemingly inauthentic comments to boost engagement metrics, and a <u>report by the New York Times</u> found one prominent channel was creating videos with a team of roughly 100 people.

YouTube made changes to its algorithm to disincentivize scammers from making these videos. They can't do the same to flush away *Skibidi Toilet*, because it wasn't made to satisfy the algorithm in the same way. It's a much smaller operation, made with genuine craft and artistic intention. Gerasimov made the videos longer and more ambitious as the series grew in popularity, but that growth happened thanks to people actually enjoying the series, not for associations with popular characters.

Nonetheless, they've become even more of a hit among the younger generation, and for parents, this seems to be the real underlying fear. "I think *Skibidi Toilet*'s 'negative effects' on kids are mostly just the obsessive, seemingly addictive aspect," says Hamilton. "It's the same reason parents worry about short-form video platforms like TikTok." The videos took off at the perfect time—after the Covid-19 pandemic accelerated a general shift away from in-person social interaction—for their weirdness to feed into paranoia about what a screen-mediated life might be doing to impressionable young minds.

When it comes to children's browsing habits, there are many scarier things they might find online than *Skibidi Toilet*. As strange as the videos are, they wouldn't do very well as propaganda or even advertising. There's no agenda, for good or ill, besides the entertainment value. In the Washington Post, Taylor Lorenz compared *Skibidi Toilet* to "harmless entertainment" like *Cocomelon* and other children's videos. Not everyone is happy about the popularity of *Cocomelon*, but that popularity hasn't caused the same kind of panic.

## You Might Also Like …

- Our latest scoop reveals the young, inexperienced engineers aiding Elon Musk's government takeover
- **In your inbox:** Get *Plaintext*—Steven Levy's long view on tech
- See the thousands of apps hijacked to spy on your location
- **Big Story:** The king of Ozempic is scared as hell
- **Uncanny Valley:** An insider look at the influence of Silicon Valley

[Adam Bumas](#) is a researcher and journalist covering the internet and culture. He writes for the newsletter Garbage Day. ... [Read more](#)

# The Daily newsletter

Our biggest stories, handpicked for you each day.

| ⋯ |
|---|

| SIGN UP |
|---|

By signing up, you agree to our [user agreement](#) (including [class action waiver and arbitration provisions](#)), and acknowledge our [privacy policy](#).

---

READ MORE

---

2/13/25, 11:56 AM
Case 5:25-cv-01644-NW   Document 9-2   Filed 02/18/25   Page 119 of 199
10 YouTube videos you need to watch this week: Kendrick, Skibidi Toilet, and more | Mashable



Home > Life > Digital Culture

# 10 YouTube videos you need to watch this week: Kendrick, Skibidi Toilet, and more

If you're trying to stay informed about what's trending online, you've come to the right place.

By [Truth Headlam](#) on July 12, 2024



**See what's trending.** Credit: Screenshots: YouTube

If you're trying to stay in the know about what's trending online, you've come to the right place.

Keeping up with what's trending can be tricky, especially in today's digital landscape, where things can go viral one minute and then be obsolete the next. So, we've identified 10 trending [YouTube](#) videos you should watch — or at least skim — to get you up to speed on what's happening in culture.



The anticipated visual for Kendrick Lamar's diss track addressed to Certified Lover Boy, rapper Drake, dropped last week. Released in early May, the *Billboard* No. 1 song was dubbed the Song of the Summer by fans. The music video premiered on July 4 and reached 41 million views less than a week later. Half of those views came within the first 24 hours.

**"skibidi toilet 76 (part 1)"**





This is the latest in the [Skibidi Toilet series](#), which has captivated children and perplexed their parents since its debut in February of last year. This 3-minute video, posted to YouTube on July 6, has garnered nearly 17 million views and counting.

**SEE ALSO:** [A parent's guide to Skibidi Toilet: What is it and why is it so popular?](#) →

### Eminem, "[Tobey (feat. Big Sean & Babytron)](#)"



Eminem's latest song, "Tobey," which features Big Sean and Babytron, has garnered over 8 million views since it dropped on July 2. Eminem is preparing to release his latest album, *The Death of Slim Shady (Coup de Grâce),* on July 12. It will be the rapper's fourth album release in four years.

---

**Mashable Top Stories**

### Stay connected with the hottest stories of the day and the latest entertainment news.

Sign up for Mashable's Top Stories newsletter

Enter Email

Sign Me Up

By clicking Sign Me Up, you confirm you are 16+ and agree to our Terms of Use and Privacy Policy.



ADVERTISEMENT

Bitdefender. Global Leader In Cybersecurity

This highlight reel, posted on July 8, replays the must-see moments from the Formula 1 British Grand Prix, where longtime Mercedes driver and decorated Brit Lewis Hamilton sped into victory on his home turf the day before.

## Agatha All Long Teaser Trailer



The teaser trailer for Marvel's *Agatha All Long* was posted on July 8 and has accumulated nearly 6 million views. It's still among the Top 20 videos currently trending on YouTube.

**SEE ALSO:**    'Agatha All Along' trailer: Kathryn Hahn, Patti LuPone, Aubrey Plaza, and Sasheer Zamata form a coven    →

## "We Rebuilt a Village"



---

ADVERTISEMENT

---



From YouTuber Jimmy Donaldson, a.k.a. MrBeast, the top creator on the platform, this video, posted on the "Beast Philanthropy" channel, has already surpassed 5 million views. MrBeast tells how he partnered with companies to help a woman on her mission to better a rural village in Zambia by building a solar array to provide the village with electricity and more.

"**WrestleMania XL: Behind the Curtain**"



This video, produced by the WWE documentaries team, has already garnered over 2 million views, giving audiences a behind-the-scenes look at the buildup and preparation for WrestleMania XL, which will take place on Aug. 6.

"**Megan Thee Stallion gets an apology from Shannon Sharpe**"



ADVERTISEMENT



During this hour-long interview on the podcast *Club Shay Shay*, host Shannon Sharpe delves into the rise of *thee* hot girl, Megan Thee Stallion. Sharpe opens with an apology to Meg for an unsavory past joke. In addition to the apology making its rounds on social media and blogs, they also discuss the rapper's meteoric rise in the industry in this lengthy interview.

"College Football 25 | Gameplay First Look"



This first look at the highly anticipated video game in EA's NCAA series, *College Football 25*, gives players an exclusive glimpse at the game that's been 10 years in the making.

## "Minecraft but I survive in PVP CIVILIZATION"



ADVERTISEMENT



YouTuber Evbo is known for making some of the best *Minecraft* gameplay videos online. This latest entry, about his life in the PVP civilization, is no exception. It's accumulated over 2 million views.

**Topics** [YouTube](#)



## Truth Headlam

### Tech & Culture Fellow



Truth Headlam is a journalist who enjoys following the money and diverse storytelling. She reports on tech and culture for Mashable. You can find her sharing her favorite articles on Instagram @[truthheadlam](#).

## Conversation

Have fun. Be respectful. Feel free to criticize ideas, but not people. Mashable has a [strict commenting policy](#).

Commenting as **Guest**                                        🔔  Log in | Sign up

| Be the first to comment… | 📷 GIF |
|---|---|

No one seems to have shared their thoughts on this topic yet



# VIP+



| DAILY COMMENTARY | SPECIAL REPORTS | VIDEO |

**Need discounted VIP+ access for your team?**

VIP+ »
DAILY COMMENTARY »
YOUTUBE

# 'SKIBIDI TOILET': FLUSHING OUT AUDIENCE DATA ON AN INTERNET PHENOMENON

By Robert Steiner ⌄

JULY 24, 2024 8:00AM PT

f  X  🄵  𝓟  t  +



VARIETY VIP+

**IN THIS ARTICLE**

» **The "Skibidi Toilet" series on YouTube has amassed billions of views since its February 2023 debut**

» **The emerging Skibidi Alliance, powered by fan-made content, brings in massive views and engagement in its own right**

» **Creator Alexey Gerasimov jumped from obscure animator to a YouTube top creator, once even pulling more views than MrBeast**

If the newly revealed ambitions to make "Skibidi Toilet" the next big thing in Hollywood are ever realized, YouTube will be the foundation on which that success was built. A new VIP+ data analysis makes clear the rise of the YouTube channel DaFuq!?Boom! has been nothing short of astonishing since Feb. 7, 2023, when Alexey...

### This story is only available to VIP+ subscribers.

| SUBSCRIBE NOW | LOG IN |
|---|---|

Welcome to VIP+, a special subscription section of Variety.com.

# MORE FROM VIP+

Case 5:25-cv-01644-NW    Document 8-2    Filed 02/18/25    Page 130 of 199



Jul 24, 2024 8:00am PT

# 'Skibidi Toilet' Film and TV Franchise in the Works From Michael Bay, Adam Goodman — Listen to the Exclusive Interview

By Andrew Wallenstein, Robert Steiner

    



Kevin Winter/Getty Images | DaFuq!?Boom! | Kevin Winter/Getty Images

As if it wasn't ubiquitous enough as digital video shorts or games, "Skibidi Toilet" may be headed for a future as long-form content, too.

The controversial animated internet sensation is being developed for TV and film treatment by director Michael Bay and former Paramount Pictures president Adam Goodman, who sat last week for an exclusive interview about their plans for Skibidi on the **latest episode of Variety's "Strictly Business" podcast**.



Strictly Business

Skibidi Toilet: Inside the Internet Phenomenon's Hollywood

00:00 / 41:10

2/13/25, 12:08 PM
Case 5:25-cv-01644-NW  Document 8-2  Filed 02/18/25  Page 132 of 199
'Skibidi Toilet' Film & TV Franchise in the Works from Michael Bay



# *VARIETY*

## Related Stories



VIP+

How Music Superfan App Weverse May Be the Key to 'Streaming 2.0'



'Dead Lover' Review: Macabre Attempt to Keep a Lost Romance Alive Is Both Entertaining and Inventive

That Goodman is even presenting migrating Skibidi IP to TV or film as an option is a testament to the audience size the property has amassed on YouTube and Roblox, where the monetization opportunity is ample. As a new **Variety Intelligence Platform data analysis makes clear**, the audience growth for all things Skibidi has been staggering.

ADVERTISEMENT

## Popular on Variety



**Monthly YouTube Views: DaFuq!?Boom! vs. Major Franchises**



FOR MORE DATA, VISIT **VIP+**

SOURCE: TUBULAR • CHART: VARIETY INTELLIGENCE PLATFORM

On Feb. 7, 2023, Alexey Gerasimov uploaded an 11-second video to his YouTube channel DaFuq!?Boom! called "skibidi toilet," which featured a head emerging from a toilet singing. Little did he know it, but the then-23-year-old from the former Soviet republic of Georgia had launched a genuine cultural phenomenon.

*VARIETY*

audience, not to mention the distinction of being a cultural icon Generation Alpha can truly call its own.

ADVERTISEMENT

For a film biz veteran like Goodman, who with Bay now runs what he dubs a "Tra-digital" independent studio called Invisible Narratives, what Gerasimov has created with Skibidi has potential up there with what he's seen previously from his past work shepherding memorable characters to the silver screen. "He's building something that could be the next 'Transformers' or could be a Marvel universe," he said.

When Skibidi makes the jump from digital to physical form this fall as merchandise, the licensing deal that will put the internet sensation on the shelves raised eyebrows when it was announced in May because of Invisible Narratives' involvement.

ADVERTISEMENT

Yet no mention was made then that "Transformers" helmer Bay isn't merely toying with branded action figures and puzzle games — he's working closely with Gerasimov on content.

**VIP+ Special Report: "The Race to Replace TV" digs into social video's impact on U.S. viewing habits**

decide to go film or television, that this is kind of lifted beyond just the resources that creators have on the internet," said Goodman.

ADVERTISEMENT

While he would not specify any particular studios or entities with which he is in discussions, Goodman said they are entertaining the thought of a hybrid animated/live action version of Skibidi he likened stylistically to the "John Wick" and "District 9" movies.

"If we find a partner in this that really believes there's opportunity for this to grow and to really see the storytelling grow and for this to be where we hope this can be, then film and TV seems like a natural extension for us," Goodman noted.

If Skibidi can cross over to multiplexes and/or streaming services, it would be the latest example of prominent digital-native IP attempting to cash in off-platform after amassing an audience online.

From YouTube's reigning star, MrBeast, securing a TV deal with Amazon to top-ranked kiddie franchise Cocomelon coming to theaters courtesy of Universal Pictures, it's becoming something of a rite of passage for the elite self-made brands on social media to test the waters in Hollywood.

**SIGN UP:** Click here to subscribe to *Variety*'s free weekly "Strictly Business" newsletter covering media earnings, M&A, financial and corporate news

The next test comes Aug. 16, when another kiddie favorite, "Ryan's World the Movie: Titan Universe Adventure," arrives to more than 2,000 screens nationwide via PocketWatch Inc., having bypassed the studio system altogether — akin to the distribution strategy employed by the Taylor Swift concert film last year.

What's even more unusual, Goodman revealed, is Invisible Narratives has a counterintuitive strategy in which they allow dozens of YouTube creators to render their

    'Skibidi Toilet' Film & TV Franchise Under Works from Michael Bay

ADVERTISEMENT



## VIP+ Analysis: Flushing Out Audience Data on the Internet Phenomenon That Is 'Skibidi Toilet'

"That's one of the things that is really different than anything that we've worked with before," said Goodman. "Typically we issue takedowns; we're ready to make sure that nobody is messing with something we want to control. In this case, we've taken a very different approach to this. We want creators to play with our IP. We want to make sure that people are doing things, obviously within reason, so long as it kind of follows a certain guideline for us."

Roblox, another online sandbox platform with a massive Gen Alpha audience, hosts dozens of "Skibidi Toilet"-inspired games made by fans. "Skibidi Toilet Tycoon," for instance, has had over 75 million plays in just 11 months, while "Skibidi Toilet Multiverse" logged 10 million plays in its first year.

A lot of digital ink has already been spilled attempting to explain why Skibidi Toilet took off in such meteoric fashion. Some have deemed it a horror spectacle with grounds for moral panic, others say it's the symptom of internet-induced brain rot.

*VARIETY*

YouTube has proven to be a breeding ground for animated series with breakout potential like Skibidi as of late, from "The Amazing Digital Circus," which just locked in its own licensing deal this week, to the Minecraft-driven creations of the YouTuber Bravura.

*"Strictly Business" is* Variety*'s weekly podcast featuring conversations with industry leaders about the business of media and entertainment. A new episode debuts each Wednesday and can be downloaded on iTunes, Spotify, Stitcher and SoundCloud.*

**Read More About:**  Adam Goodman, Michael Bay, Skibidi Toilet, Strictly Business

## WHAT DO YOU THINK?

Would you like to write movie reviews?

- ◯ Yes, I would
- ◯ For some genres
- ◯ No, I wouldn't
- ◯ Other / No opinion

\* By clicking "NEXT" I submit my answers and consent to the use of cookies for research and advertising purposes; I have read and agree to the CivicScience Privacy Policy and Terms of Service

**NEXT \***

Want to read more articles like this one?
**Subscribe Today**

## More from Variety

# 'Skibidi Toilet:' If you don't know what it is, you will



By [Lisa Respers France](), CNN
Updated 1:33 PM EDT, Thu July 25, 2024



'Skibidi Toilet' on YouTube.
From DaFuqBoom/YouTube

**CNN** —

"Skibidi Toilet" is already an internet sensation and now its about to get even more exposure.

The [YouTube]() series, created by animator Alexey Gerasimov, is an unusual worldwide hit with more than 17 billion views. It features human-headed toilets engaged in a war with humanoids in a cinema style known as machinima.

"Skibidi Toilet" is also controversial because some parents have worried its potty humor wrapped in elements of horror and violence aren't appropriate for kids who have become diehard fans of the viral series. (Think an older "Baby Shark" crossed with dystopia and a dash of Stephen King.)

But that's not preventing "Skibidi" from being developed for TV and film treatment by director Michael Bay and former Paramount Pictures president Adam Goodman, [according to a report by Variety.]()

https://www.cnn.com/2024/07/25/entertainment/skibidi-toilet-explainer/index.html

"We are absolutely in talks right now, both on the television side and the earliest conversations right now on the film side," Goodman told the publication. "But it's not a be-all, end-all for us."



'Skibidi Toilet' on YouTube.
From DaFuqBoom/YouTube

The series began as shorts by a then 23-year-old Gerasimov, who uploaded the first video in February 2023. A native of the former Soviet republic of Georgia, Gerasimov is working with Bay and Goodman's independent studio named Invisible Narratives.

Bay, a filmmaker who is best known for his action work including the "Transformers" film franchise, talked to the Washington Post about working with the newcomer.

"I've always been a director that believes in taking risks," Bay told The Post. "Audiences yearn for fresh, new ideas. With 'Skibidi,' it's a new world of what the younger generation is watching, and I'm taking it very seriously."

It's become so quickly ubiquitous among young people, "Skibidi" is now a slang filler word, there is fanfiction, unofficial merchandise and series-inspired games hosted on Roblox.

Goodman, whose resume includes the "Teenage Mutant Ninja Turtles" reboot, "Mission: Impossible – Ghost Protocol," and the "SpongeBob SquarePants" series, told the Post, "I don't think that there's ever been anything that we've been involved with that mirrors the growth of ['Skibidi Toilet']."

A lot of parents would likely agree.

 **MORNING BREW** ☰

ENTERTAINMENT

# Skibidi Toilet could grace the big screen

The bizarre Youtube series that Gen Alpha is obsessed with might get adapted for film or TV.



*Illustration: Anna Kim, Photo: DaFuqBoom/YouTube*

By **Sam Klebanov**

JULY 25, 2024 • LESS THAN 3 MIN READ

If you only know "sigma" as a Greek letter, then you might need a 10-year-old to help you decipher what's coming next: Skibidi Toilet has officially caught Hollywood's eye.

**Huh?** The viral YouTube Shorts series has become a Gen Alpha cultural touchstone with its video-game-like graphics of distorted human heads popping out of toilets to fight humanoid TV robots and sing the absurd Skibidi song. While some parents wonder if it's turning their kids' brains into mush, *Transformers* director Michael Bay and former Paramount Pictures President Adam Goodman recently told Variety they're in talks to adapt Skibidi Toilet IP into a movie or a TV show.

## Skibidi Ohio rizz, fellow kids

The duo is betting that elevating Skibidi Toilet to the big screen might be the entertainment industry's best chance to get anyone born after 2010 to watch a video longer than 15 seconds.

- The 76-episode series has amassed 17 billion YouTube views since its 24-year-old Georgian creator, Alexey Gerasimov, started dropping episodes last year.

- It also firmly lodged the pseudo-word "skibidi" into the Gen Alpha lexicon and inspired fans to create video games played by millions.

**Big picture:** Skibidi Toilet isn't the only YouTube-born IP that Hollywood hopes can command the big screen like Marvel's superheroes. A feature film spawned from the channel Ryan's World is coming to theaters soon, while the cartoon series *CoComelon* is reportedly getting made into a movie.—*SK*

## Become smarter in just 5 minutes

Morning Brew delivers quick and insightful updates about the business world every day of the week from Wall St. to Silicon Valley.

Email

# Imagining The Skibidi Toilet Cinematic Universe



G~ Ofr jx Ywtzlmyts
Uzgqxmji Ozq7;17579



## SUMMARY

- **Michael Bay is in talks to make either a Skibidi Toilet TV series or movie, but why stop there?**
- **Valve games have a long history of stupid (but fun!) fan-made web series, from Civil Protection to Freeman's Mind.**
- **Let's throw them all out there and have a big ol' Skibidi Toilet x G-Man Squad team-up.**

It's 2026, and the world is on the brink of collapse as we stand in the ruins of an apocalyptic catastrophe. And yet the raiders, fringe doomsday survivors, families hovelled up in basements desperately clinging to hope, and lone wanderers all come together to put aside their differences for Skibidi Toilet. The cinema, now a pile of

https://www.thegamer.com/skibidi-toilet-michael-bay-movie-tv-series-cinematic-universe-pitch/

unrecognisable rubble, miraculously pulls itself back together through sheer will, and out walks the usher ready to guide these lost souls into the hall of sigma.

Michael Bay's Skibidi Toilet won't be a cultural touchstone that brings the world together, if anything it'll be the Emoji Movie for Gen Alpha, but let's just pretend that this is the start of something beautiful and see where it might take us.

## Half-Life: Full Life Consequences: "u shudnt come here"

Listen up kiddos, Skibidi Toilet isn't the first Garry's Mod schlock on the block. Back in *my* day, we had John Freeman, fanfic written by a nine-year-old that was turned into a silly skit show on YouTube.

The plot is pretty simple; Gordon Freeman, the heroic saviour of Black Mesa, sends his brother an email telling him that aliens and monsters are attacking his place. So, he hops in his bathtub with wheels and drives off the rooftop to pull off the most daring rescue the Combine have ever seen.

*The countrysides were nice and the plants were singing. The birds and the sun were almost down from the top of the sky. The mood was set for John Freeman's quest.*

He's like Captain America, you can't have your cinematic universe without him, so after Skibidi Toilet sets the scene with Male 07 and his Flushed Away antics, we pivot to this prequel to set the stage for his eventual return when the team-up finally comes together.

## The G-Man Squad - Operation Black Mesa



Speaking of team-ups, we have our Guardians of the Galaxy next. The G-Man Squad is… a little dated, and mostly screaming. Look, I loved this stupid little YouTube show as a kid and it doesn't really hold up but I'm gonna mention it anyway damn it (even if it's older than the oldest Gen Alpha now).

*It's may may may, me a momma momma. You can use these tripwires to reach otherwise unavoidable areas.*

A bunch of obnoxiously loud screaming G-Men storm Black Mesa and mercilessly beat every single scientist to death with crowbars. It might be more Thunderbolts than Guardians of the Galaxy, but either way, this is an important part of the cinematic universe as it offers a mostly disconnected story with a different enough tone to keep things varied, but since they're G-Men, they can walk through the fabric of time and space and appear when needed. They're kinda like an army of Doctor Stranges.

## Civil Protection

This Accursed Farms classic takes us back to the world of John Freeman and Skibidi Toilet from the perspective of two beat Metrocops. The entire thing is just a couple of

https://www.thegamer.com/skibidi-toilet-michael-bay-movie-tv-series-cinematic-universe-pitch/

guys bantering on the side of the street, one winding up the other, until things get heated and the stun sticks come out.

*That's right, I forgot you're a metalhead.*

It's a buddy cop skit show, so this could easily be our big <u>Deadpool & Wolverine</u> blockbuster moment. Maybe they get torn from the mundane patrols of City 17 into an interdimensional excursion. But as for how they'll fare in the team-up, these two are gonna be our Hawkeye and Black Widow, the government agents brought in to lend a hand.

## Freeman's Mind

Gordon Freeman is *silent*. The guy cannot talk. That's why he had to email John. But Freeman's Mind lets us listen to his thoughts, snarkily retorting to scientists or commenting on the otherworldly horrors he's never endingly subjected to just because he was late to work one day.

It's a perfect chance for some of that cinematic universe quip humour, but it also finally introduces Gordon to the fold, our flagship face of the franchise. Our Iron Man.

## The Gmod Idiot Box



https://www.thegamer.com/skibidi-toilet-michael-bay-movie-tv-series-cinematic-universe-pitch/

This is the ultimate team-up, where all of the different faculties of Garry's Mod skits come together for one outlandish Spaceballs-style epic. Male 07 crawls out of the toilet, the G-Men squad walk through their dimension doors at the last minute to save the day, Gordon Freeman dies to save his brother, and the two beat cops kinda just stand back and let it unfold.

That there is our Skibidi Toilet cinematic universe, a crash course through some of the most iconic Garry's Mod and Valve webshows for the most terminally online zoomers who grew up with way too little internet supervision. Michael Bay, call me.

# Skibidi Toilet: Exploring the dystopian Gen Alpha trend, from brain rot to Michael Bay movies

By [Malavika Pradeep](#)
Published Jul 29, 2024 at 04:59 PM
Reading time: 4 minutes



[Images courtesy of @dafuqboomtv from Instagram](#)

"Bro, didn't you get fanum taxed because of your level 0 gyatt when you literally have L rizz only in Ohio while hitting the griddy? You need to cook more like Livvy Dunne and Baby Gronk or I'll get the non-sigma rizzlers to mog you." If that sounded like utter gibberish to you, then welcome to what's allegedly left of the sanest generations on Earth.

Just when Gen Zers thought their age cohort was ruined by unrestricted internet access, Gen Alpha slid into the picture with all their inhuman iPad kid posture. As future consumers and influencers, it seems essential to

analyse the cultural palate of the youngest generation—even if that means trying to find meaning in an army of singing humanoid toilets.

Cue the dystopian world of Skibidi Toilet, a YouTube franchise which has spurred police investigations, sparked some good old-fashioned moral panic, and fueled speculation about a potential Michael Bay movie or TV series adaptation.

## What is Skibidi Toilet?

First uploaded to YouTube Shorts in February 2023, Skibidi Toilet refers to a series of animated videos by DaFuq!?Boom!, a YouTube channel run by Georgia-based artist Alexey Gerasimov. Made using 3D graphics software Source Filmmaker (SFM), the series follows a virtual battle between human-headed toilets, or 'Skibidi' toilets, and humanoids with CCTV cameras, speakers and televisions for heads. Still with me here? Good, cause it's about to get weirder.

All of this digital mayhem is set to a mind-numbing remix of 'Give It To Me' by Timbaland and 'Dom Dom Yes Yes' by Biser King.

You might be wondering what these lyrics actually mean. Truth is, not even the target audience of these videos has managed to get to crack that question yet. But that's where the beauty and influence of Skibidi Toilet lies.

With a mere 11-second runtime, DaFuq!?Boom!'s first YouTube Shorts video amassed over 37 *million* views in the first three months. The creator then went on to release full-fledged seasons of the series with assets taken from video games like *Half-Life 2* and *Counter-Strike: Source*. Currently sporting 76 episodes over 22 seasons, DaFuq!?Boom! has gathered over 40 million subscribers since 2023. PewDiePie could never, I guess?

What started as a modern recreation of weird 2000s SFM videos has become a Gen Alpha cultural icon—inspiring memes, video games and Roblox recreations across YouTube, TikTok and Instagram. It's hence no surprise that Skibidi Toilet now has its own Wattpad genre with questionably impressive works titled *Robot love (Cameraman x TV Woman)* and *Maybe we aren't different after All*.

https://screenshot-media.com/culture/internet-culture/skibidi-toilet-lore-explained/

Depending on who you ask, 'Skibidi' has also evolved into a Gen Alpha term for 'cool', 'dumb', or 'bad.' Claimed to have been introduced to popular culture back in 2018 by Russian rave band <u>Little Big</u>, Skibidi is alternatively used as a filler word alongside Gen Z fave 'Damn, that's crazy'.

## Skibidi Toilet plot and Gen Alpha appeal

Although the Gen Alpha trend has been the butt of intergenerational criticism, many of us don't actually understand  what's at the core of Skibidi Toilet before rating its brain rot capabilities.

Essentially, the main characters involved in the series are Skibidi Toilets, Cameramen, Speakermen and TV men. These characters have then been mutated to form everything from 'Jetpack Balaclava Laser Skibidi Toilet' and 'Jesse Pinkman Skibidi Toilet' to 'Scientist Cameraman' and the 'Duchess Astro Toilet'. Stay with me here.

The plot centres on Skibidi Toilets, led by 'G-Man', who aim to colonise Earth and infect humans by making them hear the 'Skibidi Anthem'. Some of their allies include Skibidi Urinals and Skibidi Bathtubs. On the other end, The Alliance, or the organisation of humanoid mechanical beings, includes Cameramen, Speakermen and TV Men. These characters primarily aim to counter the invasion of the singing toilets.

In essence, the series follows the good versus bad guy trope as with most animations. But what makes them particularly appealing to an entire generation with deteriorating attention spans is their bite-sized length and lore engagement. Not only can you finish watching the entire series in less than an hour (or two with well-spaced mental health breaks) but the episodes are intentionally designed to be nonsensical when viewed outside its broader context—the latter of which is the root of all criticism.

Incomprehensible dialogues by murder drones and astral toilets also help the videos transcend language barriers and target global Gen Alpha audiences. Recreations, easter egg videos and Etsy plushies further mark the longevity of the trend.

## Moral panic and big screen adaptations of brain rot

https://screenshot-media.com/culture/internet-culture/skibidi-toilet-lore-explained/

You can only Skibidi so much before the law and *Transformers* director
Michael Bay takes notice. Earlier in 2024, reports surfaced that Skibidi Toilet
and its creator Gerasimov were under police investigation for having "a
detrimental effect on children" and leading to what is dubbed as the Skibidi
Toilet Syndrome.

"We received an appeal from a Moscow resident about the need to block
video materials on the internet in the form of short Skibidi Toilet films,
which have a detrimental effect on children. After the appeal, the police
began an investigation and appointed an employee who will collect
materials on the application," local authorities said at the time.

One can only imagine the mental turmoil of the appointed millennial
employee as they skim through countless Skibidi Toilet episodes uploaded
as both YouTube videos and Shorts.

Fast forward to July 2024, director Michael Bay and former Paramount
Pictures president Adam Goodman shared their plans of making a Skibidi
Toilet cinematic universe. In an exclusive Variety interview, Goodman said
they were "building something that could be the next *Transformers* or a
Marvel universe." Highlighting plans of a hybrid animated or live-action
version of the poster brain rot meme, Goodman went on to liken the style
to *John Wick* and *District 9*.

"If we find a partner in this that really believes there's [an] opportunity for
this to grow and to really see the storytelling grow... then film and TV
seems like a natural extension for us," Goodman added.

Nevertheless, it's worth noting that the worst manifestation of Skibidi
Toilet in Gen Alpha features them crawling into boxes and mumbling along
to the remix. A closer look at the trend will also highlight its roots in
nonsensical YouTube Poop and old SFM videos that Gen Zers grew up with.
Skibidi Toilet is what *Five Nights at Freddy's* and *My Little Pony* Vore was for us
back in the day.

This is also why it makes perfect sense for someone like Bay to test
Hollywood's appetite for an internet-birthed phenomenon. The series has

https://screenshot-media.com/culture/internet-culture/skibidi-toilet-lore-explained/

all the earmarks of Bay's style: the typical good vs bad guy trope in a post-apocalyptic setting.

Although it won't win an Emmy anytime soon, the success of the franchise could end up beckoning a cinematic universe on the <u>Gnomes vs Knights</u> trend—just like our whimsical founding fathers intended.



# SLATE

 BRINGING FLAVOR TO OTHERWISE COLORLESS TUESDAYS AND THURSDAYS

ICYMI

## Skibidi Toilet Is An iPad Kid's Fever Dream

AUG 31, 2024 • 5:00 AM

Slate podcast transcripts are created using machine-learning software and have not been reviewed prior to publication.

**LISTEN TO THIS EPISODE**

Speaker A: Hey, I'm Candice Lim.

Speaker B: And I'm Zakiya Gibbons, and you're listening to icy Ami, in case you missed it, Slate's podcast about Internet culture.

Speaker A: And Zacia, welcome to the show.

Speaker A: You're a podcast host producer.

Speaker A: You've created great shows like hang up, and you've worked on great shows, shows like Nancy.

Speaker A: But let us not forget, it's your first time on icy ami.

Speaker A: Therefore, Zakiya, what's your first Internet memory?

Speaker B: Oh, my God.

Speaker B: Well, first of all, thank you for having me.

Speaker B: My first Internet memory.

Speaker B: Okay, do you remember those aim buddy icons, like those avatar thingies?

Speaker B: Yes, like, very rudimentary, like, cartoon looking things.



Help! My Teen Has Become Addicted to Something Called "Smellmaxing." Oh God.    Read More

0:09 / 0:09

2/13/25, 12:37 PM
Case 5:25-cv-01644-NW     Document 9-2     Filed 02/18/25     Page 153 of 199
Transcript: Saturday Toilets with Pad, kids, never Orange

Speaker B: I remember sitting at my computer and scouring the hundreds of options looking for the perfect one, and then I landed on one that just spoke to my soul.

Speaker B: It was this little cartoon figure with a thought bubble that said, do you eat soup or drink it?

Speaker B: And my elementary school self was like, yes.

Speaker B: Philosophy.

Speaker B: Yes.

Speaker B: Deep introspection.

Speaker B: This speaks to my soul.

Speaker B: She is her.

Speaker B: That is me.

Speaker B: So that's my earliest Internet memory.

Speaker A: Oh, my God.

Speaker A: That is how I felt in, like, 2012 when I saw the phrase keep calm and carry on.

Speaker A: And I was like, d***, those Brits.

Speaker A: They got it.

Speaker B: They're on disliminable.

Speaker A: Exactly.

Speaker A: Well, that is a great Internet memory.

Speaker A: I so far am loving the vibe.

Speaker A: Therefore, I think this is a good question to ask you.

Speaker A: It is the last week of August, which to me, means summer is kind of over.

Speaker A: Therefore, I wanted to ask, what was your song of the summer?

Speaker A: Do you even believe in having a song of the summer?

Speaker B: Oh, my gosh.

Speaker B: The fact that you're asking do I believe in having a song of the summer?

Speaker B: I'm like, do people not believe in having a song of the summer?

Speaker B: I.

Speaker B: That is, like, what pushes me through life.

Speaker B: So, yes, I believe in it.

Speaker B: And my song of the summer was, no question, hands down.

Speaker B: Nasty by Tinashe the sun.

Speaker B: I been a nasty girl nasty.

Speaker A: I've been a nasty girl nice and.

Speaker B: A nasty girl nasty I've been a nice girl.

Speaker B: The way that song activates me, activates my hips.

Speaker B: Just makes me want to hit the streets and go feral, my friend.

Speaker B: We were all so obsessed with this song that we even changed our group chat name to team Nasty.

Speaker B: This song is more than a banger.

Speaker B: It's a way of life.

Speaker A: Oh, yeah.

Speaker A: And I'm just happy for Tinashe, right?

Speaker A: This is the girl who had one hit, like, years ago, tuan, and she's back, and I'm really proud of her.

Speaker A: I'm just really, really happy.

Speaker B: I appreciate you saying that because, yeah, not only is this song a banger, but I also love it because I am proud of her because she's been in this industry for a minute and I feel like people don't fully recognize her as just being that girl.

Speaker B: She is my bisexual queen.

Speaker B: She is the moment always and forever.

Speaker B: I love her.

Speaker A: Yeah, yeah, I love that.

Speaker A: Nasty.

Speaker A: Definitely going in my playlist for summer two k 24 as well.

Speaker A: I would also throw in looking for a man in finance.

Speaker A: Six five, blue eyes.

Speaker A: But I actually have a new one and it's coming to me at a perfect time.

Speaker A: Zakiya, do you ever get that vibe during, like, the last week of summer where it's a little cooler, maybe low eighties, the sun is setting like 15 minutes earlier than usual and you feel like, you know what?

Speaker A: This was a good summer.

Speaker A: I want to make it last.

Speaker B: Oh, yes.

Speaker B: I always get that feeling.

Speaker A: Well, I have a song that makes me feel this exact way.

Speaker A: It's something I found on TikTok and it is actually taste by Sabrina Carpenter, remixed by Leondas and coaster.

Speaker A: If you won't forever, I don't even know what tastes.

Speaker A: Okay.

Speaker A: What emotions do you feel?

Speaker A: Are we on a beach in Ibiza?

Speaker B: Wait, this is such a vibe.

Speaker B: Yes.

Speaker B: It's giving.

Speaker B: Dancing on a beach in Ibiza.

Speaker B: You know, I feel like one of those love islanders dancing in slow mo during the b roll shot, you know, hands in the hair, swaying side to side.

Speaker B: No worries in the world.

Speaker B: I love this song.

Speaker A: Exactly.

Speaker A: Exactly.

Speaker A: My little microphone necklace just bopping up and down my fake t******.

Speaker A: So is vibes.

Speaker A: Mae is vibes.

Speaker B: It's vibes, mate.

Speaker A: Well, Zakiya Summer may be in the toilet, but you know what else is someone named Skibbery?

Speaker B: Okay, well, I don't know if we could call Skibbery a someone.

Speaker B: Skibity's more like a sentient toilet with a human head aunt.

Speaker B: Skibity is also now a slang word.

Speaker B: It's a state of mind.

Speaker B: But yes, there is a real human someone behind Skibidy.

Speaker B: There's this guy from Georgia, the country, who has honestly broken the Internet and broken some brains, mine included, and might be making some serious bank off this weird animated dystopian web series called Skibbidi Toilet.

Speaker B: And Jen Alpha is obsessed.

Speaker B: Michael Bay is trying to make it into a blockbuster film, like, this is the next big thing.

Speaker B: But skimity toilet is truly so f****** weird and grotesque that I kind of need to dig deeper into what this means for Internet culture now that Gen Alpha, you know, kids born between 2010 and now are shaping our Internet culture.

Speaker A: Yeah, I've heard about ski bitty toilet before, but I have not entered the world.

Speaker A: Therefore, I think you should take me there.

Speaker A: So on today's episode, we're diving into the skibidy toilet empire to ask why kids are loving it, whether we should be scared, and what this says about the intergenerational culture wars that we wage online.

Speaker A: We'll be right back after a break.

Speaker A: And we're back.

Speaker A: I'm here with Sakia givens, the host and creator of the Hang up podcast.

Speaker A: And I'm really excited to talk to you about, because if I wanted to, I could approach this with fear and moral panic, but instead, I'm entering with curiosity, like George.

Speaker A: Okay, so, Zakiya, where should we begin?

Speaker B: Oh, my God.

Speaker B: Where to begin?

Speaker B: Okay, so I'll just give you a brief summary, or actually, you know what?

Speaker B: I'm so curious for you to tell me what you think this is about.

Speaker B: So each episode of Skippity toilet is super short, like a minute.

Speaker B: So how about you watch the first episode and you tell me what you think this show is about?

Speaker B: What the heck is going on on you?

Speaker A: Okay, it's very funny you say first episode.

Speaker A: I'm pretty sure that was like 5 seconds, maybe 10 seconds of an episode.

Speaker A: But I have to admit something so truthfully, the music was kinda good.

Speaker B: Okay, right.

Speaker B: Does it sound familiar to you at all?

Speaker A: A little.

Speaker A: But the lyrics I'm very bewildered by.

Speaker B: Okay, it's a bop because it's a mashup of a Timbaland song.

Speaker B: The king of bops.

Speaker B: Remember that song?

Speaker B: Give it to me by Timbaland featuring Nelli Frittato and Justin Timberlake.

Speaker A: Oh, yes.

Speaker B: Yeah.

Speaker B: It's that song mashed up with a turkish song called Dom Dom.

Speaker B: Yes, yes.

Speaker B: By a bulgarian artist named Bizer King.

Speaker B: So yeah, it's Loki a bop.

Speaker B: And I'll admit, at first the song haunted me, but then I was like, wait, it's kind of giving.

Speaker B: I kind of love this.

Speaker A: Yeah, I kind of want to go to the club.

Speaker A: I do want to go to that beach in Ibiza we just talked about.

Speaker A: And I want to blast this on the speakers.

Speaker A: I will say, though, what are they saying?

Speaker A: Cause I'm picking up some of it, but not much.

Speaker B: Okay, so yeah, you do hear we ain't here to hurt nobody from the Timbaland song.

Speaker B: But this gibbety dum dum is like gibberish or nonsensical I can't confirm if it's turkish, but the mashup has kind of become its own song and a phenomenon in its own right.

Speaker A: Yeah.

Speaker A: Okay, so talk to me about the visuals here because, look, I can't pinpoint whether there is a story, but I do see an angular rendered head popping out of a toilet.

Speaker B: Yeah.

Speaker B: Okay, so skibity toilet looks like it's just about some creepy toilets with human heads being f****** weird, full stop.

Speaker B: And it's not.

Speaker B: Not about that.

Speaker B: So this web series is about this drawn out war between the evil skibidy toilets trying to take over the world and these humanoids with CCtv cameras, speakers and tvs for heads who team up to defeat the skibbeties.

Speaker B: Each episode the war continues to escalate and it's unclear who's gonna win.

Speaker B: It's pure chaos.

Speaker A: And who was behind all of this chaos.

Speaker B: So this 26, 27 year old guy named Alexi Jarasimov made Skibity toilet.

Speaker B: He said it was inspired by his literal nightmares.

Speaker B: He had recurring nightmares about evil toilets with hands shooting out of them.

Speaker B: And, you know, as a true artiste, he turned those toilet fears into arthem.

Speaker A: It's very skinnama rank.

Speaker A: I like it.

Speaker B: It is very skinnamarink.

Speaker B: Yes, definitely.

Speaker A: Yeah.

Speaker A: So we have this guy who I guess is technically Gen Z, maybe a little cusp, but he is making this content that is essentially toilet humor.

Speaker A: And it's a little grotesque, but it's also hitting majorly with Jen Alpha.

Speaker A: So people younger than him.

Speaker B: Yeah, if we're classifying Jen Alpha as people born in 2010 and later so 14 and under, they love this stuff.

Speaker B: His YouTube channel is called de f***.

Speaker B: Boom.

Speaker B: I don't know why, but that's what it's called.

Speaker B: And in 2021, he literally just started posting on YouTube just to practice animation.

Speaker B: Like it was kind of purposely bad.

Speaker B: And then by December 2023, he had 37 million subscribers.

Speaker A: Wow.

Speaker A: And in my head, that is on the way to MrBeast's numbers.

Speaker A: But what is it about these videos that Gen Alpha is like so obsessed with?

Speaker B: Yes.

Speaker B: And they're literally obsessed with it.

Speaker B: These videos, like I said, are just a minute long, which is great for the iPad baby generation attention span.

Speaker B: And it's straight up toilet humor.

Speaker B: Another thing that kids find hilarious.

Speaker B: And since Gen Alpha were former iPad babies, YouTube is like their native language, their main source of entertainment, CBD toilet has an old school, early two thousands Internet look like how half life looked, you know?

Speaker A: Yeah, that's like a video game from like 1998.

Speaker B: Yeah.

Speaker B: It's kind of glitchy looking, rough around the edges, which adds to the creepy vibes.

Speaker B: It's pretty grungy.

Speaker B: It's also very violent.

Speaker B: There's gunfire and bombs dropping and explosions and fist fights and eye gouging.

Speaker B: So, yeah, when I first watched this or saw a clip of it, I was like, literally, what the f*** is this garbage that these young kids are watching?

Speaker B: But like I said, jen Alpha is, like, addicted.

Speaker B: Here's a TikTok of a kid whose mom apparently cut him off from skippity toilet content after 3 hours.

Speaker B: Give me toilet.

Speaker B: I don't give it toilet.

Speaker B: Toilet.

Speaker A: By the way, that thud sound you just heard is him kicking his mom.

Speaker A: Like, this is unhinged beyond tantrum.

Speaker A: But I will say one thing.

Speaker A: I think it's interesting that skippity toilet is kind of being considered children's entertainment.

Speaker A: Cause it does not look like children's entertainment.

Speaker A: It's not Mickey mouse like, circles, squares, bright colors, very, like, warm, welcoming stuff.

Speaker A: It is so dark, it is so angular that I can understand why people are looking at this and being like, this is nothing for kids.

Speaker A: What is this?

Speaker B: Absolutely.

Speaker B: It is deeply unsettling.

Speaker B: As a 32 year old, I was like, I'm gonna have bad dreams tonight.

Speaker A: Yeah, yeah.

Speaker B: But, you know, as an open minded journalist, I was like, let me try not to judge immediately.

Speaker B: Let me sit down, see what these kids are freaking out over.

Speaker B: So I watched all 2 hours of skippity toilet episodes yesterday.

Speaker B: Wow.

Speaker B: Yeah.

Speaker B: Going into it, I was imagining I'd be like that guy in clockwork orange with his eyes pried open, forced to watch the atrociousness.

Speaker B: But I was surprised to find that I kind of understand the intrigue.

Speaker B: Like, it has real narrative character development, twists and turns, an arc, humor, emotion.

Speaker B: I found myself being invested in it.

Speaker B: Like, this is legit storytelling.

Speaker B: And as you watch more of it, you realize it's not just gross, violent toilet humor.

Speaker B: It seems to be a metaphor for the changing landscape of the entertainment industry, the battle between old, traditional media industries like film and tv and the new era of YouTube.

Speaker B: So, yeah, at first I thought this was pure brain rotten to.

Speaker B: Then I was like, hmm, maybe it's not.

Speaker A: Yeah.

Speaker A: And you brought up that there's kind of this war between the toilets and things like CCTV.

Speaker A: That really reminds me of that, like, really tense relationship that people in the UK have with surveillance culture, which absolutely crossed over into America within the last ten years with things like Amazon Alexa devices or ring cameras.

Speaker A: Like, there is this international tech issue that it definitely speaks to.

Speaker A: But what I'm gleaning is that skippity toilet is kind of like the biggest thing on YouTube right now, to the point where Michael Bay, Transformers.

Speaker A: Michael Bay wants a piece of it.

Speaker B: Yes.

Speaker B: According to Variety, Michael Bay said they're in talks about making it into a film.

Speaker B: So, you know, early days.

Speaker B: But I think there's something big here.

Speaker A: Yeah.

Speaker A: Because on a surface, this seems stupid.

Speaker A: Like, this seems like nonsense, but I'm, like, trying to piece together what it is that is making Jen Alpha so feral.

Speaker A: Right?

Speaker A: Cause, for example, you have this banger theme song which kind of implants in anyone's brain the way a TikTok song would.

Speaker A: I see the obsession with dystopia.

Speaker A: Cause it looks a little last of us.

Speaker A: Minecraft meets the sims.

Speaker A: Also, I think kids at that age, that's when they start learning about, like, death, hunger games, things like that.

Speaker A: And then I get why toilet humor would hit with a twelve year old.

Speaker A: I think it's the way I felt when I watched I'm on a boat by the Lonely island for the first time.

Speaker A: Is there anyone else who maybe meets this whole thing with just pure derision?

Speaker B: Yeah.

Speaker B: So Taylor Laurens did a piece on this for the Washington Post, and she talked to Maddie Buxton, who is YouTube's culture and trends manager.

Speaker B: And Buxton said that skibity toilet is one of the first memes that has taken off with Gen Alpha, which is huge.

Speaker B: Even the theme song of Skibity toilet gives a nod to this with the lyric, what the h*** is going on at YouTube?

Speaker B: But as you know, we kind of alluded to in that TikTok we just played on the other side, our parents, who I think are a little concerned.

Speaker A: Yeah, I was gonna say I would love to know how, like, common sense media is acting about all of this.

Speaker B: Yeah.

Speaker B: So I think parents are concerned about the developmental effects of children being exposed to the strange, disturbing, violent imagery.

Speaker B: They're also claiming that kids are experiencing skippity toilet syndrome, which is just kids, you know, popping their heads out of boxes and, like, yelling skippity.

Speaker B: But, you know, others dismiss the concerns as just, you know, moral panic and no different from the violence of typical video games like Halo.

Speaker B: And they also, you know, applaud the ingenuity of the dialogue free storytelling and nostalgic animation.

Speaker B: So, you know, you have the decades old concern about violence in video games, and you have parents who just don't get it and choose to look no further.

Speaker B: But what's interesting is that at.

Speaker B: At first, Gen Z seemed to appreciate the show because it's reminiscent of the older Internet that they grew up on, but over time, they got weirded out by it and made anti skibbidy toilet reaction videos.

Speaker B: Here's one from a TikTok user named Heavenoche who's in Gen Z, but feels like there's some segmentation in Gen Z dividing those who say things like Riz and skibity versus people like her who just do not get it.

Speaker B: This is what I'll be trying to explain to people.

Speaker B: I'm 22.

Speaker B: I was born in 2001.

Speaker B: I'm a part of Gen Z, but not the Gen Z.

Speaker B: Y'all think, like, I don't.

Speaker B: I don't say Riz.

Speaker B: So I have younger sisters who actually are, like Gen Z, who, like, are growing up in that Riz like era, and they have this thing.

Speaker B: Skippity do toilet riz.

Speaker B: Skippity do toilet riz.

Speaker B: Somebody get me the f*** out of this generation.

Speaker B: And there's so many Gen Z tweets s******* on skibidy.

Speaker B: And in the comment section of skibity videos being like, is Gen alpha okay, WTF is this?

Speaker B: I hate this.

Speaker B: I'm scared.

Speaker B: Okay, wait, so, like, why are skippity toilets and cameramen in the war?

Speaker B: Because.

Speaker A: How did it start?

Speaker B: Because after.

Speaker B: Before they saw each other.

Speaker A: Like, what?

Speaker B: We got take over the city.

Speaker B: Oh, okay.

Speaker B: The skivities or all of them.

Speaker A: Okay, so the skippies are trying to take over the city, and the cameramen don't like that.

Speaker B: Yeah.

Speaker B: So the cameraman are trying to save the city.

Speaker B: Oh, so are the cameraman the good.

Speaker A: The good guys?

Speaker B: Yes.

Speaker B: Okay.

Speaker B: Yeah.

Speaker B: Skippity toilets are evil.

Speaker B: Yeah.

Speaker B: Are all the other guys good guys too?

Speaker B: Like the radio?

Speaker A: Yeah.

Speaker B: What about.

Speaker B: About the radio heads or whatever you.

Speaker A: Said the tv heads.

Speaker B: Yeah, they're good.

Speaker A: And here's my question.

Speaker A: Is Gen Z hating on skippity toilet because they don't get it or because they feel this real tension of, like, I don't get it.

Speaker A: And I hate that there is a demo younger than me coming for me, possibly taking over my throne as, like, zeitgeist demo number one?

Speaker B: Yeah, I think it's both because even though people are saying this is Jen Alpha's slenderman or that these are just iPad kids looking for brain rot, I think the backlash is coming from a bigger Internet trend, which is intergenerational culture wars.

Speaker B: Like, this might be the first time Gen Z feels old or out of touch with meme culture.

Speaker B: And Gen Z has been told that they run memes and control what's popular and funny.

Speaker B: But now I think Gen Z is reckoning with the new alphas.

Speaker B: Honestly, it's how I, a millennial, felt when Gen Z started coming up and clowning millennials and started becoming the tastemakers.

Speaker B: Though I will say Gen Z coming for millennials.

Speaker B: Live, laugh, love, home.

Speaker B: Good signs was absolutely warranted.

Speaker B: But leave me and my ankle socks alone, okay?

Speaker A: Yeah.

Speaker A: And I can already think of like 10 million ways that Gen Alpha is coming for Gen Z's next.

Speaker A: So lets take a break.

Speaker A: When we come back, were going to talk about the intergenerational cultural warfare happening online and whether anyone has the right to fight back.

Speaker A: All that and more after the break.

Speaker A: And were back.

Speaker A: So before the break, Zakiya gave me a very good rundown of what the h*** skeevity toilet is.

Speaker A: And I think they have a good handle on, like, what or who it is.

Speaker A: But ski biddy toilet seems to be more than just like a fad.

Speaker A: It seems to speak to a bigger trend of generational growing pains online.

Speaker B: Yeah, so I've been thinking a lot about how skippity toilet is just not the first time that the Internet has felt threatened by a new crop of kids online.

Speaker B: You know, I've been thinking about the lady in the green dress.

Speaker B: I don't know what's happening to club culture, but the girlies are not wearing heels in the clubs anymore.

Speaker B: And as a 34 year old, I know I don't look my age, but as a 34 year old, do we need to come out of retirement and teach the girls how to wear heels or like, what heels you need to shop for when going out in the club.

Speaker B: Because the amount of flats and sandals that I saw is just like, part of the thrill of going to the club is dancing on the couch in your.

Speaker B: Your heels.

Speaker B: You gotta figure out how to strengthen those ankles so you don't break them.

Speaker B: Like how to maneuver.

Speaker B: Like, it's a rite of passage.

Speaker A: Oh, tell me about this.

Speaker B: Yeah.

Speaker B: So recently, this woman, a millennial, she made a TikTok where she's coming at Gen Z being like, girlies, why is no one wearing heels to the club anymore?

Speaker B: I'm tired of seeing these sandals.

Speaker B: I'm tired of seeing these sneakers.

Speaker B: And she shows her fitness.

Speaker B: She's wearing a green dress and some heels, and Gen Z's like, um, ma'am, you think you're serving, you know, stiletto pumps in the club, but it was really serving, like, sensible church shoe.

Speaker B: So she got clowned.

Speaker B: And, you know, I've also been thinking about Eminem, who is firmly Gen X.

Speaker B: So people in their mid forties to sixties using his latest album to antagonize Gen Z for being too woke.

Speaker B: And there were a bunch of tiktoks around the same time of Gen Xers with a call to action to rise up against the woke Gen zers.

Speaker A: Gen X rise.

Speaker B: What's so funny is that Gen Z just does not care.

Speaker B: They are unbothered, and instead they just shitpost them back.

Speaker B: Here's a parody of those Gen X rise up videos made by Gen Zer.

Speaker A: Hey, bro, what's going on with Gen X?

Speaker B: They poked the wrong bear this time.

Speaker A: Oh, that Gen X.

Speaker B: It's time to rise up.

Speaker A: Yeah, I think they're trying to go to war with Gen Z.

Speaker A: I don't know.

Speaker B: No one really knows.

Speaker B: We ride a dog.

Speaker B: What?

Speaker A: What did we do?

Speaker A: You think we're scared of you, Gen Z?

Speaker A: We drink from the hoes growing.

Speaker A: Oh, I'm, like, now realizing something, which is that the Gen X filter is basically, like, the guy who stormed the Capitol with the horns and face paint.

Speaker A: Like, exact same vibe.

Speaker B: Exactly that vibe.

Speaker B: Exactly that vibe.

Speaker B: So there's this generational disconnect that also includes things like, you know, when CNN tried to explain brat Summer on air and Gen Z was just like, no, don't do that.

Speaker B: Or when Gen Z drags millennials for being so corny and so cringe online, or using, like, three emojis and all their texts, there's this TikTok.

Speaker B: I found that hitdeh.

Speaker B: It's, like, way too close to home for me.

Speaker B: It's from Rob Don, 567, and the screen text says, pov.

Speaker B: If cringey millennial phrases were a person.

Speaker A: Nothing comes between me and my doggos.

Speaker A: Those puppers are my fur babies.

Speaker A: Don't look now, guys, but I did a thing.

Speaker A: Oh, I remember my trip to Europe.

Speaker B: Take me back.

Speaker A: That's it, guys.

Speaker B: This video wins the Internet for today.

Speaker A: I think the most eerie thing about this video is that I have said some of these words before earnestly, and, like, I'm obviously not gonna, like, defend it, but the one behavior I will defend is, I love a dot, dot, dot.

Speaker A: Okay?

Speaker A: I love using a dot, dot, dot in my text.

Speaker A: It's just the ellipses.

Speaker A: Ooh, it hits, it hits.

Speaker B: I love it.

Speaker B: Sometimes you need some narrative tension, some suspense.

Speaker B: So I'm with you.

Speaker B: And, you know, I think Gen Z is absolutely guilty of bringing back trends that they have no business bringing back.

Speaker B: Like, y two k clothing, which was definitely helped by people like olivia Rodrigo.

Speaker B: But the real tension is that Gen Z has been sitting on the throne for too long.

Speaker B: Like, I would maybe say since 2016 or maybe post obama era, Gen Z has been thriving as tastemakers, trendsetters, it girls, and millennials, with their little Buzzfeed videos and huge block text memes, have now been left in the dust to basically rot, hit their forties and have iPad kids.

Speaker B: And I can understand why theyd feel a little upset because there was absolutely a time when millennials were the it girls, were the trendsetters, and now theyre just relegated to the pastures of the Internet.

Speaker A: Yeah.

Speaker A: And I think that turn can feel really harrowing and awkward because, for example, Zakiya, when was the moment that you realized you were no longer in the zeitgeist?

Speaker A: Because I'll give mine, which was the rise of Billie Eilish.

Speaker A: I remember when Billie Eilish hit the main stage with bad guy in 2019, and I just couldn't get it.

Speaker A: I thought her music was creepy and really dark and kind of weird and watching everyone around me love her, scream her songs at concerts.

Speaker A: Ride for this girl.

Speaker A: Like, oh, no matter how much I try, I don't think I can be a part of this.

Speaker A: And I'm actually possibly too old for this.

Speaker A: And I have to accept that.

Speaker A: Heal, move on.

Speaker B: Yeah, no, it is kind of like a gut punch, those moments, I think, for me.

Speaker B: So for you, as Billie Eilish, for me, Olivia Rodrigo, when I realized, oh, I don't know, a single lyric and also realizing that Gen Z thinks that emoji usage is corny.

Speaker B: And I'm like, I'm someone who uses a minimum of five emojis in all my texts.

Speaker B: So I was like, oh, my God, no, but I will continue to do it.

Speaker B: But no.

Speaker B: Yeah, and the ankle socks, I was like, d***, the socks too.

Speaker B: Like, can I have anything?

Speaker A: Yeah.

Speaker A: I love that you're bringing up Olivia Rodrigo because, like, do you remember when people were kind of clowning millennials like Anna Marie Tandler for posting Olivia Rodrigo lyrics when they were going through a divorce?

Speaker A: Like, I could feel this sense of not exactly gatekeeping, but side eye.

Speaker A: Why are you in the section?

Speaker B: Vibes?

Speaker A: And I say this as someone who is not only Gen Z.

Speaker A: So I'm older than Olivia, but I, like, went to her concert this summer in DC with my Gen Z millennial cusp friends.

Speaker A: We were the oldest people in our row, and guess what?

Speaker A: Still loved it.

Speaker B: And it is your right to thank you.

Speaker B: But you know what?

Speaker B: We're really saying is that this happens all the time.

Speaker B: I think the Internet has a weird way of manipulating time in a way that amplifies aging.

Speaker B: You know, meaning the thing you thought was a huge viral hit last week is old news within seven days.

Speaker B: I mean, Stephen Colbert literally did a skibity toilet parody on his show where they called it Skibity Biden and had Joe Biden's head come out of a toilet.

Speaker A: Oh, yeah.

Speaker A: Which is, like, funny, because Colbert was trying to make a joke about how Biden, who at the time was still running for president, was hiring, like, a meme page manager, and he was like, oh, my God, isn't it so cringey for this 81 year old to try to appeal to Gen Alpha?

Speaker B: And that's exactly what Colbert did, making something so cringe for a show whose main demo is, like, maybe 45 to 65 plus.

Speaker B: And, you know, who is that for?

Speaker B: Genuinely, because Jen Alpha is not watching Stephen Colbert.

Speaker B: Jen Alpha isn't up late enough to watch Stephen Colbert.

Speaker B: And, you know, like I said about skibity toilet and how people are freaking out, whether it's parents experiencing moral panic over it or Gen Z'ers experiencing existential angst about getting usurped by Gen alpha, this is all cyclical.

Speaker B: This happens every generational shift, and yet it always feels like the first time, you know, each generation when they were kids, liked something that older folks just didn't understand.

Speaker B: And we tend to discount stuff we don't get and freak out.

Speaker B: Like salad fingers.

Speaker B: In 2007, that s*** was weird.

Speaker B: And parents freaked out in the late nineties to early two thousands over Pokemon.

Speaker B: They literally thought that Pokemon was satanic.

Speaker B: So as time passes, we usually realize, like, okay, Pokemon wasn't that bad.

Speaker B: Salad fingers was weird.

Speaker B: But, like, let's relax.

Speaker B: Everything is okay.

Speaker A: Yeah.

Speaker A: Do you remember Tamagotchis?

Speaker A: And how I think that my school went through a Tamagotchi ban where, like, if you had one on campus, you were cited, you were written.

Speaker B: What?

Speaker B: Wait, not policing tamagotchis?

Speaker B: Like, how wrong?

Speaker A: Literally, it was insane.

Speaker A: And I wonder if there's maybe two big things going on here, right?

Speaker A: So one side we have the moral panic of, like, oh, Gen Z might not be in the driver's seat for too long.

Speaker A: I guess we just have to keep saying very mindful, very demure until the next thing comes along.

Speaker A: Or I'm like a parent of a kid who keeps seeing skippity around the house, and instead of approaching with curiosity, I'm just going to ignore it with derision.

Speaker A: And then on the other side, just across the board.

Speaker A: I think people don't like confronting aging.

Speaker A: They don't like leaving the zeitgeist.

Speaker A: And we could have that conversation about Instagram accelerated aging panic because of the beauty industry, and that's why plastic surgery is more popular and accessible.

Speaker A: But I think in general, people just don't like being reminded that their golden days, their good old days are over.

Speaker A: And so, Zakiya, what do we do?

Speaker A: Do we post in panic?

Speaker A: Do we ride the Eminem wave and just hate on Gen Alpha until they have their moment of panic?

Speaker B: You know, I feel like we continue to do what the Internet does best, shitpost and laugh through the pain of getting older and feeling out of touch, and then laugh in the faces of the previous youngins who have grown up and have been cast aside and then welcome them to join us on the bench of the zeitgeist sidelines.

Speaker B: And you know, like, honestly embrace what's on the horizon.

Speaker B: Like what's happening with skibidi toilet, you know, within the lore of skibidi toilet and irl with the skibity toilet.

Speaker B: Like I said, the deeper meaning of skibidi toilet seems to be about the somewhat intergenerational clash happening in the entertainment industry, the tension between the old ways of tv and film, and the new forms of entertainment we're seeing on YouTube.

Speaker B: But instead of going to war with what is new and therefore potentially threatening and confusing, the film industry is leaning into this strange youth culture and finding the value in this strange new thing and blending it with the traditional film industry.

Speaker B: So, you know, maybe we should take that approach too, not just automatically cast aside what is new and weird, but be curious and lean in and join the ride.

Speaker A: Okay, thats the show.

Speaker A: Well be back in your feed on Wednesday, so definitely subscribe.

Speaker A: That way you never miss an episode.

Speaker A: Leave us a rating and a review and Apple or Spotify and tell your friends about us.

Speaker A: You can follow us on twitter icymi pod and you can always drop us a note at icymi tv.

Speaker B: Icymi is produced by Sierra Spragley Ricks and Candice Lim.

Speaker B: Daisy Rosario is our senior supervising producer and Alicia Montgomery is Slate's vp of audio.

Speaker A: See you online or in a green dress.

Slate is published by The Slate Group, a Graham Holdings Company.



**PARTY POOPER**

# Kim Kardashian Got a "Skibidi Toilet" Diamond Necklace From North West (A What!?)

The 11-year-old daughter of Kanye and Kim put a Gen Alpha twist on a classic piece of jewelry.



BY [ARIMETA DIOP](#)



Kim Kardashian and North West are seen leaving the Ritz Hotel on May 01, 2023 in New York City.BY MEGA/GC IMAGES/GETTY IMAGES.

https://www.vanityfair.com/style/story/kim-kardashian-got-a-skibidi-toilet-diamond-necklace-from-north-west

**Kim Kardashian** celebrated her 44th birthday on October 21 by vlogging gifts from her children in a series of videos posted to her Instagram Stories. Over the years, her eldest, **North West**—who Kardashian shares custody of with her ex-husband, **Kanye West**—has made her love of streetwear abundantly clear, establishing her signature style by wearing towering platform Balenciaga Crocs or escorting her mother to the 2023 Met Gala in a Chanel tweed jacket and seashell clutch. In the fullest spirit of that interest, the 11-year old gifted her mother a diamond necklace. The tennis chain and gold name plate is customized with an engraving that reads "Skibidi Toilet" on the front and "Love, North 10/21/24" on the back. "Skibidi Toilet" is a reference to the animated YouTube Shorts show created by **Alexey Gerasimov** about warring toilets with human heads, which garnered billions of views within its first few months. The full first season of the series is one-minute long.

"North got me this diamond necklace that says 'Skibidi Toilet,'" Kardashian explained in her Instagram story. "Wow."

"Because you love *Skibidi Toilet*," North interjects.

"I do? I do?" Kardashian asked, laughing. North responded: "Yeah!"

Whether or not Kardashian is actually a fan of the bizarre YouTube series, it seems likely that it's a favorite of North's. Perhaps *Skibidi Toilet* is among the shows the preteen has been playing in the background before bed—as Kardashian revealed during the duo's *Interview* magazine shoot earlier this month, "Fun facts about North: Every night when she falls asleep, she needs the TV on, no matter what." To which North quipped, "That's not a fun fact."

The series has caught Hollywood's attention. In July, *The Washington Post* reported that Gerasimov, the creator, is working with the independent entertainment studio Invisible Narratives to expand the series into a television and movie franchise á la Marvel Cinematic Universe. Filmmaker **Michael Bay** (who gifted audiences

the *Transformers* and *Bad Boys* franchises) has reportedly signed on as the project's chief creative advisor.

"I've always been a director that believes in taking risks," Bay told *The Washington Post.* "Audiences yearn for fresh, new ideas. With *Skibidi,* it's a new world of what the younger generation is watching, and I'm taking it very seriously."

As usual, North remains on the cutting edge of cool. The child of two pop culture luminaries is quickly setting herself apart within the Kardashian-Jenner-West extended universe with the verve of any adolescent bolstered by the privilege and hassles (naturally she's <u>not a fan</u> of the paparazzi) her parentage affords. At one of Kanye West's *Vulture* listening events in March, North announced that she was working on her debut album, <u>*Elementary School Dropout,*</u> an homage to her father's 2004 LP *The College Dropout*. During their *Interview* shoot, when Kardashian asked what North wanted to be when she grew up, the elementary schooler responded: "I don't know. I already do a lot of stuff that I want to be when I grow up. I just want to pursue my careers now."

EXHIBIT 6

 **Chasing Skyler** Today at 12:53 PM

i think the community really needs something to be hyped about right now

 @Chasing Skyler i think the community really needs something to be hyped about right now

**First Spinjizu Master** Today at 1:21 PM

We need more leaks 😭

We need dafuqboom in the server lol

 @First Spinjizu Master We need dafuqboom in the server lol

 **Chasing Skyler** Today at 2:33 PM

anything! fan mades keep on remaking episode 77 over and over, i must of seen 100 variations on episode 77 at this point lol (edited)

**DrawUshko** Today at 2:40 PM

I think this pause isn't just a coincidence. As creators, we need to support Skibidi content as much as possible.

Message #general



**@Strider** probbably a shady company tryna take over skibidi toilet
**First Spinjizu Master** 1/24/25, 7:31 AM
I dont understand how they can take it mr boom was the one that created skibidi toilet

its just like saying mr beast owns feast ables and then someone trys to take over it when he didnt create it



**@Strider** did yu manage to solve it ?
**Maxedy** 1/24/25, 7:39 AM
Not yet

**Skibidi!?BoomSFM** 1/24/25, 7:42 AM
what is happening? I see booms 25 season video is striked

**JuqUlz** 1/24/25, 7:43 AM



Video unavailable

This video is no longer available due to a copyright claim by
NEXT LEVEL APPS TECHNOLOGY – FZCO

**GO TO HOME**

**Skibidi!?BoomSFM** 1/24/25, 7:44 AM
i heard they going to strike fanmaders too
i hope this can get under control

**@Skibidi!?BoomSFM** i heard they going to strike fanmaders too
**DrawUshko** 1/24/25, 7:48 AM
What's in it for them? 🧐

**ibbysega2** 1/24/25, 11:24 AM
It's one company against an army of skibid toilet fans and alliance member they can't do anything.

Sooner or later then will move back.

Honestly, I wish you had been more respectful in choosing your words. What you did here is simply belittling others' feelings, as if you're imposing how they should feel or act. Yes, waiting isn't a life-or-death matter, but addressing the issue this way lacks understanding and empathy. It's perfectly normal for people to be excited about something they love, and I don't think that makes them any less rational than you. On the contrary, if you had expressed your opinion in a calmer manner, your message might have been heard more effectively without diminishing others' feelings or mocking them. In the end, mutual respect is the foundation of any healthy discussion, and I don't see any benefit in your approach that seems to undermine others.

⊖    ⇧ 2 ⇩    💬 Reply    🏅 Award    ↗ Share    ⋯

 **GiganRex9282** OP · 18d ago
Titan speakerman's no1 fan

Yeah I was just pretty annoyed when I made this but I'll take the afvice

⊖    ⇧ 3 ⇩    💬 Reply    🏅 Award    ↗ Share    ⋯

 **Anxious_Resolve_3636** · 18d ago · Edited 18d ago

I appreciate your honesty, and I'm glad that you took the advice into consideration. Everyone goes through moments of frustration, and what's important is that we learn from these experiences and try to improve our approach. You're on the right track! If you need more advice or have any other thoughts, feel free to share them.

⇧ 1 ⇩    💬 Reply    🏅 Award    ↗ Share    ⋯

 **BlackCaaaaat** · 18d ago
Energised TV Man

This is more than just worrying about future releases. The biggest concern most of us are having is for the future of Skibidi Toilet entirely, including the fanmades. We have a lot of respect for Boom as a creator and what that idiot is doing to Boom and our community is fucking awful and unfair. So let us be angry.

⇧ 2 ⇩    💬 Reply    🏅 Award    ↗ Share    ⋯



**Blue Opal**
@BlueOpal9514

I am aware of the drama happening in the Skibidi Community and I'm here to say that FZCO is pathetic lying about being the creator of Skibidi Toilet when you are not is Illegal, i had to private my Skibidi reactions due to the drama out of fear of being copyright striked



Q 👤 r/skibiditoilet ✕   Search in r/skibiditoilet

r/skibiditoi

Plungerwoman's Plungers 🪠 💬 Top 1% Commenter

Well, hopefully voidstorm will actually at least be decent in the future.

⬆ 6 ⬇   💬 Reply   🏅 Award   ➦ Share   ...

**Broken_sou1** · 8d ago

kindve unfortunate that he had to cancel the rest of the arcs but im hoping uttvm's battle armor is gonna be shown before the series ends

⊖  ⬆ 4 ⬇   💬 Reply   🏅 Award   ➦ Share   ...

**Keyser_99** · 8d ago
Herald of Sinister   🎖 Top 1% Poster

As well as Titan Computerman's battle armour

⬆ 3 ⬇   💬 Reply   🏅 Award   ➦ Share   ...

**Rockmage_1234** · 8d ago
Juggernaut

The end of the multiverse (sad)

⊖  ⬆ 3 ⬇   💬 Reply   🏅 Award   ➦ Share   ...

**sunstruker** · 8d ago
i make characters

well, dom still have months before the end, virlance and maxedy too, monsterup dont have any hint of ending soon, noskill want to continue but his city energy and internet dont help

⬆ 5 ⬇   💬 Reply   🏅 Award   ➦ Share   ...

**skibiditoilet**
This is the plac
follow the rule
series 'Skibidi

📂 Created May
🌐 Public

**21K**
Fans

USER FLAIR

 Individua

COMMUNITY B

Da

C

RULES



r/skibiditoilet · 17 days ago
Natural-Ad-9281

···

← 

**At this rate were never gonna stop that stupid company who claims they are the owner of skibidi toilet and false copyright strike skibidi creators and deleted their episodes of their series and season 25 of the original series I Might as well leave the skibidi Fandom & Unsubcribe to daboom's channel**

`Discussion`

It's been an honor to be apart Of the skibidi Fandom hope all of you will heal from the FZCO situation trust me I have a huge hate against FZCO

GOODBYE SKIBIDI FANDOM

Sort by: **Top (Default)** ⌄    🔍 Search Comments    ...itoilet ⊗    Search in r/skibiditoilet

**r/skibiditoilet**

**skibiditoilet**

This is the plac
follow the rule
series 'Skibidi

🗄 Created Ma
🌐 Public

**21K**
Fans

**USER FLAIR**

 Individua

**COMMUNITY B**

Da

C

**RULES**

🦊 **Rockmage_1234** · 8d ago
**Juggernaut**

Boom is dealing with the takedown of s25 while watching his team make the new episode. I think until the season comes back the new ep ain't releasing

⬆ 4 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

🖼 **spammer_666** · 8d ago
**VTCM**

I was wondering the same thing. Even a post explaining the season take down would be nice. Something

⊖    ⬆ 3 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

   🐷 **sunstruker** · 8d ago
   **i make characters**

   there is literall a pinned post here that says why this happend

   ⬆ 2 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

🐷 **sunstruker** · 8d ago
**i make characters**

boom got striked by a guy pretending to be skibidi toilet creator

⊖    ⬆ 3 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

   🐸 **Hour_Trade_3691 OP** · 8d ago

   Yeah, I know what happened, I'm just wondering what's happening right now. Is there actually any legal action going on? Do they need to go to court over this, and if so, how is that progressing? Is there any sort of estimation at all as to when Season 25 can be re-uploaded and all this can get back - on - track, etc

   ⊖    ⬆ 2 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

      🐷 **sunstruker** · 8d ago
      **i make characters**

      inviz is taking measurements but it didnt reach the court yet, and boom is gonna repost when the strike desapear

      ⬆ 4 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

🦅 **ConcordeAirFrance** · 8d ago
**Ultimate TV men glazer**

I recommend Celanimation Theriões for things like this

⬆ 2 ⬇    ◯ Reply    🏅 Award    ↪ Share    ...

1    13+ On

     In accor
     Policy, a
     older to
     If you ha
     someon
     it throug
     evidenc
     based s
     percepti
     someon
     https://r
     agreeme

2    Post R

 

🔍 🟠 r/skibiditoilet ✖    Search in r/skibiditoilet



← 🐱 **r/skibiditoilet** · 8 days ago
Hour_Trade_3691

**r/skibiditoi**

# Just wanting to ask- Does anyone actually know what is going on with DafuqBoom? right now?

**skibiditoilet**

This is the plac
follow the rule
series 'Skibidi

**Discussion**

I'm just willing to ask, because I want to know if there's any objective information that I'm missing. I have no idea what this discord is that people are in that apparently DaFuqBoom? himself actively participates in, so I don't know if he's saying anything there, but does anyone know how the legal issues are currently going? I know that there are some YouTube channels out there like Elite Cameraman, etc, that are often pretty helpful in finding information, but most of these channels have either not uploaded in weeks, or take 10 minutes to get to the point and then it turns out the information they have isn't really that conclusive anyway. (Not meaning to roast them, it's just kind of how it is when I watch most of these videos)

📁 Created May

🌐 Public

**21K**
Fans

So does anyone have any idea what's actually going on right now, or is it just radio - silence on all ends?

**USER FLAIR**

🐵 Individua

I've heard some people say that most Skibidi Toilet franchises, with the exception of MonsterUP, My actively start getting discouraged of continuing their series. It would be a real shame if the series ended like this, especially after DaFuqBoom? was saying during New Year's that the best was still to come...

**COMMUNITY B**

⬆ 12 ⬇    💬 7    🔖    ↗ Share

D:

C

Add a comment

**RULES**

1    13+ On

Sort by: Top (Default) ⌄    🔍 Search Comments

In accor
Policy, a
older to
If you ha
someon
it throug
evidence
based s
percepti
someon
https://r
agreeme

2    Post R



🐱 **Rockmage_1234** · 8d ago
**Juggernaut**

Boom is dealing with the takedown of s25 while watching his team make the new episode. I think until the season comes back the new ep ain't releasing

⬆ 4 ⬇    💬 Reply    🔖 Award    ↗ Share    ⋯

🧛 **spammer_666** · 8d ago
**VTCM**

I was wondering the same thing. Even a post explaining the season take down would be nice. Something

⊖    ⬆ 3 ⬇    💬 Reply    🔖 Award    ↗ Share    ⋯

 **sunstruker** · 8d ago
**i make characters**



release sometime after the finale.

So even after the final episode airs, there's still more to look forward to! You'll get to witness the Toilet Emperor's first arrival on Earth, the Triadian Homeworld, and much more. 💫

🔍  r/skibiditoilet ✖   Search in r/skibiditoilet

## r/skibiditoi

**skibiditoilet**
This is the plac
follow the rule
series 'Skibidi

📖 Created May
🌐 Public

**21K**
Fans

**USER FLAIR**

  Individua

**COMMUNITY B**

⬆ 76 ⬇    💬 12    🏅    ↗ Share

Add a comment

Sort by:  Top (Default) ⌄      🔍 Search Comments

⊖  ⬆ 9 ⬇   💬 Reply  🏅 Award  ↗ Share  ⋯

**ConcordeAirFrance** · 8d ago
Ultimate TV men glazer

Why is everyone ending their series...

**Main_Treat_9641** OP · 8d ago
Astro Juggernaut   🏆 Top 1% Commenter

I think they are all just getting burnout and want to move onto something new

⊖  ⬆ 17 ⬇   💬 Reply  🏅 Award  ↗ Share  ⋯

**No-Calligrapher-5807** · 8d ago · Edited 8d ago
Titan Cameraman

Quite understandable, given all their series are made by creators who didn't even make ST at first (especially for DOM) until they saw the popularity of the original & decided to take their own spin on it. Unlike Boom, who'll likely continue making the series for as long as possible, the fan made series are finite & definitely weren't made for longevity in mind. So the OG & Maxedy + MonsterUP most likely will continue the(ir) ST series for the foreseeable future, the others will move on with their own passion projects, but still having influences of their ST AUs still in there.

(Sorry if this was long; just giving my own take on why all the creators besides Maxedy & MonsterUP plan on doing original content once they finish their series)

**COMMUNITY B**

D

C

**RULES**

1   13+ On

In accor
Policy, a
older to
If you ha
someon
it throug
evidenc
based s
percepti
someon
https://r
agreeme

2   Post R

r/skibiditoilet · 13 days ago
GiganRex9282  Titan speakerman's no1 fan

# A rant on the impatient people on this sub

Discussion

Ok so I know season 25 getting taken down is a popular topic rn. But I just wanna rant on this. Bro people in this sub need to CHILL, like before season 25 dropped people were complaining saying "WHERE SEASON 25" and "boom... we need to talk" like OH MY GOD BRO SHUT UP, skibidi toilet is not your life. I get you want new episodes and like it sure, but bro JUST TRY SOMETHING ELSE WHEN WAITING FOR NEW EPISODES. There is like millions of other stuff like bro watch a new tv series or movie or smth, this series ain't your life guys. Just focus on something else and just wait like bro waiting a few months for a new episode isn't gonna kill you just wait bro. I get boom should at least communicate better on progress but dude just wait at least, this series is not your life. Just wait and try new things. Like dawg when I was waiting for season 25, I was just watching bleach. Just stop acting like this series is your life guys

## Recently, a company named "NEXT LEVEL APPS TECHNOLOGY – FZCO" is 'legally' stealing all Skibidi Toilet.

`Plagiarism`

The company made a Skibidi Toilet game and website(https://skibiditoilet.com/) that's honestly much more worse than the original Skibidi Toilet. The game also has characters from ST fanmades on YT like ST Multiverse by DOM Studios, and ST Original Characters. Right now I'm currently unsure if the creators of ST and its fanmades even allowed the company to use their characters.

The company claims that it was the one that created ST in 2020, and that ST YouTubers like Dafuq?!Boom!/Alexei Gerasimov and Maxedy are making copyright infringements. However, the opposite is true and in fact, Dafuq?!Boom! was the one who created ST in the first place in 2023, and the company is stealing ST characters. The company even went as far as to wrongly copyright strike and successfully made YT take down recent ST videos like Dafuq?!Boom!'s Season 25 compilation with secret scenes and Maxedy's Skibidi Saga(a fan made of ST) episode 14.

Honestly I feel pretty mad about the situation, since 1) The videos taken down were given very massive injustices. 2) Original Content, no matter how dumb it seems, should never be stolen. 3) I watched the now deleted videos before they were deleted. They were honestly good compared to ST's beginnings. However, there seems to be hope. INVIZ tv is going to take action against FZCO.
(see https://www.reddit.com/r/skibiditoilet/comments/1i8ykxq/ladies_and_gents_great_news/ )

Some links that have more detail on the drama (they can also be easily found on the internet and Reddit):
https://www.reddit.com/r/skibiditoilet/comments/1dwvseb/company_next_level_apps_technology_fzco_is/

https://skibidi-toilet.fandom.com/f/p/4400000000000173972/r/4400000000000646379

[https://www.reddit.com/r/skibiditoilet/comments/1qg16cw/urgent_update_on_next_level_apps_technology_fzco/ ]

(https://www.reddit.com/r/skibiditoilet/comments/1qg16cw/urgent_update_on_next_level_apps_technology_fzco/ )

https://www.reddit.com/r/skibiditoilet/s/2Hi67zjmnp

⬆ 6 ⬇    💬 35    ⊙    ↪ Share

Add a comment

Sort by: Top ⌄    🔍 Search Comments

**JudyAlvarezWaifu** · 17d ago

Did we all forget how horrible Dafuq Boom is?

Skibidi Toilet has always been a low effort asset rip and he has sued/threatened to sue multiple parties over those assets, despite him not making or owning any of them. Honestly sounds like he's getting a taste of his own medicine.

⬆ 32 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯

> **Physical-Carrot7083** · 17d ago
>
> ngl asshole or not, you could be the biggest asshole ever but that doesnt mean you need to get your livelihood ripped away from you by someone pretending to claim to own what you made. i dont even get this point this is like walking into someones home and being like "well i own this now because people dont like you"
>
> ⬆ 12 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯
>
>> **IllustriousThanks482** · 14d ago
>>
>> Ironic cause dude did exactly that , the assets were made by people at valve and dafuq in a sense is taking their livelihood as he threatens to sue people for using his assets he didn't make , while making shame and brain rot with their assets , how do you not see the dude your defending with an empathetic statement also did exactly that
>>
>> ⬆ 1 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯
>>
>>> **Physical-Carrot7083** · 14d ago
>>>
>>> valve literally does not give a shit if they did they wouldnt sell you the ability to freely use and record content with their assets for 10 dollars for probably longer than youve been alive. if he has an actual reason to copyright them like if they are blatant reuploads then sure but from what ive learned most copyright strikes arent given out by him and by people who represent them and they arent usually upheld since no sane person is going to try a legal dispute over assets they dont entirely own anyway.
>>>
>>> ⬆ 2 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯
>>>
>>>> **IllustriousThanks482** · 14d ago
>>>>
>>>> So he never threatened to sue over it ? You're doing a lot of bending reality to make a seemingly nice paragraph about taking someone else's art and using it , that's what he did aswell , it's ironic how you can't see how to YOU , for one person it's fine and the other , being the vale workers who made those assets to now seeing how they're work is being used , they get a tough nuts I bet valve and the people at root don't care
>>>>
>>>> It's hilariously hypocritical
>>>>
>>>> ⬆ 1 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯
>>>>
>>>>> **Physical-Carrot7083** · 14d ago
>>>>>
>>>>> if they had a problem theyd go after him. I really dont care that much this is over talking toilets and your saying its whatever if your livlihood gets ruined because you dare use the equivalent of stock assets at this point.
>>>>>
>>>>> ⬆ 4 ⬇   💬 Reply   🏅 Award   ↪ Share   ⋯
>>>>>
>>>>>> **IllustriousThanks482** · 14d ago
>>>>>>
>>>>>> Isn't that LITERALLY what you said ? In regards to taking another persons work and claiming it as your own , it can't be okay for dafuq to do while you defend him from a victim standpoint on something he also does
>>>>>>
>>>>>> It's hypocritical

**YouTube Drama**

From mildly infuriating to serious crimes - we aggregate only the best, juiciest drama from YouTube.

📅 Created Aug 16, 2012
🌐 Public

181K Subscribers    280 ● SMASHING that dislike button!!

RULES

1  No Hate Speech!    ⌄
2  No Harassment!    ⌄
3  No Trolling!    ⌄
4  No Misinformation!    ⌄
5  Not Enough Context!    ⌄
6  Remain Civil!    ⌄
7  Self Promotion    ⌄
8  No irrelevant discussions of Israel Palestine    ⌄
9  Moderator's discretion    ⌄
10  No Crossposts from Snark subreddits    ⌄
11  Chuds being Chuds is not drama    ⌄

RELATED SUBREDDITS

r/youtube
2,949,157 members

r/internetdrama
47,371 members

r/hbomberguy
50,598 members

r/tiktokgossip
268,485 members

MODERATORS

✉ Message Mods

u/i542  • Chief janitor
u/DependentLaw7  filled with dread (mod)
u/FlowersByTheStreet
u/throw4way4today  ⚤  EZonTheEyes
u/sonatty78  Sonatty
u/Plopmcg33  clouds  Plopmcgee
u/callmefreak
u/Sad-Welcome-8048
u/muskawo
u/Gacha_Catt  source: 123movies

View all moderators

INSTALLED APPS

Admin Tattler    ↗
Evasion Guard    ↗
Comment Mop    ↗
LLM Bot Swatter    ↗
Modmail Assistant    ↗
Hive Protector    ↗
Modqueue Nuke    ↗

**r/skibiditoilet** · 17 days ago
Natural-Ad-9281

At this rate were never gonna stop that stupid company who claims they are the owner of skibidi toilet and false copyright strike skibidi creators and deleted their episodes of their series and season 25 of the original series I Might as well leave the skibidi Fandom & Unsubcribe to daboom's channel

`Discussion`

It's been an honor to be apart Of the skibidi Fandom hope all of you will heal from the FZCO situation trust me I have a huge hate against FZCO

GOODBYE SKIBIDI FANDOM



**r/skibiditoilet**
EliteBlueGuy

# Should I quit skibidi toilet? What do you think reddit?

Discussion



**musakhar_1234** · 18d ago
G-Toilet

Of course people can wait for eps and so on but the problem is here that people are concerned for the community as a whole. Every single skibidi channel has been getting less and less views every months and are now all beginning to end their series or start their own series taking attention away from skibidi.

Boom has also stated over 100 eps will be coming out yet with the current upload schedule it'll take so long for this to release the series may still be ongoing in the 2030s which is far too late. The concern is for the future of the whole of skibidi toilet as less content is being posted from the major creators as the views and upload schedules get worse for all the series and as people move away from the series it's a valid concern.

It's pretty clear to me the community isn't what it used to be and the YouTube creators channels aren't in the best position. The main driver for all of this is the bad upload schedules get boom has which leads to a view drop everywhere else and as skibidi toilet is losing steam creators are more inclined to jump ship and move elsewhere to their own projects.




⬆ 3 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**5haia** · 14d ago

You gotta wait for good things to come

⬆ 3 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**SkibidiAnalysisUlti** · 14d ago

Skibidi Agenda Rat 🐀🐀🐀

Top 10 overreactions of all time – this is why I wanna do a response to your video soon.

⬆ 3 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**sillyguy15616165151** · 14d ago
computerman denier

the skibidi community is actually dying



⊖    ⬆ 2 ⬇    💬 Reply    🏅 Award    ↗ Share    ⋯

**sir_supod** · 14d ago
maxedy glazer

And the hate hasn't stopped yet 😂

Discussion

## skibidi toilet - season 25 (all episodes)

 DaFuq!?Boom! ✓
44.9M subscribers



12,987,282 views  Premiered Jan 11, 2025  #25 on Trending

astro toilet invasion forcing skibidi toilets to form a new union with alliance, although nothing is too simple

0:00 extra scene #1
3:51 skibidi toilet 75
8:59 extra scene #2
11:04 extra scene #3
13:08 skibidi toilet 76
21:12 skibidi toilet 77
45:40 extra scene #4

Contact me:
instagram.com/dafuqboomtv
blugrayguy@gmail.com

# What The Hell has Been happening with skibidi toilet this year

Discussion

Like Bruh,First we get a Banger Season ,but thats normal,BUT THEN Spididdy situation comes ,then a guy namec charlie or whatever sends like 70 leaks and one very important leak. The one ith human scientist tv man and tv woman with the cat.

Then some Moron claims he made skibidi toilet,And THEN he TAKES DOWN SEASON 25 AND MAXEDYS EPISODE claminig he made them,you know what if he really does claim he makes skibidi toilet,why not do this,Ask him to make an episode like the way boom does and see if its the same quality which we already know he cant make that quality,boom wins and the guy becomes the most bullied Bitch in the whole history of skibidi toilet

⬆ 21 ⬇    💬 5    🏵    ⤴ Share

Add a comment

Sort by:   Top (Default) ⌄    🔍 Search Comments

CompetitiveMark8636 · 18d ago

Well, the leak isn't that important and besides they are just scrapped scenes/idea

⊖  ⬆ 6 ⬇   💬 Reply   🏵 Award   ⤴ Share   ···

⊕  [deleted] · 17d ago

r/sl

skik
This
follc
serk

⌂
⊕

21K
Fans

USE

COM

RUL

EXHIBIT 7

From: **IP_Support IP_Support** <ip_support@nxtlvlcomp.org>
Date: Wed, Feb 5, 2025 at 4:37 AM
Subject: Skibidi Toilet copyright violation
To: hello@invisiblenarratives.com <hello@invisiblenarratives.com>


Dear DaFuq!!!Boom!!!

We are NEXT LEVEL APPS TECHNOLOGY - FZCO, the current owner of the trademark "SKIBIDI TOILET VS
CAMERAMAN TV WOMAN X TV MAN VS G-MAN" - registration number 1771641, which has been
granted protection in the EU and "SKIBIDI TOILET TOWER DEFENCE TITANS: CLOCKMAN, SPEAKERMAN,
CINEMAMAN" - registration number 1800191, which has been granted protection in China , as well as
characters from this universe, as evidenced by documents issued by the U.S. Copyright Office.

Your YouTube channel, accessible through the following link: https://www.youtube.com/@DaFuqBoom,
infringes the aforementioned trademarks as well as our company's copyrights.
We have performed a precautionary removal of the video infringing our IP rights.

In view of the above, we suggest that you enter into a dialog with us and resolve all contentious issues
through negotiations, which will save time and budget. We expect your response by February 6, 2025.
Also, be informed that we are going to takedown another video this week as a final warning before
channel termination.

We look forward to hearing from you.


Best regards,
NEXT LEVEL APPS TECHNOLOGY - FZCO