**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC, | CASE NO. 5:25-cv-01644-NW |
| Plaintiff, | |
| v. | |
| NEXT LEVEL APPS TECHNOLOGY – FZCO, | |
| Defendants. | |

**DECLARATION OF ALEXEY GERASIMOV IN SUPPORT OF MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

I, Alexey Gerasimov, hereby declare and state as follows:

1.     I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2.     I am submitting this Declaration in support of Plaintiff Invisible Narratives LLC's ("Plaintiff") *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction in the above-captioned matter.

3.     I am the sole and rightful creator and original copyright owner of the Skibidi Toilet animated series which I have posted to the YouTube channel *DaFuq!?Boom!* ("the Boom Channel") available at https://www.youtube.com/dafuqboom.  The Boom Channel currently has over 45 million subscribers.

4.     I am also known as DaFuq!?Boom!, or simply Boom.

**Creation of Skibidi Toilet Series**

5.     I posted the first Skibidi Toilet episode on YouTube on February 7, 2023.  At the time, the Boom Channel had approximately 1 million subscribers.

6.     Combining elements of science fiction, action, and dark humor, the Skibidi Toilet series chronicles the chaotic adventures of an alliance of humanoids in a post-apocalyptic universe.

1

A powerful army of alien creatures known as "Skibidi Toilets" have invaded the planet, wiping out almost the entire human race.  The only thing standing in the way of world domination is the "Alliance," a coalition of fighting humanoid robots with devices including TV's, cameras, and speakers for heads.

7.    I developed the concept for the Skibidi Toilet series over several years.  In 2021, I had a surreal nightmare of a city overrun by toilets – people riding in toilets, toilets appearing on television, and people with human heads and toilet bodies.  This dream provided the inspiration behind the style, narrative, and characters in the Skibidi Toilet series.  I posted a video on the Boom Channel on November 5, 2021 which features the sudden and horrifically funny merge of humans with various objects (the "Toiletman Video").  Screenshots of this video merging a human with a toilet to create "toiletman" are attached as Ex. 1.

8.    I continued to have recurring nightmares about monstrous human/toilet-like creatures and began working on another video in the fall of 2022 based on the same concept.  The video took over a month to finalize, and I posted the next video exploring toilets and nightmares on the Boom Channel on December 2, 2022 (the "Toilet Nightmare Video").  A screenshot of this video is attached as Ex. 2.

9.    Less than two weeks later, using the computer program Source Filmmaker, I created the first Skibidi Toilet episode on February 6, 2023 based on the Toiletman Video and Toilet Nightmare Video and my other recurring nightmares on the subject.  ("Episode 1").  Episode 1 was very short and features no narration, requiring viewers to use intuition to figure out what is going on by themselves.  From a creative perspective, Episode 1 is from the point of view of a camera drone that flies in a hotel room after reports of strange "toilet activity."  The purpose of Episode 1 was to establish character and the series' distinctive shtick and quirkiness, only to add progressions in the following short episodes. Episode 1 is intended to be weird, slightly shocking, and uncanny for a new audience (most notably by a head popping out of a toilet), where nothing is explained, and people have to use their own imagination to determine what happened.

10.    I posted Episode 1 on the Boom Channel on February 7, 2023.  Episode 1 now has

2

over 224 million views and features the character "Skibidi Toilet" which has become the iconic face of my series.  A screenshot from Episode 1 is attached as Ex. 3.

11.     I used a similar creative process to create early episodes of Skibidi Toilet, adding more characters and twists to the narrative and creating progression.  After approximately the first 20 episodes, my process to create new Skibidi Toilet episodes became much more layered, complex, and less linear.

12.     I did not copy Skibidi Toilet from anyone.  The plot, theme, dialogue, mood, setting, pace, sequence, characters, and relationships between the characters were created by me independently without reference to or reproducing these creative elements from anyone else, let alone Next Level and its principals.

13.     Below is a summary of the main characters in the Skibidi Toilet series.

### The Alliance

14.     The Alliance is a group of humanoid figures with A/V equipment for heads.  These are the protagonists of the Skibidi Toilet series.  The coalition consists of three species called Cameraman, Speakerman, and TV man.

### Cameramen

15.     The Cameraman faction are the heroes of the Skibidi Toilet story and the literal point of view of the ongoing saga.  Almost every episode, including the first episode, is a "recording" through the eyes of a hero Cameraman. They are the main force of infantry and are seemingly fighting to protect what remains of the earth and humanity.

16.     I first started developing the distinctive design of the Cameraman characters in a music video that I released on June 16, 2021.  I worked on the design of this character for nearly six months.  A screenshot of Cameraman from the video is attached as Ex. 4.

17.     Cameramen remained "behind the camera" for the first few months of the Skibidi Toilet series and made their first appearance in Episode 8 which I posted on April 17, 2023 to the Boom Channel.  Normal Cameramen have CCTV cameras for heads, dressed in professional three-piece suits with dark overcoats. A screenshot of Cameramen from their first appearance in the

3

Skibidi Toilet series is attached as Ex. 5.

18.     The first iteration of Camerawoman appeared in Episode 29 of the Skibidi Toilet series posted on May 23, 2023.  A screenshot from this episode is attached as Ex. 6.

19.     Camerawoman was featured more prominently in Episode 52 of the Skibidi Toilet series posted on July 25, 2023.  The Camerawoman has a black CCTV head, and wears a black coat, pants, and gloves.  She has a glowing blue lens in her camera that turns red when she enters combat mode.  A screenshot from this episode is attached as Ex. 7.

20.     The Titan Cameraman is the biggest and most powerful of the Cameraman variants. In his Version 1.0 version, Titan Cameraman has a jetpack, two cameras mounted on his shoulders beside his CCTV head, and a blue reactor core in the center of his chest. Titan Cameraman first appeared in the Skibidi Toilet series in Episode 18 posted on May 9, 2023.  A screenshot from this episode is attached as Ex. 8.

21.     In his majorly upgraded Version 2.0 configuration, the Titan Cameraman has stronger armor, a glowing blue camera lens, shoulder-mounted grenade cannons, a holographic shield, an energy blaster inside his index finger, a gravity gun in his left hand, spiky brass knuckles, a railgun on his left arm, and a mech hammer on his right arm.  This current version of Titan Cameraman first appeared in Skibidi Toilet episode 50 posted on July 19, 2023.  A screenshot from this episode is attached as Ex. 9.

**Speakermen**

22.     The Speakermen are the second faction of the Alliance and the main allies of the Cameramen in their war against the Skibidi Toilets.  Recognizable by their black speakers for heads, Speakermen are proficient hand-to-hand combat fighters using knives as common weapons and jetpacks.

23.     Speakerman first appeared in the Skibidi Toilet series in Episode 24 posted on May 17, 2023.  A screenshot from this episode is attached as Ex. 10.

24.     Dark Speakerman is the ruthless and brave assassin of the Speaker Faction.  I first introduced Dark Speakerman in Skibidi Toilet Episode 63 which I posted on the Boom Channel

on September 22, 2023.  Dark Speakerman has become one of the most recognizable Speakermen in the Skibidi Toilet series and is differentiated physically by his dark red shirt and black suit.  A screenshot from Episode 63 introducing Dark Speakerman is attached as Exhibit 11.

25.     Titan Speakerman is a variant of the Speakermen, massive in size and featuring multiple large speakers attached to his shoulders alongside his main speaker head.   Titan Speakerman first appeared in Skibidi Toilet Episode 26 posted on May 19, 2023.  A screenshot is attached as Ex. 12.

26.     In his upgraded form introduced in Skibidi Toilet Episode 57 which I posted to the Boom Channel on April 17, 2023, I added extra metal armoring and upgraded plasma cannons on both arms.  A screenshot from this episode is attached as Ex. 13.

**TV Men**

27.     The TV Men are the third faction of the Alliance, both mysterious and powerful. Normal TV Men are human-sized and have CRT televisions for heads, which usually display static, and dark trench coats.  TV Men appear in the background of Skibidi Toilet Episodes 34 (posted on June 3, 2023) and Episodes 35-37 as a hint and tease of their future appearance, for the audience to find.  The first official appearance of a TV Man was in Skibidi Toilet Episode 39 which I posted on the Boom Channel on June 15, 2023.  A screenshot from this episode is attached as Ex. 14.  Like Cameraman, the design of TV Man was also inspired by the 2021 video attached as Ex. 4.

28.     I introduced TV Woman in Skibidi Toilet Episode 49 which I posted to the Boom Channel on July 14, 2023.  TV Woman is one of the most elite members of both her faction and the Alliance as a whole, with a unique ability to detach her own head and propel it with tiny jets and mind control her victims.  She has an old-fashioned tv head (similar to a model from the 1960s-1970s) with two dials next to the screen.  A screenshot from Episode 49 is attached as Ex. 15.  I later added rabbit-ear antennas on top of the tv head.

29.     I introduced Titan TV Man in Episode 41 of the Skibidi Toilet series posted on June 20, 2023.  I modified the design in Episode 67 Part 3 posted on November 13, 2023.  Screenshots

5

from both episodes are attached as Ex. 16.

## The Toilets

30.     The Toilets are a formidable alien species that has nearly conquered Earth.  Their forces include Skibidi Toilets who launched the initial assault, the technologically superior Astro Toilets, and a Mutant Faction.

### Skibidi Toilets

31.     Skibidi Toilets are the primary antagonists and also the iconic face and namesake of the series.  Skibidi Toilet was featured in Episode 1.  Skibidi Toilet is about the size of a normal toilet with a conventionally-sized human head in its bowl, although the neck can extend far beyond that of regular humans.  A screenshot from Episode 1 is attached as Ex. 3.

### Astro Toilets

32.     The Astro Toilets are an advanced alien race that emerged as the ultimate antagonists of the series.  Far more powerful than their Skibidi counterparts, they combine military precision with overwhelming technological superiority.

33.     Juggernaut Astro Toilet first appeared in the Skibidi Toilet series in Episode 72 Part 2 posted on April 1, 2024.  A screenshot is attached as Ex. 17.

34.     G-toilet first appeared in the Skibidi Toilet series in Episode 7 posted on April 13, 2023.  I modified the design in Episode 67 which I posted on November 22, 2023.  Screenshots from both episodes are attached as Ex. 18.

35.     Detainer Astro Toilet first appeared in the Skibidi Toilet series in Episode 60 which I posted on the Boom Channel on September 2, 2023.  I upgraded the appearance in Episode 70 Part 1 of the Skibidi Toilet Series which I posted through the Boom Channel on January 16, 2024. Screenshots from both episodes are attached as Ex. 19.

36.     Buzzsaw Toilet first appeared in the Skibidi Toilet series in Episode 48 posted on July 11, 2023.  A screenshot from this episode is attached as Ex. 20.

### Mutant Toilets

37.     The Mutants are a specialized division of the Skibidi Toilets created through a

character I named Chief Scientist who conducted experiments combining toilet heads and humanoid bodies.  I first introduced Chief Scientist Toilet in Skibidi Toilet Episode 16 which I posted through the Boom Channel on May 6, 2023.  A screenshot is attached as Ex. 21.

38.     The first Mutant to appear in the Skibidi Toilet series was in Episode 33 which I posted through the Boom Channel on June 1, 2023.  A screenshot is attached as Ex. 22.

39.     I introduced Swat Mutant in Skibidi Toilet Episode 72 Part 1 which I posted through the Boom Channel on March 20, 2024.  A screenshot is attached as Ex. 23.

40.     Buzzsaw Mutant 1.0 first appeared in Episode 62 of the Skibidi Toilet series which I posted through the Boom Channel on September 13, 2023.  A screenshot is attached as Ex. 24.

41.     To date, I have made 77 episodes of Skibidi Toilet totaling 25 Seasons.  I posted my latest episode on the Boom Channel on January 11, 2025 to widespread excitement and anticipation by fans.

## Assignment to Invisible Narratives, LLC

42.     On October 12, 2023 I assigned to Invisible Narratives, LLC ("Invisible Narratives") all rights to the Skibidi Toilet series and concept including all Skibidi Toilet video and other content existing at that time or later created.  This includes but is not limited to all copyright and trademark rights and associated goodwill, as well as the exclusive right to operate and use the Boom Channel and a portion of the advertising revenue.

43.     After the assignment, I continued to create all Skibidi Toilet episodes which are assigned immediately upon creation to Invisible Narratives.

## Next Level's Wrongful Takedown of the Skibidi Toilet Video, Stolen Images, and Threats

44.     The Boom Channel received a DMCA takedown notice from YouTube on January 24, 2025 (the "Fraudulent DMCA Takedown Notice").  A true and correct copy of the email is attached as Ex. 25.

45.     The Fraudulent DMCA Takedown Notice said that the video named Season 25 was

7

removed from YouTube based on a claim from NEXT LEVEL APPS TECHNOLOGY – FZCO ("Next Level") that the video contained copyrighted content. The Fraudulent DMCA Takedown Notice said "We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission."

46.    I reviewed copies of deposit materials for the 20 U.S. Copyright Registrations that Next Level obtained (the "Fraudulent Copyright Registrations.")

47.    Seventeen of the Fraudulent Copyright Registrations are for images of *my* original characters from the Skibidi Toilet series.  Attached as Exhibit 26 is a comparison of the 17 images submitted by Next Level to my original characters.

48.    The remaining three Fraudulent Copyright Registrations (VA0002389815, VA0002389817, and VA0002389826) are for images of characters that do not appear in my Skibidi Toilet series.  Despite this, they were included in the Fraudulent DMCA Takedown Notice. These images are attached as Exhibit 27.

49.    I also reviewed the United States Trademark Applications filed by Next Level (the "Fraudulent Trademark Applications").  All of the Fraudulent Trademark Applications include the name of the series "SKIBIDI TOILET."   Most also include an image of one of the original characters from Skibidi Toilet.  Attached as Exhibit 28 is a comparison of the Fraudulent Trademark Applications to my original Skibidi Toilet characters.

50.    Days after the Boom Channel received the Fraudulent DMCA Takedown Notice, I received an email from Next Level.  A true and correct copy of the January 27, 2025 email is attached as Ex. 29.

51.    Yesterday, I personally submitted a counternotice to YouTube as creator of the Skibidi Toilet series on behalf of owner Invisible Narratives objecting to the Fraudulent DMCA Takedown Notice.  A true and correct copy is attached as Ex. 30.

52.    As of today, YouTube appears to have accepted our counter-notice, but access to Season 25 is still not reinstated, and YouTube said that the video may not go back up, depending

on what Next Level does.  A true and correct copy of the notice from YouTube is attached as Ex. 31.

[rest of page intentionally blank]

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  February 14, 2025

_____

Alexey Gerasimov

EXHIBIT 1

Screenshots from video posted on November 5, 2021



EXHIBIT 2

Screenshot from video posted on December 2, 2022



EXHIBIT 3

Screenshot of Episode 1 posted February 23, 2023



**Skibidi Toilet - Season 1 [FULL SCREEN]**



DaFuq!?Boom! ✔
45.1M subscribers

Subscribe        👍 506K    👎

54M views   1 year ago

EXHIBIT 4

Screenshot from video posted on June 16, 2021



EXHIBIT 5

Screenshot from Skibidi Toilet Episode 8 posted on April 17, 2023



EXHIBIT 6

Screenshot from Skibidi Toilet Episode 29 posted on May 23, 2023



EXHIBIT 7

Screenshot from Skibidi Toilet Episode 52 posted on July 25, 2023





**skibidi toilet 52**

DaFuq!?Boom! ✓
45.1M subscribers

Subscribe

👍 1M    👎    ↗ Share    🔖 Save    ···

51M views   1 year ago

EXHIBIT 8

Screenshot from Skibidi Toilet Episode 18 posted on May 9, 2023



**skibidi toilet 18**



EXHIBIT 9

Screenshot from Skibidi Toilet Episode 50 posted on July 19, 2023.





EXHIBIT 10

Screenshot from Skibidi Toilet Episode 24 posted on May 17, 2023



EXHIBIT 11

Screenshot from Skibidi Toilet Episode 63 posted on September 22, 2023



### skibidi toilet 63

 DaFuq!?Boom! ✔
45.1M subscribers                Subscribe                              👍 1.6M

61M views  1 year ago

EXHIBIT 12

Screenshot from Skibidi Toilet Episode 26 posted on May 19, 2023



### skibidi toilet 26



EXHIBIT 13

Screenshot from Skibidi Toilet Episode 57 posted on April 17, 2023



 0:46 / 1:55 

**skibidi toilet 57 (part 2)**

DaFuq!?Boom! ✔
45.1M subscribers

Subscribe

👍 1.3M | 👎

↗ Share

55M views  1 year ago

EXHIBIT 14

Screenshot from Skibidi Toilet Episode 39 posted on June 15, 2023





**skibidi toilet 39 - 59 (season 13-19)**

DaFuq!?Boom! ✔
45.1M subscribers                    Subscribe                    👍 1.6M

180M views  1 year ago

EXHIBIT 15

Screenshot from Skibidi Toilet Episode 49 posted on July 14, 2023.





EXHIBIT 16

Screenshot from Skibidi Toilet Episode 41 posted on June 20, 2023



Screenshot from Skibidi Toilet Episode 67 Part 3 posted on November 13, 2023



EXHIBIT 17

Screenshot from Skibidi Toilet Episode 72 Part 2 posted on April 1, 2024



**skibidi toilet 72 (part 2)**



EXHIBIT 18

Screenshot from Skibidi Toilet Episode 7 posted on April 13, 2023



Screenshot from Skibidi Toilet Episode 67 posted on November 22, 2023



, 2023

EXHIBIT 19

Screenshot from Skibidi Toilet Episode 60 posted on September 2, 2023



Screenshot from Skibidi Toilet Episode 70 Part 1 posted on January 16, 2024



EXHIBIT 20

Screenshot from Skibidi Toilet Episode 48 posted on July 11, 2023





**skibidi toilet 48**


DaFuq!?Boom! ✓
45.1M subscribers                    Subscribe                                    👍 745K   👎

36M views  1 year ago

EXHIBIT 21

Screenshot from Skibidi Toilet Episode 16 posted on May 6, 2023





EXHIBIT 22

Screenshot from Skibidi Toilet Episode 33 posted June 1, 2023





**skibidi toilet 33**

DaFuq!?Boom! ✔
45.1M subscribers          Subscribe                                    👍 3.7M

98M views  1 year ago

EXHIBIT 23

Screenshot from Skibidi Toilet Episode 72 Part 1 posted March 20, 2024



**skibidi toilet 72 (part 1)**



38M views  10 months ago

EXHIBIT 24

Screenshot from Skibidi Toilet Episode 62 posted on September 13, 2023



EXHIBIT 25

Takedown Notice from YouTube

From: **YouTube** <no-reply@youtube.com>
Date: Fri, 24 Jan 2025 at 06:45
Subject: Your video has been taken down from YouTube: skibidi toilet - season 25 (all episodes)
To: ███████████@pages.plusgoogle.com[KA(DI[T1]>



Hi DaFuq!?Boom!,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** skibidi toilet - season 25 (all episodes)

**Video url:** https://www.youtube.com/watch?v=WSKKzzYJxv0

**Content used:** We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission.

**Content found in:** Entire video

**Removal request issued by:** NEXT LEVEL APPS TECHNOLOGY – FZCO

**Contact info:** IP_Support@nxtlvlcomp.org

This means that your video can no longer be viewed on YouTube.

## You received a copyright strike

You now have **1 copyright strike**. If you get multiple **copyright strikes**, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.



## How we process requests to remove content

We use a combination of **automated systems and human reviews** to process removal requests.

## What to do next

- If you believe you're not at fault in one or more of the instances above, you can appeal this removal by submitting a **counter notification**. There may be severe legal consequences for submitting a counter notification with false information.

- You can also contact the party that removed your video and ask them to **retract** their removal request.

- **Learn more about your resolution options**.

Thanks,

The YouTube team

You received this email to provide information and updates around your YouTube channel or account.



© 2025 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

EXHIBIT 26

| Next Level Stolen Images Deposited With Fraudulent Copyright Registrations | Boom Original Characters |
|---|---|



VA0002389820

Camerawoman
U.S. Copyright Reg. No. VAu001536848

VA0002389823

Cameraman
U.S. Copyright Reg. No. VAu001536893

VA0002377695



VA0002389824

Titan Camerman
U.S. Copyright Reg. No. VAu001536946

VA0002389816

Dark Speakerman
U.S. Copyright Reg. No. VAu001536895

VA0002389821

Titan Speakerman
U.S. Copyright Reg. No. VAu001536847



VA0002378400

Titan Speakerman
U.S. Copyright Reg. No. VAu001536847

VA0002389819

TV Woman
U.S. Copyright Reg. No. VAu001536945

VA0002389818

Titan TV Man
U.S. Copyright Reg. No. VAu001536858



VA0002378393

TV Man
U.S. Copyright Reg. No. VAu001536857

VA0002406373

Detainer Astro Toilet
U.S. Copyright Reg. No. VAu001536849

VA0002389825

Chief Scientist
U.S. Copyright Reg. No. VAu001536853



VA0002406330

Juggernaut Astro Toilet
U.S. Copyright Reg. No. VAu001536851

VA0002389822

G-toilet
Exhibit 18

VA0002406329

Buzzsaw Mutant
Exhibit 24



VA0002404043

Buzzsaw Toilet
Exhibit 20

VA0002406372

Swat Mutant
Exhibit 23

EXHIBIT 27

Fraudulent Copyright Registrations included in Fraudulent DMCA Takedown Notice for images that do not appear in any episode of Skibidi Toilet.



1.    VA0002389815

2.    VA0002389817

3.    VA0002389826

EXHIBIT 28



| Next Level Copied Images in U.S. Trademark Applications | Boom Original Characters |
|---|---|
| 79387724 | Skibidi Toilet<br><br>U.S. Copyright Reg. No. VAu001536944<br><br>Episode 1 |

| | Large Speakerman |
|---|---|
|  **SKIBIDI TOILET** 79413147 |  U.S. Copyright Reg. No. VAu001536846 |
|  **SKIBIDI TOILET** 79413180 | Large TV Man  U.S. Copyright Reg. No. VAu001536852 |

| | |
|---|---|
|  79410061 | Jetpack Skibidi Toilet  Episode 47 at 0:14 |
|  79412989 | DJ Skibidi Toilet  Episode 6 at 0:05 |



SKIBIDI TOILET
79410261

Armed Laser Guardian Skibidi Toilet



Episode 74 at 0:28



SKIBIDI TOILET
79414126

Parasitic Skibidi Toilet



Episode 42 at 0:12



79412843



Dual Buzz Saw Skibidi Toilet

Episode 69 at 1:49



79410442



Shield Laser Rocketeer Skibidi Toilet

Episode 70 at 1:04



**SKIBIDI TOILET**
79412842

Vacuum Skibidi Urinal



Episode 46 at 0:16



**SKIBIDI TOILET**
79412803

Mafia Skibidi Toilet 2.0



Episode 67 at 0:53





Large Cameraman Scientist

Episode 36 at 2:02

EXHIBIT 29

From: **IP_Support**
**IP_Support**<ip_support@nxtlvlcomp.org>
Date: Mon, 27 Jan 2025 at 03:18
Subject: NEXT LEVEL APPS TECHNOLOGY -
FZCO negotiations proposal
To: ███████████████ @gmail.com<███████
████████████ @gmail.com>
Cc: ████████ @gmail.com<██████ @gmail.com
[KA(DIT2)] >

Dear DaFuq!!!Boom!!!

We are NEXT LEVEL APPS TECHNOLOGY -
FZCO, the current owner of the trademark
"SKIBIDI TOILET VS CAMERAMAN TV
WOMAN X TV MAN VS G-MAN" - registration
number 1771641, which has been granted
protection in the EU and "SKIBIDI TOILET
TOWER DEFENCE TITANS: CLOCKMAN,
SPEAKERMAN, CINEMAMAN" - registration
number 1800191, which has been granted
protection in China , as well as characters from

this universe, as evidenced by documents issued by the U.S. Copyright Office.

Your YouTube channel, accessible through the following link: https://www.youtube.com/@DaFuqBoom, infringes the aforementioned trademarks as well as our company's copyrights.
We have performed a precautionary removal of the video infringing our IP rights.

In view of the above, we suggest that you enter into a dialog with us and resolve all contentious issues through negotiations, which will save time and budget. We expect your response by January 31, 2025, and then we will use all legal tools to protect our brand.

We look forward to hearing from you.

Best regards,
NEXT LEVEL APPS TECHNOLOGY - FZCO

EXHIBIT 30

Display name of uploader: DaFuq!?Boom!

Dear YouTube. It's appaling to me how this takedown request was allowed against my channel. Skibidi Toilet - my creation, have been generating significant amounts of revenue for YouTube across the platform for about 2 years. My team has successfully issued hundreds of Copyright Takedowns against unauthorized usage of my IP across the platform. I had official collaboration with people from Google as a Skibidi Toilet creator. YouTube recognized me as a Skibidi Toilet creator by submitting commentary under my videos as well. So how was this allowed to happen now - a fraud taking down a video from 45 million subscribers channel? I have already recieved Copyright Strikes on my channel from fraudulent individuals, in 2023. Back then, YouTube collaborated on fast reinstatement of my videos and further protection of my channel from potential fraudulent claims. And this shouldn't be any different this time. I'll put it straight - the claimant has no rights for the characters they have issued the strikes for. Not an ounce of ownership of anything. I'm the sole owner and creator of Skibidi Toilet universe, all it's characters, designs etc. It all has originated on my and only my channel, there are no other owners. To support this claim, I am prepared to provide comprehensive evidence of my creative process, including drafts, sketches, and recordings documenting the character's development. If necessary, I'm ready to take legal action to protect my rights in court. I hope for your consideration and quick reinstatement of my video.

I swear, under penalty of perjury, that I have a good faith belief the material was removed due to a mistake or misidentification of the material to be removed or disabled.

I consent to the jurisdiction of the Federal District Court for the district in which my address is located, or if my address is outside of the United States, the judicial district in which YouTube is located, and will accept service of process from the claimant.

Alexey Gerasimov

EXHIBIT 31



Dear DaFuq!?Boom!,

Thank you for your counter notification. It has now been forwarded to the claimant that submitted the copyright removal request.

Now that the counter notification has been sent to the claimant, they have 10 US business days from this date to respond. The claimant must respond with evidence that they've taken legal action against you to keep the content at issue from being reinstated to YouTube. You can learn more about what legal action the claimant must take in our Help Center.