UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>  Defendants. | CASE NO.  5:25-cv-01644-NW |

**DECLARATION OF MARC TRACHTENBERG IN SUPPORT OF MOTION FOR *EX PARTE* TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE FOR PRELIMINARY INJUNCTION**

I, Marc Trachtenberg, hereby declare and state as follows:

1.  I am an attorney licensed to practice law in the State of Illinois. I am a Shareholder at Greenberg Traurig, LLP and counsel for Plaintiff Invisible Narratives LLC ("Invisible Narratives"). I have personal knowledge of the facts stated in this Declaration and if called to do so, would testify competently thereto. I am submitting this Declaration in support of Invisible Narratives' *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause for Preliminary Injunction in the above-captioned matter against Next Level Apps Technology – FZCO ("Next Level").

2.  Attached hereto as **Exhibit 1** is a true and correct copy of the webpage entitled "Skibidi Toilet – Apps on Google Play," available at https://play.google.com/store/apps/details?id-com.skibiditoilet.survival&hl=en, accessed by me on September 17, 2024.

3.  Attached hereto as **Exhibit 2** is a true and correct copy of a webpage entitled "Skibidi Toilet app on the App Store," available at https://play.google.com/store/apps/details?id-com.skibiditoilet.survival&hl=en, accessed by me on September 17, 2024.

4.  Attached hereto as **Exhibit 3** is a true and correct copy of the webpage available at http://www.skibidtoilet.com, accessed by me on September 17, 2024.

5.  Attached hereto as **Exhibit 4** is a true and correct copy of the webpage available at

1

http://www.skibidtoilet.com/about-us, accessed by me on September 17, 2024.

6. Attached hereto as **Exhibit 5** is a true and correct copy of the webpage available at http://www.skibidtoilet.com/characters, accessed by me on September 17, 2024.

7. Attached hereto as **Exhibit 6** is a true and correct copy of the webpage from https://web.archive.org/web/20231124122420/https://skibiditoilet.com/, showing the webpage that was posted on the skibiditoilet.com domain name as of December 14, 2023 as captured by the Internet Archive Wayback Machine.

8. Attached hereto as **Exhibit 7** is a true and correct copy of a screenshot of the webpage for the X account @skibidisurvival, available at https://x.com/skibidisurvival, accessed by me on February 9, 2025.

9. Attached hereto as **Exhibit 8** is a true and correct copy of a screenshot of the webpage for the Instagram account skibidi_toilet_survival, available at https://www.instagram.com/skibidi_toilet_survival/, accessed by me on February 9, 2025.

10. Attached hereto as **Exhibit 9** is a true and correct copy of a screenshot of the webpage for the Facebook account "Skibidi Toilet," available at https://www.facebook.com/profile.php?id=61563277741932&mibextid=LQQJ4d, accessed by me on February 9, 2025.

11. Attached hereto as **Exhibit 10** is a true and correct copy of a screenshot of the webpage for the Tiktok account skibiditoiletsurvival, available at https://www.tiktok.com/@skibiditoiletsurvival, accessed by me on February 9, 2025.

12. Attached hereto as **Exhibit 11** is a true and correct copy of catalog entries from the United States Copyright Office website, reflecting copyright registrations for VA 2-404-043, VA 2-406-329, VA 2-406-330, VA 2-406-372, VA 2-406-373, VA 2-378-393, VA 2-378-400, VA 2-377-695, VA 2-389-816, VA 2-389-818, VA 2-389-819, VA 2-389-820, VA 2-389-821, VA 2-389-822, VA 2-389-823, VA 2-389-824, and VA 2-389-825.

13. Attached hereto as **Exhibit 12** is a true and correct copy of certified deposit copies from the United States Copyright Office, reflecting the deposit copies accompanying copyright

registrations for VA 2-404-043, VA 2-406-329, VA 2-406-330, VA 2-406-372, VA 2-406-373, VA 2-378-393, VA 2-378-400, VA 2-377-695, VA 2-389-816, VA 2-389-818, VA 2-389-819, VA 2-389-820, VA 2-389-821, VA 2-389-822, VA 2-389-823, VA 2-389-824, and VA 2-389-825.

14. Attached hereto as **Exhibit 13** is a true and correct copy of catalog entries from the United States Copyright Office website, reflecting copyright Registration Nos. VA 2-389-815, VA 2-389-817, and VA 2-389-826.

15. Attached hereto as **Exhibit 14** is a true and correct copy of certified deposit copies from the United States Copyright Office, reflecting the deposit copies accompanying copyright Registration Nos. VA 2-389-815, VA 2-389-817, and VA 2-389-826.

16. Attached hereto as **Exhibit 15** is a true and correct copy of status information regarding applications Next Level submitted to the United States Patent and Trademark Office ("PTO"), obtained from the USPTO's Trademark Status and Document Retrieval (TSDR) system.

17. Attached hereto as **Exhibit 16** is a true and correct copy of an App Store Content Dispute Form, available at https://www.apple.com/legal/intellectual-property/dispute-forms/app-store/app-store-dispute.html, that I filled out and submitted to Apple on behalf of Invisible Narratives on November 4, 2024, containing the substance of Invisible Narratives' Notification of Claimed Infringement pursuant to the Digital Millennium Copyright Act ("DMCA").

18. Attached hereto as **Exhibit 17** is a true and correct copy of a November 6, 2024 email from removals@google.com to me, reproducing the substance of Invisible Narratives' Notification of Claimed Infringement pursuant to the DMCA that I submitted to Google Play.

19. Attached hereto as **Exhibit 18** is a true and correct copy of a November 6, 2024 email from shareholder@nxtlvlcomp.org to AppStoreNotices@apple.com and me, containing the substance of Next Level's counter-notification to Apple.

20. Attached hereto as **Exhibit 19** is a true and correct copy of document available at https://docs.google.com/document/d/1Wgn2q5j8LkAHvGg8qfMzSRbsKywAuf6rw7jGwJortKw/edit?usp=sharing, referred to in Exhibit 18.

21. Attached hereto as **Exhibit 20** is a true and correct copy of a November 11, 2024 email from removals@google.com to me, containing the substance of Next Level's counter-notification to Google under the DMCA.

22. Attached hereto as **Exhibit 21** is a true and correct copy of a January 25, 2025 email from YouTube Copyright to me, containing the substance of Invisible Narratives' first counter-notification to YouTube under the DMCA and YouTube's response thereto.

23. Attached hereto as **Exhibit 22** is a true and correct copy of a January 26, 2025 email from YouTube Copyright to me, containing the substance of Invisible Narratives' second counter-notification to YouTube under the DMCA and YouTube's response thereto.

24. Based on an investigation conducted on Invisible Narrative's behalf, we have learned that the principals of Next Level (Serhii Osadchy, Vladislav Ciapchis, Eduard Ciapchis, and Stanislav Chprykov) also are principals of a Polish company called Iviliia Millionic IT Sp. Z O.O.

25. Attached hereto as **Exhibit 23** is a true and correct copy of the Complaint for Declaratory Relief (Dkt. 1) in the action styled *Ducky Ltd. v. Iviliia Millionic It Sp. z o.o.*, Case No. 3:24-cv-02268 (N.D. Cal.) ("*Ducky*").

26. Attached hereto as **Exhibit 24** is a true and correct copy of Plaintiff Ducky Ltd.'s Notice of Motion and Motion for Default Against Defendant Ivliia Millionic It Sp.z o.o. and Memorandum of Points and Authorities (Dkt. 30) in the *Ducky* action.

27. Attached hereto as **Exhibit 25** is a true and correct copy of the Declaration of Vladimir Adshchik in Support of Plaintiff Ducky Ltd.'s Motion for Default Against Defendant Ivliia Millionic It Sp.z o.o., including Exhibits A-J thereto, (Dkt. 30-2) in the *Ducky* action.

28. Attached hereto as **Exhibit 26** is a true and correct copy of an office action response submitted to the USPTO on January 27, 2025 by Next Level in support of Serial No. 79387724 for SKIBIDI TOILET VS CAMERAMAN TV WOMAN X TV MAN VS G-MAN (and design).

29. Contemporaneously with the filing of the Complaint and Application for a Temporary Restraining Order, Order to Show Cause for a Preliminary Injunction, and Order

Permitting Alternative Service, Greenberg Traurig sent a copy of all of the pleadings and papers in this action to ip_support@nxtlvlcomp.org, ciapchisvladislav@gmail.com, and shareholder@nxtlvlcomp.org, email addresses that Next Level has used to communicate with Invisible Narratives and/or that they have provided as contact information in their takedown notices and counter-notices under the Digital Millennium Copyright Act.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: February 14, 2025

_____
Marc H. Trachtenberg