**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

INVISIBLE NARRATIVES LLC,

     Plaintiff,

v.

NEXT LEVEL APPS TECHNOLOGY –
FZCO,

     Defendants.

CASE NO.  5:25-cv-01644-NW

**EXHIBITS 8-13 IN SUPPORT OF DECLARATION OF MARC TRACHTENBERG**

# EXHIBIT 8



| | |
|---|---|
| Document title: | Skibidi Toilet (@skibidi_toilet_survival) • Instagram photos and videos |
| Capture URL: | https://www.instagram.com/skibidi_toilet_survival/ |
| Page loaded at (UTC): | Sun, 09 Feb 2025 00:19:58 GMT |
| Capture timestamp (UTC): | Sun, 09 Feb 2025 00:20:46 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 4 |
| Capture ID: | a3pH7RAPfQ3xTLap2CRjiL |
| Display Name: | InternetDomainEcommerceSocialMedia |

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

skibidi_toilet_survival  **Follow**  Message  ···

**25** posts    **9** followers    **0** following

**Skibidi Toilet**
Exclusive updates and thrilling adventures you crave.
🔗 **skibiditoilet.com**

⊞ POSTS    ⚆ REELS    ⊡ TAGGED



- AI Studio
- Threads
- More

Document title: Skibidi Toilet (@skibidi_toilet_survival) • Instagram photos and videos
Capture URL: https://www.instagram.com/skibidi_toilet_survival/
Capture timestamp (UTC): Sun, 09 Feb 2025 00:20:46 GMT

# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- AI Studio
- Threads
- More



# Instagram

- Home
- Search
- Explore
- Reels
- Messages
- Notifications
- Create
- Profile

- AI Studio
- Threads
- More



Meta  About  Blog  Jobs  Help  API  Privacy  Consumer Health Privacy  Terms  Locations  Instagram Lite  Threads  Contact Uploading & Non-Users

Meta Verified

English ⌄  © 2025 Instagram from Meta

Document title: Skibidi Toilet (@skibidi_toilet_survival) • Instagram photos and videos
Capture URL: https://www.instagram.com/skibidi_toilet_survival/
Capture timestamp (UTC): Sun, 09 Feb 2025 00:20:46 GMT

# EXHIBIT 9

Page Vault

| | |
|---|---|
| Document title: | (2) Facebook |
| Capture URL: | https://www.facebook.com/profile.php?id=61563277741932&mibextid=LQQJ4d |
| Page loaded at (UTC): | Sun, 09 Feb 2025 00:07:00 GMT |
| Capture timestamp (UTC): | Sun, 09 Feb 2025 00:14:41 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 12 |
| Capture ID: | hvjwSwRBT6thQW9eWcz1SQ |
| Display Name: | InternetDomainEcommerceSocialMedia |



# Skibidi Toilet

13 likes · 14 followers

**Like**    **Message**    **Search**

Posts    About    Mentions    Reviews    Followers    Photos    More ▾    ...

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

Page · Video Game

IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

+971 56 577 5605

info@skibiditoilet.com

skibidi_toilet_survival

skibidisurvival

skibiditoilet.com

Always open ▾

Not yet rated (1 Review)

## Posts

Filters

**Skibidi Toilet**
October 21, 2024 · 🌐

Just watch!
http://skibiditoilet.com
Play now!
https://apps.apple.com/app/skibidi-toilet/id6618145453
https://play.google.com/store/apps/details...... **See more**



😍 22                                          18 comments  1 share

Like        Comment        Send        Share

View more comments

Bautista Dan Paul
This is absurd. Did you took too much drugs? Not even a grown man would do something so foolish.

## Photos

See all photos







Skibidi Toilet ...

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉️ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✖️ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

### Photos                                    See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



😡😍 8                                              4 comments

👍 Like          💬 Comment          📞 Send          ↗ Share

View more comments

Anthon Godinez Ladron

2w · Like · Reply

Write a comment...  😊 😀 📷 🎬

**Skibidi Toilet**
October 1, 2024 · 🌐

Watch Titans Arise to save the city!!!
**skibiditoilet.com**

**#skibiditoilet #titan #skibidi #tvman #cameraman**

😡😍 8

👍 Like          💬 Comment          📞 Send          ↗ Share

Write a comment...  😊 😀 📷 🎬

**Skibidi Toilet**
September 26, 2024 · 🌐

Download for FREE on iPhone and Android

**https://apps.apple.com/app/skibidi-toilet/id6618145453**
**https://play.google.com/store/apps/details......** See more

Document title: (2) Facebook
Capture URL: https://www.facebook.com/profile.php?id=61563277741932&amp;mibextid=LQQJ4d
Capture timestamp (UTC): Sun, 09 Feb 2025 00:14:41 GMT



Q Search Facebook    Find friends



Skibidi Toilet

...

Download for FREE for iPhone and Android

https://apps.apple.com/app/skibidi-toilet/id6618145453
https://play.google.com/store/apps/details?...... **See more**



## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉️ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✖️ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

😮❤️ 8

👍 Like    💬 Comment    📨 Send    ➤ Share

Write a comment...    😊 😀 📷 🎞️

Skibidi Toilet
September 25, 2024 · 🌐

Skibidi: A global threat 💀
https://skibiditoilet.com

**#skibiditoilet #skibidi #tvwoman #cameraman**

## Photos                              See all photos



😮❤️ 7                                    2 comments

👍 Like    💬 Comment    📨 Send    ➤ Share

View more comments

Daniel Sánchez Unocc
Fuera de aquí
2w   Like   Reply   See translation

Write a comment...    😊 😀 📷 🎞️

Skibidi Toilet                            ...

Document title: (2) Facebook
Capture URL: https://www.facebook.com/profile.php?id=61563277741932&amp;mibextid=LQQJ4d
Capture timestamp (UTC): Sun, 09 Feb 2025 00:14:41 GMT




Skibidi Toilet

···

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✕ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

---

**Skibidi Toilet**
September 23, 2024 · 🌐

We need to find a way to stop them before it's too late!
**https://skibiditoilet.com**
**#skibiditoilet #skibidi #cameraman #tvwoman #tvman**



😍 6

👍 Like  💬 Comment  📨 Send  ↪ Share

Write a comment...

**Skibidi Toilet**
September 20, 2024 · 🌐

Already on air!
**https://skibiditoilet.com**
**#skibiditoilet #cameraman #skibidi**



😍 6

👍 Like  💬 Comment  📨 Send  ↪ Share

Write a comment...

**Skibidi Toilet**
September 19, 2024 · 🌐





Skibidi Toilet

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✖ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

### Photos

**See all photos**



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

---

**Skibidi Toilet**
September 19, 2024 · 🌐

Have you seen it already??
**https://skibiditoilet.com**
**#skibiditoilet** **#cameraman** **#skibidi**



😡😍 4                                    1 comment

👍 Like        💬 Comment        Send        ↪ Share

**Min Aung**
အခုမှ သိပ်အမြန်အချိန်တုန်းကအခုမှ သိပ်အချိန်တုန်းက
အခုမှ သိပ်အမြန်အချိန်တုန်းကအခုမှ သိပ်အချိန်

20w    Like    Reply    See translation

✏ Write a comment...

---

**Skibidi Toilet**
September 14, 2024 · 🌐

It all began! Check out now
**https://skibiditoilet.com**
**https://youtu.be/bx8X4iUvc7E**

**#skibiditoilet** **#skibidi**

😍😡 4

👍 Like        💬 Comment        Send        ↪ Share

Write a comment



## Skibidi Toilet

...

### Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

𝕏 **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

---

👍 Like    💬 Comment    📞 Send    ➤ Share

Write a comment...

**Skibidi Toilet**
September 4, 2024 · 🌐

The epic battle is heating up in the **#SkibidiToilet** vs. **#alliance** war! 🚽⚔ Will the mighty **#titans** like **#tvman** **#speakerman** and **#cameraman** be able to survive the onslaught of the **#gmantoilet** ? The fight for survival is on, and the stakes have never been higher! 💥💪 With the **#chiefscientist** working on new strategies, who will come out on top? Join the **#SkibidiToiletVsTitans** battle and see if you can turn the tide of this epic fight! 🔥🌀



😍😮 3

👍 Like    💬 Comment    📞 Send    ➤ Share

Write a comment...

**Skibidi Toilet**
August 26, 2024 · 🌐

Why are **#TVMen** the strongest?

**#Hypnosis**, **#Teleportation**, insane tech, and a mysterious aura make them unstoppable. They choose their battles, save only the useful, and keep their secrets. 🤔



---


 Skibidi Toilet ···



😍 3

Like | Comment | Send | Share

Write a comment...

**Skibidi Toilet**
August 26, 2024 · 🌐

Cameramen: The Hidden Power in the **#SkibidiToilet** War 🎥🚽

**#Cameramen** are the true powerhouses in the Skibidi Toilet fight. With their advanced cameras, they possess unmatched intelligence, versatility, and survival skills. From creating high-tech gear like jetpacks and jeeps to adapting to any battle situation, they are a force to be reckoned with. Their numbers, along with the abilities of **#TitanCameraman** and **#EliteCameraman**, form a formidable alliance. These warriors are in... **See more**



😡😍 3

Like | Comment | Send | Share

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ **Page** · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉️ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✖️ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 **Always open** ⌄

⭐ Not yet rated (1 Review) ⓘ

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



Skibidi Toilet

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

📄 Page · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉️ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

𝕏 **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

---

👍 Like    💬 Comment    📞 Send    ➤ Share

Write a comment...    😊 📷 😀

**Skibidi Toilet**
August 26, 2024 · 🌐

Women against **#SkibidiToilet** 📺🔥

In a world where chaos reigns, women are stepping up as fierce warriors in the battle against **#SkibidiToilet**. Icons like **#TVWoman** 📺, **#DarkSpeakerwoman** 🔊, and **#Camerawoman** 📷, combine style and strength, intelligence and combat skills. They are more than just allies; they are leaders in the **#WarToSurvive**. Their courage and determination create a powerful alliance, showing that women have the power to lead and inspire, proving once and for all tha... **See more**



😆😍😠 4

👍 Like    💬 Comment    📞 Send    ➤ Share

Write a comment...    😊 📷 😀

**Skibidi Toilet**
August 25, 2024 · 🌐

📺💥 The battle rages on between the **#SkibidiToilets** and the mighty **#Titans**! This is more than just a **#War**—it's a fight for **#Survival**. With the Skibidi Toilets threatening to take over, the alliance of **#Cameraman**, **#TVMan**, **#TVWoman**, and **#Speakerman** is our last hope. Their bravery and strength stand against the relentless Skibidi onslaught. Titans like **#TitanTVMan** and **#TitanCameraman** & others. But the enemy is powerful, with **#AstroToilets** and **#GMan** leading their forces, creating ... **See more**







## Skibidi Toilet

### Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

- ℹ️ Page · Video Game
- 📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates
- 📞 +971 56 577 5605
- ✉️ info@skibiditoilet.com
- 📷 **skibidi_toilet_survival**
- ✖️ **skibidisurvival**
- 🌐 **skibiditoilet.com**
- 🕐 Always open ⌄
- ⭐ Not yet rated (1 Review) ℹ️

### Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025

forces, creating ... **See more**



😮😡 4

👍 Like    💬 Comment    📞 Send    ↪ Share

Write a comment...

**Skibidi Toilet** updated their cover photo.
August 23, 2024 · 🌐

😡 1

👍 Like    💬 Comment    📞 Send    ↪ Share

**Pibe Insano**
Busco novia
2w   Like   Reply   See translation   😆



 Skibidi Toilet

## Intro

Official fan page of Skibidi Toilet. Exclusive updates and thrilling adventures you crave.

ⓘ **Page** · Video Game

📍 IFZA Business Park, DDP 33430-001, Dubai, United Arab Emirates

📞 +971 56 577 5605

✉️ info@skibiditoilet.com

📷 **skibidi_toilet_survival**

✕ **skibidisurvival**

🌐 **skibiditoilet.com**

🕐 Always open ⌄

⭐ Not yet rated (1 Review) ⓘ

## Photos

See all photos



Privacy · Consumer Health Privacy · Terms · Advertising · Ad Choices ▷ · Cookies · More · Meta © 2025



😍😡 4

👍 Like    💬 Comment    📨 Send    ↪ Share

Write a comment...

**Skibidi Toilet** updated their cover photo.
August 23, 2024 · 🌐

😡 1

👍 Like    💬 Comment    📨 Send    ↪ Share

**Pibe Insano**
Busco novia
2w    Like    Reply    See translation    😆

Write a comment...

**Skibidi Toilet** updated their profile picture.
August 2, 2024 · 🌐

😍😡😢 6

👍 Like    💬 Comment    📨 Send    ↪ Share

# EXHIBIT 10



| | |
|---|---|
| Document title: | Skibidi Toilet (@skibiditoiletsurvival) | TikTok |
| Capture URL: | https://www.tiktok.com/@skibiditoiletsurvival |
| Page loaded at (UTC): | Sun, 09 Feb 2025 00:06:44 GMT |
| Capture timestamp (UTC): | Sun, 09 Feb 2025 00:11:34 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 3 |
| Capture ID: | fAgYx5ZYsWfJy6hb43ZGah |
| Display Name: | InternetDomainEcommerceSocialMedia |





Document title: Skibidi Toilet (@skibiditoiletsurvival) | TikTok
Capture URL: https://www.tiktok.com/@skibiditoiletsurvival
Capture timestamp (UTC): Sun, 09 Feb 2025 00:11:34 GMT

# EXHIBIT 11



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 8 of 20 entries



Labeled View

***Graphic image �Flying Whirring Saw hero�.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002404043 / 2024-01-31 |
| **Application Title:** | Graphic image �Flying Whirring Saw hero� . |
| **Title:** | Graphic image �Flying Whirring Saw hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-08-25 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | C.O. correspondence. |
| | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- |
| | NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

---

Help    Search    History    Titles    Start Over



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 6 of 20 entries



Labeled View

*Graphic image Double chainsaw toilet .*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002406329 / 2024-04-12 |
| **Application Title:** | Graphic image Double chainsaw toilet . |
| **Title:** | Graphic image Double chainsaw toilet . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-03-04 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format   Full Record ▾ | Format for Print/Save |
| Enter your email address: | Email |



Help   Search   History   Titles   Start Over



Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 1 of 20 entries



Labeled View

*Graphic imag Warrior cosmic toilet .*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002406330 / 2024-04-12 |
| **Application Title:** | Graphic imag Warrior cosmic toilet . |
| **Title:** | Graphic imag Warrior cosmic toilet . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-03-04 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format  Full Record ▾ | Format for Print/Save |
| Enter your email address: [                    ] | Email |



Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 14 of 20 entries



---

Labeled View

---

*Graphic image Police humanoid toilet .*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002406372 / 2024-04-12 |
| **Application Title:** | Graphic image Police humanoid toilet . |
| **Title:** | Graphic image Police humanoid toilet . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2024 |
| **Date of Publication:** | 2024-03-04 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| **Save, Print and Email (Help Page)** | |
|---|---|
| Select Download Format | Full Record ▾  Format for Print/Save |
| Enter your email address: | [                    ]  Email |

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

---

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 9 of 20 entries



Labeled View

---

*Graphic image Manipulator toilet hero .*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002406373 / 2024-04-12 |
| **Application Title:** | Graphic image Manipulator toilet hero . |
| **Title:** | Graphic image Manipulator toilet hero . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-07-15 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |





| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [ Full Record ▾ ]   [ Format for Print/Save ] |
| Enter your email address: [                    ] [ Email ] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 20 of 20 entries

◀ **previous**    **next** ▶

Labeled View

*Graphic image �TV Titan hero�.*

|                              |                                                                                                                                                                    |
|------------------------------|--------------------------------------------------------------------------------------------------------------------------------------------------------------------|
| **Type of Work:**            | Visual Material                                                                                                                                                     |
| **Registration Number / Date:** | VA0002378393 / 2023-11-10                                                                                                                                        |
| **Application Title:**       | Graphic image �TV Titan hero�.                                                                                                                                      |
| **Title:**                   | Graphic image �TV Titan hero�.                                                                                                                                      |
| **Description:**             | Electronic file (eService)                                                                                                                                          |
| **Copyright Claimant:**      | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates.       |
| **Date of Creation:**        | 2022                                                                                                                                                                |
| **Date of Publication:**     | 2022-11-01                                                                                                                                                          |
| **Nation of First Publication:** | United Arab Emirates                                                                                                                                            |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork.                                                                        |
| **Rights and Permissions:**  | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates                                                  |
| **Names:**                   | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO;                                                                                                       |

◀ **previous**    **next** ▶

| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [＿＿＿＿＿＿＿]  [Email] |

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 17 of 20 entries



Labeled View

*Graphic image �Speakerbody titan hero�.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002378400 / 2023-11-10 |
| **Application Title:** | Graphic image �Speakerbody titan hero�. |
| **Title:** | Graphic image �Speakerbody titan hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-11-01 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: |        Email |

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

 Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 2 of 20 entries



| Labeled View |

***Graphic image �Camerahead hero�.***

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002377695 / 2023-11-10 |
| **Application Title:** | Graphic image �Camerahead hero�. |
| **Title:** | Graphic image �Camerahead hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-01-11 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO, IFZA Business Park, DDP, A1 - 3641379065, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO |



| **Save, Print and Email (Help Page)** |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address:  [              ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 5 of 20 entries



Labeled View

***Graphic image �Dark speakehead hero�.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389816 / 2024-01-31 |
| **Application Title:** | Graphic image �Dark speakehead hero� . |
| **Title:** | Graphic image �Dark speakehead hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-04-28 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [_____] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 11 of 20 entries



Labeled View

***Graphic image �Modified TV Titan hero� .***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389818 / 2024-01-31 |
| **Application Title:** | Graphic image �Modified TV Titan hero� . |
| **Title:** | Graphic image �Modified TV Titan hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-11-01 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



WebVoyage Record View 1

Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 19 of 20 entries



Labeled View

***Graphic image �TV Female hero� .***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389819 / 2024-01-31 |
| **Application Title:** | Graphic image �TV Female hero� . |
| **Title:** | Graphic image �TV Female hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-06-23 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [　　　　　] [Email] |

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 4 of 20 entries



Labeled View

*Graphic image �Dark Camerahead female hero� .*

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389820 / 2024-01-31 |
| **Application Title:** | Graphic image �Dark Camerahead female hero� . |
| **Title:** | Graphic image �Dark Camerahead female hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-06-20 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- |
|  | NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]   [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = next level apps
Search Results: Displaying 13 of 20 entries



Labeled View

*Graphic image �Original Speakerbody titan hero� .*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389821 / 2024-01-31 |
| **Application Title:** | Graphic image �Original Speakerbody titan hero� . |
| **Title:** | Graphic image �Original Speakerbody titan hero� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-11-01 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 15 of 20 entries



**Labeled View**

***Graphic image �Principal Toilethead hero�.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389822 / 2024-01-31 |
| **Application Title:** | Graphic image �Principal Toilethead hero�. |
| **Title:** | Graphic image �Principal Toilethead hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-09-22 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) | |
|---|---|
| Select Download Format | Full Record ▾   Format for Print/Save |
| Enter your email address: |        Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|---|---|---|---|---|

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = next level apps
Search Results: Displaying 12 of 20 entries



Labeled View

*Graphic image �Original Camerahead hero�.*

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389823 / 2024-01-31 |
| **Application Title:** | Graphic image �Original Camerahead hero�. |
| **Title:** | Graphic image �Original Camerahead hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2022 |
| **Date of Publication:** | 2022-11-01 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991-<br>NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [          ] [Email] |

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 10 of 20 entries

◀ previous    next ▶

Labeled View

***Graphic image �Modified Camerahead hero�.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389824 / 2024-01-31 |
| **Application Title:** | Graphic image �Modified Camerahead hero�. |
| **Title:** | Graphic image �Modified Camerahead hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-06-16 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO |

◀ previous    next ▶



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format  Full Record ▾   Format for Print/Save |
| Enter your email address: [                    ]  Email |

---

Help   Search   History   Titles   Start Over

Contact Us   |   Request Copies   |   Get a Search Estimate   |   Frequently Asked Questions (FAQs) about Copyright   |
Copyright Office Home Page   |   Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

## Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 16 of 20 entries



| Labeled View |

*Graphic image �Scholar toilet hero�.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389825 / 2024-01-31 |
| **Application Title:** | Graphic image �Scholar toilet hero�. |
| **Title:** | Graphic image �Scholar toilet hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-04-21 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- |
|  | NEXT LEVEL APPS TECHNOLOGY ? FZCO |



| **Save, Print and Email (Help Page)** |
| Select Download Format | Full Record ⌄ | Format for Print/Save |
| Enter your email address: | | Email |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page

# EXHIBIT 12

*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<FLYING WHIRRING SAW HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-404-043**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE DOUBLE CHAINSAW TOILET** deposited in the Copyright Office with claim of copyright registered under number **VA 2-406-329**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAG WARRIOR COSMIC TOILET** deposited in the Copyright Office with claim of copyright registered under number **VA 2-406-330.**

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE POLICE HUMANOID TOILET** deposited in the Copyright Office with claim of copyright registered under number **VA 2-406-372**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE MANIPULATOR TOILET HERO** deposited in the Copyright Office with claim of copyright registered under number **VA 2-406-373**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:     Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



*LIBRARY OF CONGRESS*

*Copyright Office*
*of the United States*

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<TV TITAN HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-378-393**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*
WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<SPEAKERBODY TITAN HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-378-400**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<CAMERAHEAD HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-377-695**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:     Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.





LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<DARK SPEAKEHEAD HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-816**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<MODIFIED TV TITAN HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-818**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<TV FEMALE HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-819**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.





LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<DARK CAMERAHEAD FEMALE HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-820**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<ORIGINAL SPEAKERBODY TITAN HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-821**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



*LIBRARY OF CONGRESS*

## Copyright Office
### of the United States

*WASHINGTON, D.C.*

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<PRINCIPAL TOILETHEAD HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-822**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<ORIGINAL CAMERAHEAD HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-823**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<MODIFIED CAMERAHEAD HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-824**.

**THIS IS TO CERTIFY ALSO,** that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER,** that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF,** the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:   Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



LIBRARY OF CONGRESS

*Copyright Office*
*of the United States*

WASHINGTON, D.C.

**THIS IS TO CERTIFY,** that the attached color photocopy is a true representation of the work entitled **GRAPHIC IMAGE <<SCHOLAR TOILET HERO>>** deposited in the Copyright Office with claim of copyright registered under number **VA 2-389-825**.

**THIS IS TO CERTIFY ALSO**, that due to the nature of the work deposited, the attached color photocopy is the best possible electrostatic positive print available.

**THIS IS TO CERTIFY FURTHER**, that deposits submitted electronically bear no identifying marks.

**IN WITNESS WHEREOF**, the seal of this Office is affixed hereto on January 16, 2025.

Shira Perlmutter
United States Register of Copyrights and Director

By:    Angela Hightower
Supervisory Copyright Specialist
Records Research and Certification Division
Office of Copyright Records

Use of this material is governed by the U.S. copyright law 17 U.S.C. 101 et seq.



# EXHIBIT 13



Try the **Copyright Public Records System (CPRS)** pilot with enhanced
search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 7 of 20 entries



Labeled View

*Graphic image �Drillbody Titan� .*

|   |   |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389815 / 2024-01-31 |
| **Application Title:** | Graphic image �Drillbody Titan� . |
| **Title:** | Graphic image �Drillbody Titan� . |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-09-29 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- |
|   | NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

---

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Name = next level apps
Search Results: Displaying 3 of 20 entries



Labeled View

***Graphic image �Clockbody Titan Hero�.***

| | |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389817 / 2024-01-31 |
| **Application Title:** | Graphic image �Clockbody Titan Hero�. |
| **Title:** | Graphic image �Clockbody Titan Hero�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-08-18 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO; |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [                    ] [Email] |

Help    Search    History    Titles    Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page



Try the **Copyright Public Records System (CPRS)** pilot with enhanced search features and filters.

| Help | Search | History | Titles | Start Over |
|------|--------|---------|--------|------------|

# Public Catalog

Copyright Catalog (1978 to present) at DC4

Search Request: Left Anchored Name = next level apps

Search Results: Displaying 18 of 20 entries



Labeled View

---

***Graphic image �Tooth-free dragon dancing�.***

|  |  |
|--|--|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002389826 / 2024-01-31 |
| **Application Title:** | Graphic image �Tooth-free dragon dancing�. |
| **Title:** | Graphic image �Tooth-free dragon dancing�. |
| **Description:** | Electronic file (eService) |
| **Copyright Claimant:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO, Transfer: By written agreement. Address: IFZA Business Park, DDP, A1 - 3641379065, Dubai, 00000, United Arab Emirates. |
| **Date of Creation:** | 2023 |
| **Date of Publication:** | 2023-11-25 |
| **Nation of First Publication:** | United Arab Emirates |
| **Authorship on Application:** | Serhii Osadchyi, 1991- ; Domicile: Ukraine; Citizenship: Ukraine. Authorship: 2-D artwork. |
| **Rights and Permissions:** | NEXT LEVEL APPS TECHNOLOGY ? FZCO;, IFZA Business Park, DDP, A1 - 3641379065,, Dubai, 00000, United Arab Emirates |
| **Copyright Note:** | Basis for Registration: Registration based on deposited pictorial authorship describing, depicting, or embodying character(s). Compendium 313.4(H). |
| **Names:** | Osadchyi, Serhii, 1991- <br> NEXT LEVEL APPS TECHNOLOGY ? FZCO |



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾]  [Format for Print/Save] |
| Enter your email address: [_____]  [Email] |

Help   Search   History   Titles   Start Over

Contact Us  |  Request Copies  |  Get a Search Estimate  |  Frequently Asked Questions (FAQs) about Copyright  |
Copyright Office Home Page  |  Library of Congress Home Page