1  Ian C. Ballon (SBN 141819)
   GREENBERG TRAURIG, LLP
2  1900 University Avenue, 5th Floor
   East Palo Alto, California  94303
3  Telephone:  650.289.7881
   Facsimile:  650.462.7881
4  Email:   ballon@gtlaw.com

5  Jie (Lisa) Li (SBN 260474)
   GREENBERG TRAURIG, LLP
6  101 Second Street, Suite 2200
   San Francisco, California  94105
7  Telephone:  415.655.1300
   Email:   lil@gtlaw.com
8
   Amy L. Kramer (*Pro Hac Vice*)
9  GREENBERG TRAURIG, LLP
   1144 15th Street, Suite 3300
10 Denver, Colorado  80202
   Telephone:  303.572.6500
11 Email:   Amy.Kramer@gtlaw.com

12 Justin A. MacLean (*Pro Hac Vice*)
   GREENBERG TRAURIG, LLP
13 One Vanderbilt Avenue
   New York, New York  10017
14 Telephone:  212.801.9200
   Email:   Justin.MacLean@gtlaw.com
15

16 Attorneys for Plaintiff
   Invisible Narratives LLC
17

18

19                    **UNITED STATES DISTRICT COURT**

20                **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

21

| | |
|---|---|
| 22  INVISIBLE NARRATIVES LLC, | CASE NO. 5:25-cv-01644-NW |
| 23        Plaintiff, | **PROOF OF SERVICE** |
| 24  v. | |
| 25  NEXT LEVEL APPS TECHNOLOGY – FZCO, | |
| 26        Defendant. | |

27

28

<u>Invisible Narratives LLC vs. Next Level Apps Technology FZCO</u>
USDC Northern District of California Case No. 5:25-cv-01644-NW

**PROOF OF SERVICE**

I am a citizen of the United States, over the age of 18 years, and not a party to or interested in this action. I am employed in the County of San Francisco, State of California and my business address is Greenberg Traurig, LLP, 101 Second Street, Suite 2200, San Francisco, CA 94105.

On this day, I caused to be served the following document(s) on the interested parties:

**REQUEST FOR PERMISSION TO APPEAR VIA ZOOM**

| NEXT LEVEL APPS TECHNOLOGY – FZCO, ip_support@nxtlvlcomp.org <br><br> ciapchisvladislav@gmail.com <br><br> tm@rudyy.com.ua | **Attorneys for Defendant Next Level Apps Technology – FZCO** |
|---|---|

☐ **BY MAIL**: I am familiar with this firm's practice whereby the mail, after being placed in a designated area, is given fully prepaid postage and is then deposited with the U.S. Postal Service at Sacramento, California, after the close of the day's business.

☐ **BY PERSONAL SERVICE**: I arranged to have said document(s) hand served.

☐ **BY OVERNIGHT COURIER**: I caused such envelope to be placed for collection and delivery in accordance with standard overnight delivery procedures for delivery the next business day.

☒ **BY ELECTRONIC TRANSMISSION**: My email address is frazierl@gtlaw.com. I transmitted a true and a correct copy thereof attached to the electronic email address(es) as set forth above.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on April 29, 2025 at San Francisco, California.

*Linny Frazier*
Linny Frazier