Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email:   ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email:   lil@gtlaw.com

Amy L. Kramer (*Appearing Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email:   Amy.Kramer@gtlaw.com

Justin A. MacLean (*Appearing Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email:   Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>　　　Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　　Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**REQUEST FOR PERMISSION TO APPEAR VIA ZOOM**<br><br>Hearing Date: May 7, 2025<br>Courtroom 3 |

      Pursuant to Civil Local Rule 7-11 and this Court's Standing Order for Civil Cases Before District Judge Noel Wise, Plaintiff Invisible Narratives, LLC ("Plaintiff") respectfully moves this Court for an order allowing appearance via Zoom for the May 7, 2025, hearing on its Motion for Preliminary Injunction.

      On February 18, 2025, Plaintiff filed its Application for Temporary Restraining Order, Order to Show Cause for Preliminary Injunction, and Order Permitting Alternative Service. (ECF No. 9.) On February 19, 2025, the Court entered an order granting the application and set a March 3, 2025, hearing on the Motion for a Preliminary Injunction. (ECF No. 11.) Following the March 3 hearing, Plaintiff and Defendant, through its Ukrainian counsel, stipulated to a 60-day extension of the temporary restraining order and reset the hearing to May 7, 2025, at 9:00 a.m. (ECF No. 22.) The Motion is currently set for an in-person hearing at the San Jose Courthouse, Courtroom 3, 5th Floor, 280 South First Street, San Jose, California.

      Plaintiff now requests leave to appear by Zoom, and there exists good cause for the Court to grant this request. Plaintiff's Lead Counsel, Ian Ballon, who will be arguing the motion on behalf of Plaintiff, has a family commitment in Los Angeles on the morning of the hearing and must travel to Washington DC to speak at a conference later that same day. Given the personal commitments and travel demands, in-person appearance is impractical. Further, even if travel were logistically possible, it would significantly impair counsel's ability to adequately prepare for and participate in the hearing. Plaintiff submits that Mr. Ballon can effectively participate in the hearing via Zoom. Mr. Ballon's co-counsel Amy Kramer, who resides in Denver, Colorado, also requests leave to appear by Zoom. Plaintiff further submits that the remote appearances are necessary, efficient, and cost-effective. Good cause, therefore, exists for Mr. Ballon's and Ms. Kramer's remote appearances.

      Importantly, no party will be prejudiced by this request. On March 26, 2025, the Clerk entered default as to Defendant Next Level Apps Technology – FZCO. (ECF No. 25.) Despite notice of the hearing and entering into a stipulation resetting the hearing date, Defendant has not appeared. Because Defendant has not appeared, it is unlikely that the Motion will be highly contested, thus, it will suffer no prejudice if Plaintiff appears by Zoom rather than in-person.

      For the foregoing reasons, Plaintiff respectfully requests entry of an order authorizing appearance via Zoom.

DATED: April 29, 2025					GREENBERG TRAURIG, LLP


							By */s/ Ian C. Ballon*
							Ian C. Ballon
							Attorneys for Plaintiff
							Invisible Narratives LLC

## [PROPOSED] ORDER

The Court, having considered Plaintiff Invisible Narratives LLC's Request to Appear by Zoom, finds good cause supports the result and hereby orders that Plaintiff may appear remotely at the hearing on its Motion for Preliminary Injunction set for May 7, 2025, at 9:00 a.m.

By: _____
Hon. Noël Wise
UNITED STATES DISTRICT JUDGE