Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com

Amy L. Kramer (Appearing Pro Hac Vice)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (Appearing Pro Hac Vice)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives, LLC

James M. Smedley (Appearing Pro Hac Vice)
Cali Spota (Appearing Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>         Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>         Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**JOINT STIPULATION TO ENTER PRELIMINARY INJUNCTION AGAINST DEFENDANT NEXT LEVEL APPS TECHNOLOGY—FZCO AND [PROPOSED] ORDER** |

1        Pursuant to Fed. R. Civ. P. 65, Civil Local Rule 7-12, and this Court's Standing Order for Civil Cases Before District Judge Noël Wise, Plaintiff Invisible Narratives, LLC ("Invisible Narratives") and Defendant Next Level Apps Technology–FZCO ("Next Level"), hereby stipulate as follows:

       WHEREAS, on February 14, 2025, Invisible Narratives filed its Complaint (D.E. 1);

       WHEREAS, on February 18, 2025, Invisible Narratives applied *ex parte* for a Temporary Restraining Order ("TRO") and Order to Show Cause for Preliminary Injunction (D.E. 9 through 9-9);

       WHEREAS, on February 19, 2025, the Court issued a TRO against Next Level and set a hearing on Invisible Narratives' motion for a preliminary injunction (the "Hearing") for March 3, 2025 (D.E. 11);

       WHEREAS, pursuant to the Parties' stipulations on March 3, 2025 and May 6, 2025 (D.E. 20, 29), the Court has twice reset the Hearing, now scheduled for June 18, 2025, and extended the TRO until the preliminary injunction was decided (D.E. 21, 22, 30);

       WHEREAS, Invisible Narratives learned that, after Next Level stipulated to comply with the TRO (D.E. 20), Next Level filed Ukrainian Application No. M202504852 on March 20, 2025 to register the mark SKIBIDI TOILET in Classes 9, 18, 25, 28, 41 in Ukraine;

       WHEREAS, Next Level represents that Ukrainian Application No. M202504852 is the only trademark or copyright applications in any country that it filed since entry of the TRO that includes the component SKIBIDI or any Skibidi Toilet character;

       WHEREAS, Invisible Narratives also learned that, in May 2025, Next Level assigned its purported rights to International Registration No. 1771641 with designations in the EU, US, and China for SKIBIDI TOILET VS CAMERAMAN TV WOMAN X TV MAN VS G-MAN to non-party Outfitters EOOD, a Bulgarian company;

       WHEREAS, after conferring, and in order to preserve judicial resources and focus their efforts on continued settlement discussions, the Parties agreed to stipulate to entry of a preliminary injunction, obviating the need for the Hearing;

       NOW, THEREFORE, the Parties stipulate and agree that:

1.     Next Level is hereby preliminarily enjoined, until entry of a final judgment or otherwise modified by the Court, from:

       a.   Directly or indirectly taking any actions to remove or disable access to any material

hosted on the Boom Channel, including by submitting DMCA Takedown Notices or other takedown notices to YouTube claiming that any such material hosted on the Boom Channel infringes on any copyrights for Skibidi Toilet content or characters, or removing or disabling access to such material based on receipt of such DMCA Takedown Notices—and, to the extent that any actions to remove or disable access have already been taken, such actions shall, to the extent reasonably practicable, be immediately retracted and canceled;

b. Releasing, distributing, or making any allegedly Infringing App that includes Skibidi Toilet content or characters available for download on Apple's App Store, Google Play, or any other medium for distribution of mobile applications;

c. Using the allegedly Infringing Site or allegedly Infringing Social Media Accounts, as defined in the Complaint, in connection with Skibidi Toilet-related videos or the allegedly Infringing App;

d. Otherwise using the SKIBIDI TOILET mark in advertising or marketing Next Level's products or services, including on the allegedly Infringing Site or on any allegedly Infringing Social Media Accounts;

e. Filing applications with the United States Patent and Trademark Office or European or other foreign trademark or patent offices for trademarks or trademark registrations that include the component "Skibidi," by itself or with other words including "Toilet", symbols, characters, graphic images, or other devices;

f. Transferring or conveying any of its worldwide trademark or copyright registrations or applications, the allegedly Infringing Domain Name, skibiditoilet.wiki, or the allegedly Infringing Social Media Accounts to any third party;

g. Otherwise directly or indirectly infringing Plaintiff's allegedly valid SKIBIDI TOILET mark; and

h. Assisting, aiding, or abetting any other person or business entity in engaging in or performing any of the activities referred to in the above paragraphs 1.a-1.g;

2. Next Level shall make a good faith effort to have Outfitters EOOD reassign International

1  Registration No. 1771641 back to Next Level or to Invisible Narratives;

2       3.   Next Level agrees to negotiate in good faith to expressly abandon before the opposition
3  deadline Ukrainian Application No. M202504852 for SKIBIDI TOILET, which was filed after the date of
4  the stipulated TRO;

5       4.   Invisible Narratives shall not be required to provide security;

6       5.   The Hearing on Invisible Narratives' motion for preliminary injunction is hereby taken off
7  calendar; and

8       6.   Next Level shall file its responsive pleading to the Complaint within thirty (30) calendar
9  days from the date that the Court enters this stipulated motion for preliminary injunction.

DATED:  June 16, 2025                    GREENBERG TRAURIG, LLP


                                         By /s/Amy L. Kramer
                                            Amy L. Kramer
                                            Attorneys for Plaintiff
                                            Invisible Narratives, LLC

DATED:  June 16, 2025                    FOX ROTHSCHILD, LLP


                                         By /s/Cali Spota
                                            James M. Smedley
                                            Cali Spota
                                            Attorneys for Defendant
                                            Next Level Apps Technology—FZCO

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Amy L. Kramer, counsel for Plaintiff, attest that all Signatories have concurred in the filing of the document.

DATED:  June 16, 2025               GREENBERG TRAURIG, LLP


By */s/Amy L. Kramer*
   Amy L. Kramer
   Attorneys for Plaintiff
   Invisible Narratives, LLC

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED,

Dated:

By: _____
    Hon. Noël Wise
    UNITED STATES DISTRICT JUDGE