UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>  Defendants. | CASE NO. 3:25-cv-01644-NW |

**DECLARATION OF ADAM GOODMAN IN SUPPORT OF MOTION FOR ORDER TO SHOW CAUSE WHY DEFENDANT IS NOT IN CIVIL CONTEMPT OF STIPULATED PRELIMINARY INJUNCTION (DKT. 37) AND FOR SANCTIONS**

I, Adam Goodman, hereby declare and state as follows:

1. I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2. I am submitting this Declaration in support of Plaintiff Invisible Narratives LLC's ("Invisible Narratives") Motion for Order to Show Cause Why Defendant Is Not In Civil Contempt of Stipulated Preliminary Injunction (Dkt. 37) and for Sanctions in the above-captioned matter.

3. I am the owner and founder of Invisible Narratives.

4. Next Level continues to inflict significant harm on my business from its attempts to disrupt, steal, and claim Skibidi Toilet as its own, even though Next Level stipulated to the TRO and Preliminary Injunction.

5. On October 5, 2025, the Boom Channel released a new Skibidi Toilet video.

6. Two days later, Next Level submitted another fraudulent DMCA takedown notice to YouTube resulting in the removal of a different Skibidi Toilet video, Episode 77.

7. The harm from removal of this video is particularly egregious because the entire

1

reason my company sought a TRO and PI from this Court was to protect the Boom Channel from this very harm.

8.   My business is primarily reliant on posting Skibidi Toilet content to the Boom Channel.  As a direct result of Next Level's malicious threats against my company and the fraudulent takedown in January 2025, we have posted only five Skibidi Toilet episodes in 2025. In contrast, the Boom Channel posted over twenty-four new Skibidi Toilet videos in 2024.

9.   Just like in January 2025, YouTube has assessed the Boom Channel a "copyright strike," and has warned that "multiple strikes" will result in disabling the entire account.

10.   Again, Invisible Narratives has been injured in numerous ways, including in that its legitimately published video, in which it owns all rights and invested significant resources in creating, has been inaccessible to the world, prohibiting Invisible Narratives from engaging with Skibidi Toilet fans in the manner that they crave.  This has resulted in lost revenue stemming from views and advertising placement connected with the video.

11.   The harm is even more irreparable this time because our fans and retail and licensing partners have likewise relied on Next Level's stipulations to abide by the preliminary injunction to continue to support and invest in this franchise.  But the fact that Next Level successfully removed another Skibidi Toilet video despite relief from the court has caused Invisible Narratives to suffer an immense hit to its goodwill.

12.   Further, I have no confidence that Next Level will not be permitted to inflict the same harm no matter what relief this Court orders.

13.   The harms I describe above cannot be remedied by merely payment of money damages.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  October 9, 2025

2

Adam Goodman