UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 5:25-cv-01644-NW |

**[PROPOSED] ORDER GRANTING PLAINTIFF INVISIBLE NARRATIVES LLC'S MOTION FOR ORDER FINDING DEFENDANT IN CIVIL CONTEMPT OF STIPULATED PRELIMINARY INJUNCTION (DKT. 37), AND FOR SANCTIONS**

This matter comes before the Court on Plaintiff Invisible Narratives, LLC's ("Invisible Narratives" or "Plaintiff") motion for an order finding Defendant Next Level Apps Technology – FZCO ("Next Level" or "Defendant") in civil contempt of the Stipulated Preliminary Injunction entered on June 17, 2025 (Dkt. 37) ("Preliminary Injunction"), and for sanctions. Based on all pleadings, records, and papers on file in this action and the arguments of counsel, the Court makes the following findings of fact:

1.     On June 17, 2025, the Court entered a stipulated Preliminary Injunction, precluding Next Level from, among other things, directly or indirectly taking any actions to remove or disable access to any material hosted on the Boom Channel (i.e., the YouTube channel located at https://www.youtube.com/dafuqboom), including by submitting DMCA Takedown Notices or other takedown notices to YouTube claiming that any such material hosted on the Boom Channel infringes on any copyrights for Skibidi Toilet content or characters. (Dkt. 37 ¶ 1(a).)

2.     On or about October 7, 2025, Next Level submitted a DMCA Takedown Notice to YouTube, in violation of Paragraph 1(a) of the Preliminary Injunction.

3. Next Level's violation of the Preliminary Injunction was not technical or *de minimis*.

4. Next Level's violation of the Preliminary Injunction was not the product of a good faith or reasonable interpretation of the Preliminary Injunction.

5. Next Level's violation of the Preliminary Injunction was willful.

6. Plaintiff faces a substantial risk of prejudice because of Next Level's actions.

7. Penalties short of terminating sanctions would not be adequate in curbing Next Level's behavior given the repeated violations of the Preliminary Injunction and extended Temporary Restraining Order to which it agreed.

Pursuant to the Court's authority under the Federal Rules of Civil Procedure, federal law, and its inherent authority as a duly authorized Court of the United States, and with good cause appearing, the Court hereby ORDERS, ADJUDGES, AND DECREES as follows:

1. Plaintiff's Motion for an Order finding that Next Level is in civil contempt of the Preliminary Injunction is GRANTED.

2. The Court finds that Next Level is in willful civil contempt of the Preliminary Injunction.

3. The Court finds that terminating sanctions are appropriate. Accordingly, the Court enters default judgment in Plaintiff's favor as to the claims in Plaintiff's Complaint (Dkt. 1).

4. Next Level's Counterclaims (Dkt. 40) are hereby dismissed.

5. Next Level is hereby ordered to reimburse Plaintiff for its losses stemming from Next Level's violation of the Preliminary Injunction, including costs, attorneys' fees, and other expenses incurred.

6. The Parties shall meet and confer on a briefing schedule to fix the nature and amount of damages arising from Next Level's Violation of the Preliminary Injunction and default judgment against Next Level.

//

//

//

//

**IT IS SO ORDERED**.

DATED:

                                   _____
                                   Honorable Noël Wise
                                   U.S. District Court Judge