1  UNITED STATES DISTRICT COURT
2  NORTHERN DISTRICT OF CALIFORNIA
3
4  _____ ,              Case No. _____
5        Plaintiff(s),
6     v.                                 **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
                                          (CIVIL LOCAL RULE 11-3)
7  _____ ,
8        Defendant(s).
9
10       I, _____, an active member in good standing of the bar of
11  _____, hereby respectfully apply for admission to practice pro hac
12  vice in the Northern District of California representing: _____ in the
13  above-entitled action. My local co-counsel in this case is _____, an
14  attorney who is a member of the bar of this Court in good standing and who maintains an office
15  within the State of California.  Local co-counsel's bar number is: _____.
16
17  _____    _____
    MY ADDRESS OF RECORD                   LOCAL CO-COUNSEL'S ADDRESS OF RECORD
18
19  _____    _____
    MY TELEPHONE # OF RECORD               LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD
20
    _____    _____
    MY EMAIL ADDRESS OF RECORD             LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD
21
22       I am an active member in good standing of a United States Court or of the highest court of
23  another State or the District of Columbia, as indicated above; my bar number is: _____.
24       A true and correct copy of a certificate of good standing or equivalent official document
25  from said bar is attached to this application.
26       I have been granted pro hac vice admission by the Court _____ times in the 12 months
27  preceding this application.
28

1   I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially
2   the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local
3   Rules. I declare under penalty of perjury that the foregoing is true and correct.
4   Dated: _____

                                              _____
                                              APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

   IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____

                                              _____
                                              UNITED STATES DISTRICT/MAGISTRATE JUDGE

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **JONATHAN R LAGARENNE** *(No.* **035741987** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 18, 1987** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 9th day of December, 2024.*

*Heather J Baker*
Clerk of the Supreme Court