Ian C. Ballon (SBN 141819)
GREENBERG TAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
Kristin L. O'Carroll (SBN 312902)
GREENBERG TAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com
Email: ocarrollk@gtlaw.com

Amy L. Kramer (Appearing Pro Hac Vice)
GREENBERG TAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (Appearing Pro Hac Vice)
GREENBERG TAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

James M. Smedley (Admitted Pro Hac Vice)
Jonathan R. Lagarenne (Admitted Pro Hac Vice)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: jlagarenne@foxrothschild.com
Email: cspota@foxrothschild.com
Email: jmadara@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 3:25-cv-01644-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND BRIEFING SCHEDULE ON PLAINTIFF'S MOTION FOR CONTEMPT AND SANCTIONS** |

Pursuant to Civil Local Rule 6-2 and 7-12, Plaintiff Invisible Narratives, LLC ("Invisible Narratives" or "Plaintiff") and Defendant Next Level Apps Technology – FZCO ("Next Level" or "Defendant"), through their undersigned counsel, stipulate and agree as follows:

WHEREAS, on June 17, 2025, the Court entered a stipulated Preliminary Injunction ("PI") preventing Defendant from, *inter alia*, "[d]irectly or indirectly taking any actions to remove or disable access to any material hosted on the Boom Channel, including by submitting DMCA Takedown Notices or other takedown notices to YouTube claiming that any such material hosted on the Boom Channel infringes on any copyrights for Skibidi Toilet content or characters" (Dkt. 37 at 2-3, ¶ 1.a.)[1];

WHEREAS, on October 7, 2025, the Boom Channel received a DMCA Takedown Notice, which claimed that an episode of Skibidi Toilet, hosted on the Boom Channel, infringed on the copyrights in Skibidi Toilet characters (the "October 7 Notice"), resulting in removal of the episode in question and a copyright strike against the Boom Channel;

WHEREAS, on its face, the October 7 Notice states that "We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission" and lists Defendant's contact email, IP_Support@nxtlvlcomp.org, as the relevant contact information;

WHEREAS, on October 29, 2025, Plaintiff filed its Motion to Hold Defendant in Contempt and for Sanctions (Dkt. 54) (the "Motion");

WHEREAS, the Court reserved January 28, 2026 for the hearing date on the Motion;

WHEREAS, the Motion seeks serious relief, and Defendant is investigating the takedown request that led to the October 7 Notice;

WHEREAS, Next Level has issued a subpoena to Google with a return date of October 27, 2025 (the "Subpoena"), but Google has not yet produced documents in response to the Subpoena;

WHEREAS, Defendant asserts that the evidence to be provided by Google may be crucial to the issues in Plaintiff's Motion;

---

[1] The "Boom Channel" is the YouTube channel at https://www.youtube.com/dafuqboom, owned by Invisible Narratives. The term "DMCA Takedown Notice" refers to a notification of claimed infringement under Section 512(c)(3) of the Digital Millennium Copyright Act ("DMCA").

WHEREAS, given the asserted importance of the documents to be provided by Google in accordance with the Subpoena, and given that the Motion will not be heard by the Court until the January 28, 2026 hearing date, the Parties respectfully request that the Court extend Defendant's time to respond to the Motion from November 12, 2025 to November 26, 2025 so Next Level can consider all relevant information and prepare its response, and similarly extend Plaintiff's time to file a reply from November 26, 2025 to December 19, 2025;

WHEREAS, the interest of judicial economy would be served by allowing the Parties to analyze the documents to be produced by Google pursuant to the Subpoena prior to Defendant responding to the Motion and Plaintiff submitting a reply thereto;

WHEREAS, this is the Parties' first request to extend the briefing schedule on Plaintiff's Motion;

WHEREAS, the relief requested herein will not cause any unnecessary delay or unfairly prejudice any other party, and will not require the Case Management Conference, currently set for November 18, 2025, to be further continued;

WHEREAS, good cause exists to grant the relief requested;

NOW THEREFORE, the Parties hereby stipulate and agree that Defendant's time to respond to the Motion will be extended from November 12, 2025 to November 26, 2025, and Plaintiff's time to file a reply will be extended from November 26, 2025 to December 19, 2025.

Respectfully submitted,

Dated: November 5, 2025

By:  /s/ Justin A. MacLean
Ian C. Ballon
Jie (Lisa) Li
Amy L. Kramer (*pro hac vice*)
Justin A. MacLean (*pro hac vice*)
GREENBERG TRAURIG, LLP

Attorneys for Plaintiff Invisible Narratives, LLC

Dated: November 5, 2025    FOX ROTHSCHILD, LLP

By:  /s/ Cali R. Spota
James M. Smedley (*pro hac vice*)
Cali R. Spota (*pro hac vice*)
Attorneys for Defendant
Next Level Apps Technology—FZCO

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Cali R. Spota, counsel for Defendant, attest that all Signatories have concurred in the filing of the document.

DATED: November 5, 2025                FOX ROTHSCHILD LLP


By <u>/s/ Cali R. Spota</u>
    Cali R. Spota
    Attorneys for Defendant
    Next Level Apps Technology - FZCO

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:

By: _____
       Hon. Noël Wise
       UNITED STATES DISTRICT JUDGE