# EXHIBIT 1

PageVault

| | |
|---|---|
| Document title: | Есть идея создать игру - Харьков Форум |
| Capture URL: | https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/ |
| Page loaded at (UTC): | Tue, 01 Jul 2025 19:44:57 GMT |
| Capture timestamp (UTC): | Tue, 01 Jul 2025 19:48:00 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | cdLxt2hfD8v19GGPRAGEwX |
| Display Name: | tchow |

PDF REFERENCE #:     we6Jf6TAHHh6fsduztRUj4

Змінюй хід війни! Допомагай ЗСУ!



🕘 21:51 Загроза ударних БпЛА Загроза БпЛА типу «Шахед»#м_Харків_та_Харківська_територіальна_громада

Форум    Нове на форумі    Пошка оголошень
Нові повідомлення    Пошук по форуму

Увійти    Реєстрація    Пошук

Hi-Tech... > Програмування та створення сайтів >
## Есть идея создать игру



👤 Serg_Skibidi · 🕘 04.02.2020

| 1 | 2 |   Наступн! ▸

---

**Serg_Skibidi**                                              04.02.2020                                        🕘 21:51 Загроза ударних БпЛА Загро:  ⇗  #1



Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

Привет всем!
У меня созрела идея создать одну игру.
Кто готов поучаствовать?
Нужны спонсоры. Буду рад сотрудничать!

---

**Маврик**                                              04.02.2020                                        🕘 21:51 Загроза ударних БпЛА Загро:  ⇗  #2
★★★★★★★★

Статус: Offline
Реєстрація: 24.01.2006
Повідом.: 126486

> Serg_Skibidi сказав(ла): ⤴
> Кто готов поучаствовать?

Что за игра?

---

**Serg_Skibidi**                                              04.02.2020                                        🕘 21:51 Загроза ударних БпЛА Загро:  ⇗  #3

Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

Суть игры такая:
Первая раса — мутанты, которые вылезли из канализации после странных мутаций. Они получились полу-люди, полу-унитазы (да, унитазы и писсуары с оружием и техническими примочками).
Вторая раса — результат экспериментов над людьми и роботами. Эти мутанты изначально были камерами видеонаблюдения, которым позже добавили другие технологичные элементы.
В игре будет жестокая битва за выживание двух рас, где каждая сторона будет использовать свои уникальные способности и оружие. Сейчас доделываю скетчи персонажей, и скоро сделаю первые 3D модели.
Ищу спонсоров или контакты людей, кто может помочь с разработкой. Будет ли вам интересно поиграть в такую игру? Оставляйте ваши мнения и советы!

---

Document title: Есть идея создать игру - Харьков Форум
Capture URL: https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/
Capture timestamp (UTC): Tue, 01 Jul 2025 19:48:00 GMT                                   Page 1 of 6

оружием и техническими примочками).
Вторая раса — результат экспериментов над людьми и роботами. Эти мутанты изначально были камерами видеонаблюдения, которым позже добавили другие технологичные элементы.
В игре будет жестокая битва за выживание двух рас, где каждая сторона будет использовать свои уникальные способности и оружие. Сейчас доделываю скетчи персонажей, и скоро сделаю первые 3D модели.
Ищу спонсоров или контакты людей, кто может помочь с разработкой. Будет ли вам интересно поиграть в такую игру? Оставляйте ваши мнения и советы!

---

**BeePlus**
★★☆☆☆☆☆

B

Статус: Offline
Реєстрація: 02.08.2009
Повідом.: 24042

04.02.2020                                                                 □ 21:51  Загроза ударних БпЛА Загро  #4

Чувак, это звучит так дико, что даже интересно. 🙂
унитазы с оружием? не думал, что такое возможно придумать
но вот вопрос- как ты планируешь балансировать игру? Не хочу, чтобы одни унитазы все время выигрывали.

---



**Don't Pay A Fortune: 2025 Roof Replacement Prices You Must Know**

Explore budget-friendly roofing options and replacement costs for 2025 today.

*Sponsored by: Roofing | Search Ads*

[ LEARN MORE ]

---

**виктор1979**
★★★

Статус: Offline
Реєстрація: 12.03.2010
Повідом.: 3139

04.02.2020                                                                 □ 21:51  Загроза ударних БпЛА Загро  #5

> Serg_Skibidi сказав(ла): ⤴
> 
> Суть игры такая:
> Первая раса — мутанты, которые вылезли из канализации после странных мутаций. Они получились полу-люди, полу-унитазы (да, унитазы и писсуары с оружием и техническими примочками).
> Вторая раса — результат экспериментов над людьми и роботами. Эти мутанты изначально были камерами видеонаблюдения, которым позже добавили другие технологичные элементы.
> В игре будет жестокая битва за выживание двух рас, где каждая сторона будет использовать свои уникальные способности и оружие. Сейчас
> 
> Натисніть, щоб розгорнути...

Ох, братан, у тебя явно богатое воображение. Но серьезно унитазы с оружием? Кто вообще будет в это играть? Тебе нужно придумать что-то более реалистичное. 🙂

---

**Serg_Skibidi**

Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

04.02.2020                                                                 □ 21:51  Загроза ударних БпЛА Загро  #6

> виктор1979 сказав(ла): ⤴
> 
> Ох, братан, у тебя явно богатое воображение. Но серьезно унитазы с оружием? Кто вообще будет в это играть? Тебе нужно придумать что-то более реалистичное. 🙂

Понимаю, что идея звучит странно, но я хочу сделать что-то необычное, что будет выделяться на фоне остальных игр. И мне кажется, что постапокалиптический мир с такими мутантами может привлечь внимание. Надеюсь, когда я покажу 3D модели, это поможет представить игру лучше.

---



Document title: Есть идея создать игру - Харьков Форум
Capture URL: https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/
Capture timestamp (UTC): Tue, 01 Jul 2025 19:48:00 GMT

Page 2 of 6

Creating excellent flavor has never been easier with 58Peaks Coffee Flavor packets! — Buy Now

---

**Kompot**
★★★★
Статус: Offline
Реєстрація: 23.01.2007
Повідом.: 23050

04.02.2020    21:51 Загроза ударних БпЛА Загро  #7

Ты наркоман?  Унитазы и камеры в одной игре — это как-то слишком)) Но, если честно, мне уже интересно, что из этого выйдет. Какой у тебя план по продвижению этой игры? И, кстати, какие будут системные требования?

---

Don't Pay A Fortune: 2025 Roof Replacement Prices You Must Know
Sponsored by: Roofing | Search Ads — LEARN MORE

---

**Serg_Skibidi**
Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

04.02.2020    21:51 Загроза ударних БпЛА Загро  #8

Не-не, я в порядке!  Да, идея нестандартная, но я верю в нее. По продвижению пока планирую выкладывать демо на форумах и, может быть, попытаться попасть на инди-конференции. Что касается системных требований — пока сложно сказать, так как это будет зависеть от движка и финальной графики. Но я постараюсь сделать игру доступной для большинства геймеров.

---

**dimik1**
★★★

Статус: Offline
Реєстрація: 30.04.2008
Повідом.: 30318

04.02.2020    21:51 Загроза ударних БпЛА Загро  #9

что то в этом есть, может, ты реально найдешь свою аудиторию. я бы глянул на скетчи, может, тогда все станет понятнее
а у тебя уже есть идеи по игровым механикам и режимам?

---

**Serg_Skibidi**

Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

04.02.2020    21:51 Загроза ударних БпЛА Загро  #10

> dimik1 сказав(ла):
> что то в этом есть, может, ты реально найдешь свою аудиторию. я бы глянул на скетчи, может, тогда все станет понятнее
> а у тебя уже есть идеи по игровым механикам и режимам?

Да, у меня уже есть наброски скетчей, могу выложить в следующем посте, если интересно. По механикам планирую режимы PvP и PvE. В PvP будут сражения между игроками, а в PvE — кампании против ботов, где игроки будут оборонять свои базы или захватывать территорию врага."

---

**ozonator**
★★★★★★★★★★

Статус: Online
Реєстрація: 08.02.2009

04.02.2020    21:51 Загроза ударних БпЛА Загро  #11

Звучит интересно! Только не забивай на проект, как это обычно бывает
скинь сюда скетчи, покажи, что ты уже сделал, и продолжай работать.
Удачи!

---

Форум | Нове на форумі | Пошук оголошень | Увійти | Реєстрація | Пошук

Статус: Online
Реєстрація: 08.02.2009
Повідом.: 17032
Оголошень: 1

Удачі!

---

**Serg_Skibidi**

Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

04.02.2020 — 21:51 Загроза ударних БпЛА Загро — #12

Спасибо за поддержку! Буду стараться не забрасывать. Скетчи скоро покажу, а потом и 3D модели, как только будут готовы. Надеюсь, что смогу довести проект до релиза. Спасибо за ваши комментарии!

---

**Serg_Skibidi**

Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

05.02.2020 — 21:51 Загроза ударних БпЛА Загро — #13

Как и обещал, вот первый скетч одного из персонажей. Это мутант-гибрид с торчащей из унитаза головой. Пока без пушек, просто базовая идея. Хотелось бы услышать ваши мысли!



---

**BeePlus**

Статус: Offline
Реєстрація: 02.08.2009
Повідом.: 24042

05.02.2020 — 21:51 Загроза ударних БпЛА Загро — #14

---

**Маврик**

05.02.2020 — 21:51 Загроза ударних БпЛА Загро — #15

Эм... окей. Пока что выглядит... странно, но в этом что-то есть. Унитаз с головой — это уже жутковато. Как планируешь развивать дальше?

Document title: Есть идея создать игру - Харьков Форум
Capture URL: https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/
Capture timestamp (UTC): Tue, 01 Jul 2025 19:48:00 GMT
Page 4 of 6





🔒 PageVault

| | |
|---|---|
| Document title: | Есть идея создать игру - Page 2 - Харьков Форум |
| Capture URL: | https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/page-2 |
| Page loaded at (UTC): | Tue, 01 Jul 2025 19:48:36 GMT |
| Capture timestamp (UTC): | Tue, 01 Jul 2025 19:49:16 GMT |
| Capture tool: | 10.55.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) Chrome/126.0.6478.234 Safari/537.36 |
| Operating system: | Linux (Node 20.17.0) |
| PDF length: | 7 |
| Capture ID: | uc82JBWaPHpMfH7EfJzKkz |
| Display Name: | tchow |

PDF REFERENCE #:    dDjZkM2zAVGj5DmKmQQquK



Статус: Offline
Реєстрація: 21.01.2020
Повідом.: 16

Пока что без оружия и дополнительных деталей, просто базовая форма. Как вам?





Discover Local Internet Deals - Availability By Postal Code

Find the best internet providers and deals by checking your postal code today.

Sponsored by: Internet | Search Ads

LEARN MORE

**Маврик**

05.02.2020 — 21:51 Загроза ударних БпЛА Загро — #24

Ну, 3D модель смотрится уже интереснее, чем скетч! Видно, что ты работаешь над пропорциями. Но пока все равно странно, надеюсь, оружие добавит больше смысла.



Статус: Offline
Реєстрація: 24.01.2006
Повідом.: 126486

**BeePlus**

05.02.2020 — 21:51 Загроза ударних БпЛА Загро — #25

Болванка норм но пока слишком пустая. Жду, когда добавишь детали, тогда можно будет лучше понять куда ты движешься

B





Document title: Есть идея создать игру - Page 2 - Харьков Форум
Capture URL: https://www.kharkovforum.com/threads/est-ideja-sozdat-igru.5229834/page-2
Capture timestamp (UTC): Tue, 01 Jul 2025 19:49:16 GMT
Page 4 of 6



