# EXHIBIT 2



**B**
Status: Offline
Registration: 02.08.2009
Messages: 24041

---

**victor1979**
★★★
Status: Offline
Registration: 12.03.2010
Messages: 3136

04.02.2020 — 17:00 Threat of use of KABThreat o — #5

> Serg_Skibidi said:
> The essence of the game is as follows:
> The first race is mutants who got out of the sewers after strange mutations. They turned out to be half-people, half-toilets (yes, toilets and urinals with weapons and technical gadgets).
> The second race is the result of experiments on humans and robots. These mutants were originally video surveillance cameras, to which other technological elements were later added.
> In the game, there will be a fierce battle for the survival of two races, where each side will use its unique abilities and weapons. Now I'm finalizing character sketches, and soon I'll make the first 3D models.
> I am looking for sponsors or contacts of people who can help with development. Would you be interested in playing such a game? Leave your opinions and advice!

Oh bro, you clearly have a rich imagination. But seriously, toilets with weapons? Who will play this anyway? You need to come up with something more realistic. 😉

---

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

04.02.2020 — 17:00 Threat of use of KABThreat o — #6

> viktor1979 said:
> Oh bro, you clearly have a rich imagination. But seriously, toilets with weapons? Who will play this anyway? You need to come up with something more realistic. 😉

I understand that the idea sounds strange, but I want to make something unusual that will stand out from other games. And it seems to me that a post-apocalyptic world with such mutants can attract attention. I hope when I show the 3D models it will help to present the game better.

---

**Compote**
★★★★★
Status: Offline
Registration: 23.01.2007
Messages: 23050

04.02.2020 — 17:00 Threat of use of KABThreat o — #7

are you a drug addict 😵‍💫 Toilets and cameras in one game is somehow too much)) But, to be honest, I'm already interested in what will come out of it. What is your plan to promote this game? And, by the way, what will be the system requirements?

---

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

04.02.2020 — 17:00 Threat of use of KABThreat o — #8

No, no, I'm fine! 😁😁😁 Yes, the idea is unconventional, but I believe in it. For the time being, I plan to post a demo on the forums and maybe try to go to an indie conference. As for the system requirements, it is difficult to say yet, as it will depend on the engine and the final graphics. But I will try to make the game accessible to most gamers.

---

**dimik1**
★★★
Status: Offline
Registration: 30.04.2008
Messages: 30318

04.02.2020 — 17:00 Threat of use of KABThreat o — #9

что то в этом есть, maybe you will really find your audience. I would look at the sketches, maybe then everything will become clearer, and do you already have ideas for game mechanics and modes?

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

04.02.2020 — 17:00 Threat of use of KABThreat c — #10

> dimik1
> что то
> , and

Yes, I already have sketch sketches, I can post them in the next post, if you are interested. In terms of mechanics, I am planning PvP and PvE modes. In PvP there will be battles between players, and in PvE there will be campaigns against bots, where players will defend their bases or capture enemy territory."

---

**ozonator**
Status: Offline
Registration: 08.02.2009
Messages: 17038

04.02.2020 — 17:00 Threat of use of KABThreat c — #11

Sounds interesting! Just don't get stuck on the project, as it usually happens,
drop sketches here, show what you've already done, and continue working.
Good luck!

---

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

04.02.2020 — 17:00 Threat of use of KABThreat c — #12

Thanks for your support! I will try not to throw it away. I will show the sketches soon, and then the 3D models as soon as they are ready. I hope that I will be able to bring the project to release. Thanks for your comments!

---

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

05.02.2020 — 17:00 Threat of use of KABThreat c — #13

As promised, here is the first sketch of one of the characters. This is a mutant hybrid with a head sticking out of the toilet. No guns yet, just a basic idea. I would like to hear your thoughts!



---

**BeePlus**
Status: Offline
Registration: 02.08.2009
Messages: 24041

05.02.2020 — 17:00 Threat of use of KABThreat c — #14



Change the course of the war! Help the Armed Forces of Ukraine!

# Харьков Форум

🔴 17:00 Threat of use of KABThreat of use of guided aerial bombs#Kharkiv_city_and_Kharkiv_territorial_community

New messages   Forum search

Hi-Tech... › Programming and website creation ›

## There is an idea to create a game

Guardian® Bikes Official Site — Guardian Bike Company
-21%  -20%  -25%  -7%  -33%

👤 Serg_Skibidi · 🕒 04.02.2020

◀ Popper.  | 1 | **2** |                                                         ...

---

**3em** ★★★★
Status: Offline
Registration: 16.02.2006
Messages: 31219

05.02.2020                                       🔴 17:00 Threat of use of KABThreat c   #21

> Serg_Skibidi said: ⓘ
> Thanks,
> I'm working on a 3D model right now, I'll post a block soon
> , I think it'll give you a better idea.

The main thing is not to give up. Even if something seems to be going wrong, just keep going. Non-standard ideas are always difficult to implement, but this is what makes them cool

---

**Serg_Skibidi**

05.02.2020                                       🔴 17:00 Threat of use of KABThreat c   #22

> 3em said: ⓘ
> The main thing is not to give up. Even if something seems to be going wrong, just keep going. Non-standard ideas are always difficult to implement, but this is what makes them cool

Absolutely! I will continue to work despite the difficulties,

Status: Offline
Registration: 21.01.2020
Messages: 16

---

**Serg_Skibidi**
Status: Offline
Registration: 21.01.2020
Messages: 16

05.02.2020  🔴 17:00 Threat of use of KABThreat c   #23

Here, as promised, catch the first 3-dishka toilet with a head.
So far, no weapons and additional parts, just a basic form. How are you?



---

**Mavrik** ★★★★★★★★★

05.02.2020                                       🔴 17:00 Threat of use of KABThreat c   #24

Well, the 3D model looks more interesting than the sketch! It is clear that you are working on proportions. But for now it's still strange, I hope the weapon will add more meaning.

---

Forum   New on the forum   Bulletin board                             Log in   Registration  🔍





Status: Offline
Registration: 23.01.2007
Messages: 23050

**dimik1**
★★★

15.03.2020 — 17:00  Threat of use of KABThreat c  #37

To be honest, it still looks too primitive. Just a toilet with a head? We need more details and some logic in the design,
IMHO, now it looks more like a joke than a serious character.

Status: Offline
Registration: 30.04.2008
Messages: 30318

**Compote**
★★★★★

22.03.2020 — 17:00  Threat of use of KABThreat c  #38

Status: Offline
Registration: 23.01.2007
Messages: 23050

**BeePlus**
★★★★★★

28.03.2020 — 17:00  Threat of use of KABThreat c  #39

Pff Serega, are you sure that this is a good idea? In 3D it looks even weirder than the sketch, with weapons and normal textures it's just some nonsense.
Do you have a general plan to improve it? I'm afraid that no one will want to play it

Status: Offline
Registration: 02.08.2009
Messages: 24041

**3em**
★★★★

05.04.2020 — 17:00  Threat of use of KABThreat c  #40

zombies again??

d website creation  ›

Feedback   Help

Community platform by XenForo® © 2010–2023 XenForo Ltd.
Kharkiv Forum™ © 2003–2025

Status: Offline
Registration: 16.02.2006
Messages: 31219

◂ Popper.   1  2                                                                                 n or register to reply.

