# EXHIBIT 3

ДОГОВІР №14/2020

про виконання дизайн-робіт та передачу майнових авторських прав

м. Харків                                                                                    "20" липня 2020 року

Фізична особа ОСАДЧИЙ СЕРГІЙ СЕРГІЙОВИЧ (надалі "Замовник"), з одного боку, та Фізична особа-підприємець ЛИСЕНКО ПАВЛО ОЛЕКСАНДРОВИЧ (надалі "Виконавець"), з іншого боку, уклали цей Договір про наступне:

## 1. Предмет Договору

1.1. Виконавець зобов'язується за завданням Замовника виконати послуги зі створення дизайну (ескізів) персонажів, об'єктів, фонових зображень, а також надати консультації щодо реалізації мобільного додатку згідно з Технічним завданням (Додаток №1).

1.2. Виконавець передає Замовнику виключні майнові авторські права на всі створені роботи.

## 2. Строк виконання

2.1. Виконавець зобов'язується виконати роботи не пізніше ніж до "20" серпня 2020 року.

## 3. Винагорода та порядок розрахунків

3.1. Вартість робіт за цим договором складає 16 000 (шістнадцять тисяч) гривень.

3.2. Оплата здійснюється після підписання Акту приймання-передачі робіт (Додаток №2).

## 4. Права інтелектуальної власності

4.1. З моменту підписання Акту та повної оплати Виконавець передає Замовнику всі виключні майнові авторські права.

4.2. Виконавець підтверджує, що створені ним матеріали є оригінальними і не порушують прав третіх осіб.

4.3. Виконавець не має права використовувати, відтворювати чи передавати створені матеріали третім особам без письмової згоди Замовника.

## 5. Конфіденційність

5.1. Сторони домовилися, що зміст цього Договору, усі вихідні матеріали, ескізи та концепції, створені Виконавцем, є конфіденційною інформацією.

5.2. Виконавець зобов'язується не розголошувати будь-яку інформацію, що стала йому відома в процесі виконання робіт, без письмової згоди Замовника.

## 6. Відповідальність сторін

6.1. У разі порушення умов Договору винна сторона несе відповідальність згідно з чинним законодавством України.

## 7. Форс-мажор

7.1. Сторони звільняються від відповідальності за невиконання або неналежне виконання зобов'язань за цим Договором у разі настання обставин непереборної сили (форс-мажор).

## 8. Інші умови

8.1. Договір укладено у двох примірниках, які мають однакову юридичну силу.

8.2. Всі додатки є невід'ємною частиною Договору.

**Реквізити сторін:**

Замовник: Осадчий Сергій Сергійович
ІПН: 3327914433
Адреса: Україна, 25000, Кіровоградська область, місто Кіровоград, вулиця Театральна, будинок 54

Підпіс _____

Виконавець: Лисенко Павло Олександрович
ІПН: 3497501399
Адреса: Україна, 02140, місто Київ, вулиця Руденко Лариси, будинок 10, квартира 27

Підпіс _____

## ДОДАТОК №1 ДОГОВОРУ №14/2020

### Технічне завдання

**м. Харків**                                             **"20" липня 2020 року**

В рамках виконання умов договору, Виконавець зобов'язується створити 10 унікальних графічних зображень (ескізів) та надати консультаційні послуги щодо дизайну мобільного додатку за наступним переліком:

### 1. Toilet Face Monster на основі обличчя Сергія

**Опис:** Гротескна істота, голова, що вилізає з унітазу, з маніакальною усмішкою. **ТЗ:** Створити монстра з тілом у формі класичного білого унітазу, з якого з'являється людське обличчя. Лицеві риси мають бути стилізовані під замовника: перебільшені емоції, безумний погляд, широка усмішка. Стиль — гротескний, у стилі хоррор-комедії. Освітлення — контрастне, тіні виражені.

### 2. Original Camerahead Hero

**Опис:** Гуманоїд із камерою спостереження замість голови, у класичному костюмі. **ТЗ:** Зобразити чоловічу фігуру в діловому костюмі. Замість голови — відеокамера спостереження з об'єктивом та корпусом. Камера — головний візуальний елемент. Постава — впевнена, як у героя-захисника. Тло — нейтральне або урбаністичне.

### 3. Dark Camerahead Female Hero

**Опис:** Жіночий персонаж із камерою замість голови, загадковий і впевнений. **ТЗ:** Зобразити струнку жіночу фігуру в елегантному, стриманому одязі. Замість голови — витончена камера з затемненим об'єктивом. Додати відблиски світла на лінзі. Поза — спокійна, з відчуттям контролю.

### 4. Dark Speakerhead Hero

**Опис:** Персонаж із тілом у діловому стилі та колонкою замість голови. **ТЗ:** Створити фігуру з портативною колонкою на місці голови. Тіло — масивне, ділове. Образ — статичний, але з натяком на потужність. Можливе зображення вібрацій або хвиль від голови.

### 5. TV Female Hero

**Опис:** Жіночий персонаж з телевізором 80-х замість голови, у стилі ретрофутуризму. **ТЗ:** Зобразити жіночу фігуру з головою у вигляді старого телевізора. На екрані — шум або візуальний глюк. Одяг — у стилі ретрофутуризму. Образ — сильний, з ухилом у наукову фантастику.

### 6. Modified TV Titan Hero

**Опис:** Гігантський персонаж з телеекраном та механічними модифікаціями. **ТЗ:** Зобразити титана з корпусом, вкритим бронею. Замість голови — телевізор, екран

якого тріскається чи мерехтить. Важливо — кабелі, модулі, металеві пластини. Загальна стилістика — індустріальна.

### 7. Original Speakerbody Titan Hero

**Опис:** Титан з колонками вбудованими в голову та тіло. **ТЗ:** Створити персонажа з головою-динаміком і динаміками в грудях, плечах. Масивний корпус, звукові хвилі як фон. Загальний стиль — монументальний, наголошено технічний.

### 8. Scholar Toilet Hero

**Опис:** Гротескний герой з унітазом замість голови в образі вченого. **ТЗ:** Зобразити персонажа в халаті професора, унітаз замість голови. Додати окуляри, книжку в руці, серйозний, ексцентричний вигляд. Атмосфера — жартівлива академічність.

### 9. Flying Whirring Saw Hero

**Опис:** Агресивний персонаж з циркулярними пилами, аеродинамічний. **ТЗ:** Створити динамічну фігуру з обертовими пилами в руках або плечах. Форми — витягнуті, гострі. Ефекти руху — іскри, розрив повітря. Стиль — агресивний, блискавичний.

### 10. Police Humanoid Toilet

**Опис:** Поліцейський з тілом людини і головою-унітазом. **ТЗ:** Зобразити персонажа в поліцейській формі, унітаз замість голови з фуражкою. У руках — кийок, рація. На грудях — значок. Стиль — абсурдно-сатиричний.

**Формати:** PNG та PSD (розмір: не менше 4000x4000px, з прозорим фоном). Всі файли мають бути передані у високій якості разом із шарами.

**Консультації:** не менше 3 годин загального часу з питань UX/UI мобільного додатку, розміщення елементів, стилістики, адаптиву для iOS/Android.

**Реквізити сторін:**

Замовник: Осадчий Сергій Сергійович
ІПН: 3327914433
Адреса: Україна, 25000, Кіровоградська область, місто Кіровоград, вулиця Театральна, будинок 54

Виконавець: Лисенко Павло Олександрович
ІПН: 3497501399
Адреса: Україна, 02140, місто Київ, вулиця Руденко Лариси, будинок 10, квартира 27

Підпис _____

Підпис _____

# ДОДАТОК №2 ДОГОВОРУ №14/2020

## Акт здачі-приймання виконаних робіт

**"11" серпня 2020 року**

м. Харків

Ми, що нижче підписалися: Замовник — Осадчий Сергій Сергійович, та Виконавець — ФОП Лисенко Павло Олександрович, склали цей Акт про наступне:

1. Виконавець у повному обсязі виконав роботи відповідно до Договору №14/2020 та Технічного завдання (Додаток №1), а саме:

- створив 10 унікальних ескізів, кожен із яких детально відповідає опису в ТЗ (включаючи персонажів oilet Face Monster на основі обличчя Сергія, Original Camerahead Hero, Dark Camerahead Female Hero, Dark Speakerhead Hero, TV Female Hero, Modified TV Titan Hero, Original Speakerbody Titan Hero, Scholar Toilet Hero, Flying Whirring Saw Hero, Police Humanoid Toilet);
- надав вихідні графічні файли у форматах PNG та PSD, з прозорим фоном і шарами;
- виконав консультації з питань дизайну мобільного додатку (зокрема UX структури, кольорової гами, адаптиву інтерфейсу під iOS/Android);
- надав письмові коментарі щодо впровадження персонажів та їх емоційних характеристик.

2. Авторські права:

- Виконавець підтверджує, що передає Замовнику **всі виключні майнові авторські права** на вищезгадані ескізи;
- Виконавець не претендує на жодні права на використання чи поширення створених робіт.

3. Сума до оплати: 16 000 (шістнадцять тисяч гривень).
4. Замовник претензій до обсягу, якості та строків виконаних робіт не має.

**Реквізити сторін:**

Замовник: Осадчий Сергій Сергійович
ІПН: 3327914433
Адреса: Україна, 25000, Кіровоградська область, місто Кіровоград, вулиця Театральна, будинок 54

Виконавець: Лисенко Павло Олександрович
ІПН: 3497501399
Адреса: Україна, 02140, місто Київ, вулиця Руденко Лариси, будинок 10, квартира 27

Підпис _____

Підпис _____