# EXHIBIT 4

**AGREEMENT No. 14/2020**

**on the performance of design work and the transfer of copyright**

City of Kharkiv                                                                                                                          July 20, 2020

The individual SERHII SERHIIOVYCH OSADCHYI (hereinafter referred to as the "Customer"), on the one hand, and individual entrepreneur PAVLO OLEKSANDROVYCH LYSENKO (hereinafter referred to as the "Contractor"), on the other hand, have concluded this Agreement on the following:

## 1. Subject of the Agreement

1.1. The Contractor agrees, upon the Customer's request, to perform services for creating designs (sketches) of characters, objects, background images, as well as to provide consultations on the implementation of the mobile application in accordance with the Technical Specifications (Appendix No. 1).

1.2. The Contractor transfers to the Customer exclusive property copyrights to all created works.

## 2. Deadline

2.1. The Contractor agrees to complete the work no later than August 20, 2020.

## 3. Remuneration and payment procedure

3.1. The cost of work under this agreement is 16,000 (sixteen thousand) hryvnias.

3.2. Payment is made after signing the Certificate of Acceptance of Completed Work (Appendix No. 2).

## 4. Intellectual property rights

4.1. From the moment of signing the Certificate and full payment, the Contractor transfers all exclusive property copyrights to the Customer.

4.2. The Contractor confirms that the materials created by him are original and do not violate the rights of third parties.

4.3. The Contractor does not have the right to use, reproduce, or transfer the created materials to third parties, without the written consent of the Customer.

## 5. Confidentiality

5.1. The Parties have agreed that the contents of this Agreement, all source materials, sketches, and concepts created by the Contractor, are confidential information.

5.2. The Contractor agrees not to disclose any information that becomes known to him during the performance of the work, without the written consent of the Customer.

## 6. Responsibility of the parties

6.1.   In case of violation of the terms of this Agreement, the guilty party shall be liable in accordance with the current legislation of Ukraine.

## 7. Force majeure

7.1.   The Parties are exempt from liability for failure to fulfill or improper fulfillment of obligations under this Agreement in the event of force majeure.

## 8. Other conditions

8.1.   This Agreement is concluded in two copies, each having equal legal force.

8.2.   All appendices are an integral part of the Agreement.

**Requisites of the parties:**

Customer: Serhii Serhiiovych Osadchyi
TIN: 3327914433
Address: Ukraine, 25000, Kirovohrad Oblast,
city of Kirovograd, building 54 Teatralna Street

Contractor: Pavlo Oleksandrovych Lysenko
TIN: 3497501399
Address: Ukraine, 02140, city of Kyiy, building 10
Rudenko Larisa Street, Apartment 27

Signature  [signature]

Signature  [signature]

**APPENDIX No. 1 TO AGREEMENT No. 14/2020**

**Technical Specifications**

City of Kharkiv                                                                                                                         July 20, 2020

As part of the implementation of the terms of this Agreement, the Contractor agrees to create 10 unique graphic images (sketches) and provide consulting services on the design of the mobile application according to the following list:

1. **Toilet Face Monster based on Sergey's face**

   **Description:** A grotesque creature, a head sticking out of a toilet bowl, with a maniacal smile.
   **TS:** Create a monster with a body in the shape of a classic white toilet bowl, from which a human face emerges. Facial features should be stylized for the customer: exaggerated emotions, a crazy look, a wide smile. Style: grotesque, in the style of a horror-comedy. Lighting: contrasting, shadows pronounced.

2. **Original Camerahead Hero**

   **Description:** Humanoid with a surveillance camera instead of a head, in a classic suit.
   **TS:** Depict a male figure in a business suit. Instead of a head, there is a surveillance video camera with a lens and body. The camera is the main visual element. The posture is confident, like that of a hero-protector. The background is neutral or urban.

3. **Dark Camerahead Female Hero**

   **Description:** A female character with a camera for a head, mysterious and confident.
   **TS:** Depict a slender female figure in elegant, restrained clothing. Instead of a head, a sophisticated camera with a darkened lens. Add light reflections on the lens. The pose is calm, with a sense of control.

4. **Dark Speakerhead Hero**

   **Description:** A character with a business-style body and a speaker instead of a head.
   **TS:** Create a figure with a portable speaker instead of a head. The body is massive, business-like. The image is static, but with a hint of power. It is possible to depict vibrations or waves from the head.

5. **TV Female Hero**

   **Description:** A female character with a 1980s TV set for a head, in the retro-futuristic style.
   **TS:** Depict a female figure with a head in the form of an old TV set. There is noise or a visual glitch on the screen. Clothing is in the retro-futuristic style. The image is strong, with a bias towards science fiction.

6. **Modified TV Titan Hero**

   **Description:** A giant character with a TV screen and mechanical modifications.
   **TS:** Depict a titan with a body covered in armor. Instead of a head, a TV whose screen cracks or flickers. Important: cables, modules, metal plates. The overall style is industrial.

7.   **Original Speakerbody Titan Hero**

   **Description:** Titan with speakers built into his head and body.
   **TS:** Create a character with a speaker head and speakers in his chest and shoulders. Massive body, sound waves as a background. Overall style: monumental, emphatically technical.

8.   **Scholar Toilet Hero**

   **Description:** A grotesque hero with a toilet bowl for a head in the image of a scientist.
   **TS:** Depict a character in a professor's robe, a toilet bowl for a head. Add glasses, a book in his hand, a serious, eccentric look. The atmosphere is humorous academicism.

9.   **Flying Whirring Saw Hero**

   **Description:** Aggressive character with circular saws, aerodynamic.
   **TS:** Create a dynamic figure with rotating saws in hands or shoulders. Shapes: elongated, sharp. Movement effects: sparks, air burst. Style: aggressive, lightning-fast.

10.   **Police Humanoid Toilet**

   **Description:** A police officer with a human body and a toilet head.
   **TS:** Depict a character in a police uniform, a toilet instead of a head with a cap. In his hands: a baton, a walkie-talkie. On his chest, a badge. Style: absurd-satirical.

**Formats:** PNG and PSD (size: at least 4000 x 4000 px , with a transparent background). All files must be submitted in high quality with layers.

**Consultations:** at least 3 hours of total time on UX / UI issues mobile application, element placement, style, adaptive for iOS / Android.

**Requisites of the parties:**

| | |
|---|---|
| Customer: Serhii Serhiiovych Osadchyi<br>TIN: 3327914433<br>Address: Ukraine, 25000, Kirovohrad Oblast,<br>city of Kirovograd, building 54 Teatralna Street | Contractor: Pavlo Oleksandrovych Lysenko<br>TIN: 3497501399<br>Address: Ukraine, 02140, city of Kyiy, building 10<br>Rudenko Larisa Street, Apartment 27 |
| Signature   [signature] | Signature   [signature] |

APPENDIX No. 2 TO AGREEMENT No. 14/2020

Certificate of Acceptance of Completed Work

**City of Kharkiv**  **August 11, 2020**

We, the undersigned: Customer - Serhii Serhiiovych Osadchyi and Contractor - Pavlo Oleksandrovych Lysenko, FOP, have drawn up this agreement on the following:

1.  The Contractor has fully completed the work in accordance with Agreement No. 14/2020 and the Technical Specifications (Appendix No. 1), namely:

- Created 10 unique sketches, each of which corresponds in detail to the description in the TS (including the characters Toilet Face Monster based on Sergey's face, Original Camerahead Hero, Dark Camerahead Female Hero, Dark Speakerhead Hero, TV Female Hero, Modified TV Titan Hero, Original Speakerbody Titan Hero, Scholar Toilet Hero, Flying Whirring Saw Hero, Police Humanoid Toilet);
- Provided the source graphic files in PNG and PSD formats, with transparent background and layers;
- Provided consultations on mobile application design (in particular UX structure, color scheme, adaptive interface for iOS / Android);
- Provided written comments on the introduction of characters and their emotional characteristics.

2.  Copyright:

- The Contractor confirms that he transfers to the Customer **all exclusive property copyrights** to the aforementioned sketches;
- The Contractor does not claim any rights to use or distribute the created works.

3.  Amount to be paid: 16,000 (sixteen thousand hryvnias).
4.  The Customer has no complaints about the volume, quality, and timing of the work performed.

**Details of the parties:**

Customer: Serhii Serhiiovych Osadchyi
TIN: 3327914433
Address: Ukraine, 25000, Kirovohrad Oblast,
city of Kirovograd, building 54 Teatralna Street

Contractor: Pavlo Oleksandrovych Lysenko
TIN: 3497501399
Address: Ukraine, 02140, city of Kyiy, building 10
Rudenko Larisa Street, Apartment 27

Signature  [signature]

Signature  [signature]