# EXHIBIT 6

# TRADEMARK ASSIGNMENT COVER SHEET

Electronic Version v1.1  Assignment ID: TMI569210
Stylesheet Version v1.2

| SUBMISSION TYPE: | RESUBMISSION |
|---|---|
| NATURE OF CONVEYANCE: | ASSIGNMENT OF THE ENTIRE INTEREST AND THE GOODWILL |
| RESUBMIT DOCUMENT ID: | 900883539 |

**CONVEYING PARTY DATA**

| Name | Formerly | Execution Date | Entity Type |
|---|---|---|---|
| Jingjing Lin | | 08/30/2024 | INDIVIDUAL: CHINA |

**RECEIVING PARTY DATA**

| Company Name: | Invisible Narratives, LLC |
|---|---|
| Street Address: | 28220 Agoura Road |
| City: | Agoura Hills |
| State/Country: | CALIFORNIA |
| Postal Code: | 91301 |
| Entity Type: | Limited Liability Company: DELAWARE |

**PROPERTY NUMBERS Total: 1**

| Property Type | Number | Word Mark |
|---|---|---|
| Serial Number: | 98099883 | SKIBIDI TOILET |

**CORRESPONDENCE DATA**

Fax Number: 3035726540

*Correspondence will be sent to the e-mail address first; if that is unsuccessful, it will be sent using a fax number, if provided; if that is unsuccessful, it will be sent via US Mail.*
Phone: (303)572-6500
Email: gtipmail@gtlaw.com,Amy.Kramer@gtlaw.com
Correspondent Name: Amy Kramer
Address Line 1: 1144 15th Street, Suite 3300
Address Line 4: Denver, COLORADO 80202

| ATTORNEY DOCKET NUMBER: | 226531.010100 |
|---|---|
| NAME OF SUBMITTER: | Kari Strack |
| SIGNATURE: | Kari Strack |
| DATE SIGNED: | 10/17/2024 |

Total Attachments: 1
source=Trademark Assignment#page1.tiff

# TRADEMARK ASSIGNMENT

This Trademark Assignment (the "Assignment") is entered into as of ~~August~~ Sept 3, 2024 by and between Jingjing Lin, an individual with a mailing address of No. 160, Qichi Village, Xicheng Town, Youxi County, Fujian Province China 365100 ("Assignor"), in favor of Invisible Narratives, LLC, a Delaware limited liability company with a principal place of business of 28220 Agoura Road, Agoura Hills, California 91301 ("Assignee"), with reference to the following facts and circumstances:

Whereas, Assignor owns U.S. Serial No. 98099883 for SKIBIDI TOILET for "Balloons; Action figure toys; Board games; Fidget toys; Jigsaw puzzles; Party games; Plush toys; Remote control toys, namely, cars; Stuffed toys; Toy jewelry" in International Class 028 (the "Mark");

Whereas, Assignee wishes to purchase all rights Assignor has in the Mark, including all goodwill associated with the Mark and the right to sue for past infringements of the Mark;

Whereas, for good and valuable consideration, the receipt and adequacy of which are hereby acknowledged, Assignor has agreed to assign to Assignee all of Assignor's right, title, and interest in and to the Mark;

Therefore, Assignor and Assignee agree as follows:

Assignor hereby assigns to Assignee: (i) all of Assignor's right, title and interest in and to the Mark, including U.S. Application Serial No. 98099883 for SKIBIDI TOILET for "Balloons; Action figure toys; Board games; Fidget toys; Jigsaw puzzles; Party games; Plush toys; Remote control toys, namely, cars; Stuffed toys; Toy jewelry" in International Class 28 and all common-law rights in the Mark; (ii) the goodwill of the business associated with the Mark; and (iii) the right to sue for past infringements of the Mark, including filing letters of protest, oppositions, and cancellations. For the avoidance of doubt, the assignment includes all rights of recovery for past infringements and of opposition and/or cancellation proceedings for protection of the Mark, and all products, proceeds and revenues arising from or relating to any and all of the foregoing.

Assignor agrees to provide all assistance reasonably requested by Assignee in the establishment, recordation and enforcement of Assignee's rights in and to the Mark.

IN WITNESS WHEREOF, Assignor has executed this Agreement as of the date set forth above.

Jingjing Lin

_JingjingLin_
Date: __08/30/2024__