James M. Smedley (Admitted Pro Hac Vice)
Jonathan Lagarenne (Pro Hac Vice Pending)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>  Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>  Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>  Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | CASE NO. 5:25-cv-01644-NW<br><br>**NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [CIVIL L.R. 79-5(f)]** |

1

In support of Next Level Apps Technology – FZCO's ("Next Level") Opposition to Invisible Narratives LLC's ("Invisible Narratives") Memorandum of Points and Authorities in support of its Motion for Contempt and Sanctions (Dkt. No. 54), Next Level must necessarily present to the Court for consideration certain documents produced by non-party Google LLC ("Google"). Pursuant to the Stipulated Protective Order entered in this case (Dkt. 67), Google produced these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Therefore, Next Level files the below referenced exhibits pursuant to Local Rule 79-5(f).

In support of this Motion, Next Level states the following:

1. On November 19, 2025, the Court entered a Stipulated Protective Order (Dkt. 67). Under the terms of the Stipulated Protective Order, any requests to file materials under seal shall comply with the requirements of Civil L. R. 79-5.

2. On November 20, 2025, Google produced documents to Next Level pursuant to a subpoena Next Level issued to Google on October 10, 2025. Google designated these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Declaration of Cali R. Spota in Support of Next Leve's Administrative Motion to Consider Whether Another Party's Material Should be Sealed, ¶ 5.

3. In light of Google's designations, Next Level seeks to have the following materials designated by Google as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" considered for filing under seal:

    a. Exhibit I to the Declaration of James M. Smedley in Support of Next Level's Opposition to Invisible Narratives' Motion for an Order Finding Contempt of Stipulated Preliminary Injunction and for Sanctions, which contains documents that Google designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Next Level seeks leave to provisionally file the documents under seal because they discuss materials that Google has designated as Highly Confidential under the Protective Order in this case. *See* Local Rule 79-5(f).  Next Level also is concurrently serving this Administrative Motion on Google's counsel at Perkins Coie, pursuant to Civil local Rule 79-5(f).

DATED: November 26, 2025           FOX ROTHSCHILD, LLP


By: /s/ *Cali R. Spota*
Jack Praetzellis
James M. Smedley
Jonathan Lagarenne
Cali R. Spota
Jonathan Madara

Attorneys for Defendant
Next Level Apps Technology—FZCO

NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED
[CIVIL L.R. 79-5(f)]