James M. Smedley (Admitted Pro Hac Vice)
Jonathan Lagarenne (Admitted Pro Hac Vice)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: jlagarenne@foxrothschild.com
Email: cspota@foxrothschild.com
Email: jmadara@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant.<br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>    Counterclaim Defendant and Third-Party Defendant | CASE NO. 5:25-cv-01644-NW<br><br>**DECLARATION OF CALI R. SPOTA IN SUPPORT OF NEXT LEVEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

## **DECLARATION OF CALI R. SPOTA**

1. I am an attorney licensed to practice law in the State of New Jersey and before this Court, a partner at the law firm of Fox Rothschild LLP, and counsel of record for defendant Next Level Apps Technology –FZCO ("Next Level"). I am admitted to appear before this Court *pro hac vice*.

2. I have personal knowledge of the facts stated herein, and if called as a witness in this case, I could and would competently testify to these facts under oath.

3. I submit this Declaration in support of the Next Level's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (the "Motion"), dated November 26, 2025.

4. On November 19, 2025, the Court entered a Stipulated Protective Order (Dkt. 67). Under the terms of the Stipulated Protective Order, any requests to file materials under seal shall comply with the requirements of Civil L. R. 79-5.

5. On November 20, 2025, Google produced documents to Next Level pursuant to a subpoena Next Level issued to Google on October 10, 2025. Google designated these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

6. In light of Google's designations, Next Level seeks to have the following materials designated by Google as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" considered for filing under seal:

   a. Exhibit I to the Declaration of James M. Smedley in Support of Next Level's Opposition to Invisible Narratives' Motion for an Order Finding Contempt of Stipulated Preliminary Injunction and for Sanctions, which contains documents that Google designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY".

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct and that I executed this declaration on November 26, 2025 in Princeton, New Jersey.

By: */s/Cali R. Spota*
Cali R. Spota

## E-FILING ATTESTATION

I, Cali R. Spota, am the ECF User whose ID and password are being used to file this Declaration of Cali R. Spota in Support of Next Level's Administrative Motion to Consider Whether Another Party's Material Should be Sealed dated November 26, 2025. In compliance with Civil Local Rule 5-1(i), I hereby attest that concurrence in the filing of this document has been obtained from the signatory.

By: */s/Cali R. Spota*
    Cali R. Spota