James M. Smedley (Admitted Pro Hac Vice)
Jonathan Lagarenne (Pro Hac Vice Pending)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | CASE NO. 5:25-cv-01644-NW<br><br>**CERTIFICATE OF SERVICE OF ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED** |

1
CERTIFICATE OF SERVICE

I declare that I am an attorney licensed to practice law in the State of New Jersey and before this Court, a partner at the law firm of Fox Rothschild LLP, and counsel of record for defendant Next Level Apps Technology –FZCO ("Next Level"). I am admitted to appear before this Court *pro hac vice*. I am not a party to the within cause, I am over the age of eighteen years, and my email address is cspota@foxrothschild.com.

I declare that on November 26, 2025, I served via electronic transmission (email) the following documents:

1. NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHERANOTHER PARTY'S MATERIAL SHOULD BE SEALED [CIVIL L.R. 79-5(F)]

2. DECLARATION OF CALI R. SPOTA IN SUPPORT OF NEXT LEVEL'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [WHICH CONTAINS EXHIBIT I TO THE DECLARATION OF JAMES M. SMEDLEY IN SUPPORT OF NEXT LEVEL'S OPPOSITION TO INVISIBLE NARRATIVES' MOTION FOR AN ORDER FINDING CONTEMPT OF STIPULATED PRELIMINARY INJUNCTION AND FOR SANCTIONS MENTIONED IN THE MOTION.]

to counsel for Google LLC at the following email addresses:

Jesenia Nuñez-Lopez
Perkins Coie
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
jnunezlopez@perkinscoie.com

Natasha Amlani
Perkins Coie
1888 Century Park East Suite 1700
Los Angeles, CA 90067-1721
NAmlani@perkinscoie.com

Julie E. Schwartz
Perkins Coie
3150 Porter Dr
Palo Alto, CA 94304
JSchwartz@perkinscoie.com

I certify under the penalty of perjury under the laws of the United States of America that the foregoing information contained in the Certificate of Service is true and correct.

Date: November 26, 2025                                         By: */s/ Cali R. Spota*

                                                                                            Cali R. Spota

**E-FILING ATTESTATION**

    I, Cali R. Spota, am the ECF User whose ID and password are being used to file this this document. In compliance with Civil Local Rule 5-1(h)(3), I hereby attest that each of the signatories identified above has concurred in this filing.

By: */s/ Cali R. Spota*
Cali R. Spota