UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | CASE NO. 3:25-cv-01644-NW |

**[PROPOSED] ORDER GRANTING NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [CIVIL L.R. 79-5(f)]**

The Court has considered Defendant's Administrative Motion to Consider Whether Another Party's Material Should Be Sealed filed on November 26, 2025, and any response hereto. The Court finds good cause has been shown to seal all of Exhibit I to the Declaration of James M. Smedley in Support of Next Level's Opposition to Invisible Narratives' Motion for an Order Finding Contempt of Stipulated Preliminary Injunction and for Sanctions, which includes or is derived from or refers to material designated as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" by non-party Google LLC ("Google") pursuant to the Stipulated Protective Order entered in this case (Dkt. 67).

Dated:

By:_____
    Honorable Noël Wise
    UNITED STATES DISTRICT JUDGE