# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
### SAN JOSE DIVISION

INVISIBLE NARRATIVES LLC,

    Plaintiff,

v.

NEXT LEVEL APPS TECHNOLOGY – FZCO,

    Defendant.

AND REALTED CROSS ACTION

CASE NO. 5:25-cv-01644-NW

**DECLARATION OF YUKHYM FILIPENKO**

I, Yukhym Filipenko, hereby declare and state as follows:

1.    I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2.    I submit this Declaration in support of the Next Level's Opposition to Plaintiff's Motion for an Order Finding Contempt of Stipulated Preliminary Injunction and for Sanctions.

3.    While my legal name is Yukhym, I often go by the name "Efim" in every day and professional communications.

4.    I am the Project Lead for Next Level Apps Technology – FZCO ("Next Level").

5.    Prior to this litigation, Next Level was developing a mobile gaming application that features a concept Mr. Serhii Osadchyi conceived in early 2020.

6.    In addition to the various of other promotional activities Next Level engaged in to promote its anticipated mobile gaming application, Next Level developed "Skibidipedia," an online encyclopedia detailing characters' abilities and lore on or around November 2024.

7.    When the current lawsuit was filed, Next Level did not have U.S. counsel.

8.    Instead, Next Level relied on its foreign counsel, Taras Rudyy, to correspond with Invisible Narratives LLC ("Invisible Narratives"). Like me and the other members of Next Level, Mr. Rudyy is not a native English speaker. From my understanding, Mr. Rudyy is not admitted in any court in the United States nor familiar with U.S. law. Mr. Rudyy previously had only assisted Next Level with the filing of its intellectual property applications, as well as with the submission of DMCA takedown notices in January and February 2025.

9.    Because English is not our native tongue, and without U.S. counsel, we did not understand United States law, Next Level was unclear about its obligations under the temporary restraining order ("TRO") that was apparently entered against us in this litigation.

10.   Once we understood those obligations, we disabled Next Level's social media accounts, its www.skibiditoilet.com domain, and its skibiditoilet.wiki website.

11.   Because there seemed to be a disconnect between the instructions received from foreign counsel and the Court's expectations, we engaged U.S. counsel.

12.   I have authorized access to Next Level's YouTube Studio account and the email account IP_Support@nxtlvlcomp.org ("Email Account").

13.   As of October 8, 2025, I am the only person who retains authorized access to Next Level's YouTube Studio account or the Email Account. Prior to October 8, 2025, Stanislav Chuprykov and Taras Rudyy were the only other persons with authorized access to Next Level's YouTube Studio account or the Email Account, but I have since removed their access to reduce access to the bare minimum.

14.   I attest since the entry of the Stipulated Preliminary Injunction on June 17, 2025 (Dkt. No. 37) (the "Stipulated Preliminary Injunction"), I did not submit a copyright removal request with respect to Skibidi Toilet videos referenced in the below Digital Millennium Copyright Act Takedown Notice on October 7, 2025 (the "October 7 DMCA Takedown Notice"):

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

From: **YouTube** <no-reply@youtube.com>
Date: Tue, Oct 7, 2025 at 2:18 PM
Subject: Your video has been taken down from YouTube: skibidi toilet 77 (full episode)
To: <dafuqboom-3091@pages.plusgoogle.com>



Hi DaFuq!?Boom!,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** skibidi toilet 77 (full episode)

**Video url:** https://www.youtube.com/watch?v=DXVPvMJO0lM

**Content used:** We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission.

**Content found in:** Entire video

**Removal request issued by:** NEXT LEVEL APPS TECHNOLOGY – FZCO

**Contact info:** IP_Support@nxtlvlcomp.org

This means that your video can no longer be viewed on YouTube.

**You received a copyright strike**

You now have **1 copyright strike**. If you get multiple copyright strikes, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.



**How we process requests to remove content**

We use a combination of automated systems and human reviews to process removal requests.

**What to do next**

- If you believe you're not at fault in one or more of the instances above, you can appeal this removal by submitting a counter notification.

15.     I also attest that since the entry of the Stipulated Preliminary Injunction, I did not direct, or request any third party submit, a copyright removal request with respect to the Skibidi Toilet videos referenced in the October 7 DMCA Takedown Notice.

16.     Next Level did not log into its YouTube Studio account on October 7, 2025,

Dubai time.

17.     On October 8, 2025, Dubai time, the day after the takedown request was submitted, I checked Next Level's email account and YouTube Studio accounts for evidence of the submission. I took screenshots of each of these accounts, which showed no evidence of any submission on either Next Level's YouTube Studio Account or in Next Level's email for the listed email account. True and accurate screenshots are attached hereto as **Exhibit A**.

18.     To try and have the video reinstated, I personally submitted retraction notices from every possible corporate email domain ending to cover all possible corporate email domains owned by Next Level. YouTube rejected each one of these emails, again stating the email used for the original takedown request did not match the email submitting the retraction request. A true and correct compilation of these email correspondences with YouTube is attached hereto as **Exhibit B**.

19.     I have and will continue to abide by the Stipulated Preliminary Injunction in this case.

20.     Next Level wants the truth to be heard in this litigation, is confident that it will be the prevailing party, and is highly motivated for the parties and the Court to have access to the true facts.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United

2  States of America that the foregoing is true and correct.

3

4  Dated:  *November 25, 2025*

5                                        Yukhym Filipenko

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28