UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　　　Defendant.<br><br>AND REALTED CROSS ACTION | CASE NO. 5:25-cv-01644-NW<br><br>**DECLARATION OF TARAS RUDYY** |

I, Taras Rudyy, hereby declare and state as follows:

1. I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2. I am foreign legal counsel for Next Level Apps Technology – FZCO ("Next Level").

3. I had authorized access to Next Level's YouTube Studio account and the email account IP_Support@nxtlvlcomp.org ("Email Account").

4. I attest that since the entry of the Stipulated Preliminary Injunction on June 17, 2025 (Dkt. No. 37) (the "Stipulated Preliminary Injunction"), I did not submit a copyright removal request with respect to the Skibidi Toilet videos referenced in the below Digital Millennium Copyright Act Takedown Notice on October 7, 2025 (the "October 7 DMCA Takedown Notice"):

From: **YouTube** <no-reply@youtube.com>
Date: Tue, Oct 7, 2025 at 2:18 PM
Subject: Your video has been taken down from YouTube: skibidi toilet 77 (full episode)
To: <dafuqboom-3091@pages.plusgoogle.com>

▶ YouTube

Hi DaFuq!?Boom!,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** skibidi toilet 77 (full episode)
**Video url:** https://www.youtube.com/watch?v=DXVPvMJO0IM
**Content used:** We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission.
**Content found in:** Entire video
**Removal request issued by:** NEXT LEVEL APPS TECHNOLOGY – FZCO
**Contact info:** IP_Support@nxtlvlcomp.org

This means that your video can no longer be viewed on YouTube.

**You received a copyright strike**

You now have **1 copyright strike**. If you get multiple **copyright strikes**, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

[VIEW DETAILS]

**How we process requests to remove content**

We use a combination of **automated systems and human reviews** to process removal requests.

**What to do next**

- If you believe you're not at fault in one or more of the instances above, you can appeal this removal by submitting a **counter notification.**

5.  I also attest that since the entry of the Stipulated Preliminary Injunction, I did not direct or request any third party submit a copyright removal request with respect to the Skibidi Toilet videos referenced in the October 7 DMCA Takedown Notice.

6.  I have and will continue to abide by the Stipulated Preliminary Injunction in this case.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: November 25, 2025

Taras Rudyy