# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | CASE NO. 3:25-cv-01644-NW |

**[PROPOSED] ORDER DENYING PLAINTIFF INVISIBLE NARRATIVES LLC'S MOTION FOR ORDER FINDING DEFENDANT IN CIVIL CONTEMPT OF STIPULATED PRELIMINARY INJUNCTION AND FOR SANCTIONS**

THIS MATTER having come before this Court on Plaintiff Invisible Narratives, LLC ("Invisible Narratives" or "Plaintiff") motion for an order finding Defendant Next Level Apps Technology – FZCO ("Next Level" or "Defendant") in civil contempt of the Stipulated Preliminary Injunction entered on June 17, 2025 (Dkt. 37) ("Stipulated Preliminary Injunction"), and for sanctions (Dkt. 56). Upon consideration of the parties' submissions and arguments made in support and in opposition thereto, as well as the relevant authorities cited therein, and for other good cause shown, the Court finds that Invisible Narratives has not met its burden to prove by clear and convincing evidence that Defendant Next Level has violated the Stipulated Preliminary Injunction. Therefore, since Next Level has not violated the Stipulated Preliminary Injunction, it is hereby ORDERED

that Plaintiff Invisible Narratives' motion for contempt and sanctions is DENIED in its entirety.

IT IS SO ORDERED.

Dated:

By:_____
        Honorable Noël Wise
        UNITED STATES DISTRICT JUDGE