Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Kristin L. O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: ocarrollk@gtlaw.com

Amy L. Kramer (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Bobby A. Ghajar (SBN 198719)
COOLEY LLP
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: 310.883.6400
Email: bghajar@cooley.com

Stephanie J. Schuyler (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Email: sschuyler@cooley.com

Attorneys for Plaintiff
Invisible Narratives LLC

James M. Smedley (*Pro Hac Vice*)
Jonathan Lagarenne (*Pro Hac Vice*)
Cali Spota (*Pro Hac Vice*)
Jonathan Madara (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jsmedley@foxrothschild.com
         cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Email: jpraetzellis@foxrothschild.com

John Joseph Shaeffer (SBN138331)
FOX ROTHSCHILD
10250 Constellation Blvd, Ste 900
Los Angeles, California 90067-6275
Email: jshaeffer@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology – FZCO

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE BRIEF IN OPPOSITION TO AND PLAINTIFF TO FILE REPLY IN SUPPORT OF MOTION TO DISMISS DEFENDANT'S AMENDED COUNTERCLAIMS** |

Plaintiff Invisible Narratives LLC ("Plaintiff") and Defendant Next Level Apps Technology–FZCO ("Defendant") (collectively the "Parties"), hereby stipulate and request to extend the deadlines for Defendant to respond to, and for Plaintiff to reply in further support of, Plaintiff's forthcoming Motion to Dismiss Defendant's Amended Counterclaims (the "Motion"). In support of this Request, the Parties stipulate as follows:

WHEREAS, the current deadline for Plaintiff to file its response to the Defendant's Amended Counterclaims is December 10, 2025 (Dkt. 53);

WHEREAS, Plaintiff intends to file the Motion on December 10, 2025;

WHEREAS, new lead counsel for Plaintiff, Bobby Ghajar of Cooley LLP, who will be handling the Motion, only recently appeared in this action (Dkts. 68, 69);

WHEREAS, on December 5, 2025, the Parties jointly requested a hearing date for the Motion by email to the Courtroom Deputy;

WHEREAS, in response, the Courtroom Deputy advised the Parties that the earliest hearing date available for the Motion is March 11, 2026;

WHEREAS, under the deadlines imposed by Rule 7-3 of the Local Rules, the deadline for Defendant to respond or oppose the Motion would be Christmas Eve, December 24, 2025, and Plaintiff's deadline to reply in further support of the Motion would be New Year's Eve, December 31, 2025;

WHEREAS, given that the current deadlines fall during the holidays and that the Motion will not

be heard until March 11, 2026 in any event;

WHEREAS, the Parties agree that good cause exists to extend the briefing deadlines in connection with the Motion;

WHEREAS, the requested extension will not cause any unnecessary delay, unfairly prejudice any other party, or impact any current deadlines set by the Court;

WHEREAS, this is the Parties' first request for an extension of time for Defendant's response or opposition and Plaintiff's reply in further support of the Motion;

NOW, THEREFORE, the Parties hereby stipulate and jointly request to extend the briefing deadlines in connection with the Motion, and respectfully request that the Court issue an order granting the following modification to the briefing schedule:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Plaintiff's Opening Brief | December 10 | December 10 (unchanged) |
| Defendant's Response | December 24 | January 6 |
| Plaintiff's Reply Brief | December 31 | January 27 |

Respectfully submitted,

DATED:  December 9, 2025          COOLEY LLP

By */s/ Stephanie Schuyler*
Bobby A. Ghajar
Stephanie Schuyler

Attorneys for Plaintiff
Invisible Narratives LLC

DATED:  December 9, 2025          FOX ROTHSCHILD, LLP



By */s/ Cali Spota*
James M. Smedley
Cali Spota
Attorneys for Defendant
Next Level Apps Technology – FZCO