Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
Kristin L. O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com
Email: ocarrollk@gtlaw.com

Amy L. Kramer (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>　　Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [CIVIL L.R. 79-5(f)]**<br><br>Hearing Date: **January 28, 2026**<br>Time: **9:00 a.m.**<br>Courtroom: **3 – 5th Floor**<br><br>Complaint Filed: February 14, 2025 |

In support of Plaintiff Invisible Narratives, LLC's ("Plaintiff") Reply Brief filed in Support of its Motion for An Order Finding Defendant in Civil Contempt of Stipulated Preliminary Injunction (Dkt. 37) and For Sanctions (the "Reply Brief"), Plaintiff must necessarily present to the Court for consideration quotations and/or descriptions of specific content from certain documents produced by non-party Google LLC ("Google"). Pursuant to the Stipulated Protective Order entered in the case (Dkt. 67), Google produced these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY." Therefore, Plaintiff files an unredacted Reply Brief, containing such quotations and/or descriptions, pursuant to Local Rule 79-5(f).

In support of this Motion, Plaintiff states the following:

1. On November 19, 2025, the Court entered a Stipulated Provided Order (Dkt. 67). Under the terms of the Stipulated Protective Order, any requests to file materials under seal shall comply with the requirements of Civil L. R. 79-5.

2. As set forth in the Declaration of Cali R. Spota in Support of Next Level's Administrative Motion to Consider Whether Another Party's Material Should be Sealed (Dkt. 70-1), on November 20, 2025, Google produced documents to Defendant Next Level Apps Technology – FZCO ("Defendant") pursuant to a subpoena Defendant issued to Google on October 10, 2025. Google designed these documents as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY."

3. On November 26, 2025, Defendant filed its Opposition to Plaintiff's Motion for Contempt. (Dkt. 71.) In support of its Opposition, Defendant filed relevant documents from Google's production as Exhibit I to the Declaration of James M. Smedley, and filed an Administrative Motion to Consider Whether Another Party's Material Should Be Sealed with respect to those documents. (Dkt. 70.)

4. In its Reply Brief, Plaintiff quotes and describes specific content from certain documents in Google's production, filed as Exhibit I to the Declaration of James M. Smedley, to support Plaintiff's Motion and respond to Defendant's Opposition thereto.

5. In light of Google's designations, Plaintiff seeks to have the following materials designed by Google as "HIGHLY CONFIDENTIAL – ATTORNEYS' EYES ONLY" considered for filing under seal:

   a. An unredacted version of Plaintiff's Reply Brief, containing quotations and descriptions of specific content from documents contained in Google's production and filed as Exhibit I to the

Declaration of James M. Smedley.

      Plaintiff seeks leave to provisionally file portions of its Reply Brief under seal because it quotes from and describes materials that Google has designated as highly confidential under the Protective Order in this case. *See* Local Rule 79-5(f). Plaintiff is publicly filing a version of its Reply Brief with the designated materials redacted. Plaintiff is also concurrently serving this Administrative Motion on Google's counsel at Perkins Coie, pursuant to Civil Local Rule 79-5(f).

Respectfully submitted,

Dated: December 19, 2025        GREENBERG TRAURIG, LLP

By:    /s/Justin A. MacLean

Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
Kristin L. O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com
Email: ocarrollk@gtlaw.com

Amy L. Kramer (Appearing Pro Hac Vice)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (Appearing Pro Hac Vice)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

PLAINTIFF'S ADMINISTRATIVE MOTION TO CONSIDER WHETHER ANOTHER PARTY'S MATERIAL SHOULD BE SEALED [CIVIL L.R. 79-5(f)]

Bobby A. Ghajar (SBN 198719)
COOLEY LLP
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: 310.883.6400
Email: bghajar@cooley.com

Stephanie J. Schuyler (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001
Telephone: 212.479.6000
Email: sschuyler@cooley.com

Attorneys for Plaintiff Invisible Narratives, LLC