James M. Smedley (Admitted Pro Hac Vice)
Jonathan Lagarenne (Admitted Pro Hac Vice)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　　　Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS** |
| NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>　　　　Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | |

Defendant Next Level Apps Technology – FZCO ("Next Level"), by counsel and pursuant to Local Rules 7-3(d) and 7-11, submits the following in support of its Administrative Motion seeking leave to file a narrowly tailored sur-reply brief to address newly presented evidence and arguments in Plaintiff's Reply in Support of Motion for Contempt and Sanctions (ECF No. 80), filed on December 19, 2025 ("Reply").

Leave to file a sur-reply should be granted "in the interests of completeness and judicial efficiency." *In re: Cathode Ray Tube (CRT) Antitrust Litig.*, 2014 WL 7206620, at *1 n.2 (N.D. Cal. Dec. 18, 2014); *see also Tounget v. Valley-Wide Recreation & Park Dist.*, 2020 WL 8410456, at *2 (C.D. Cal. Feb. 20, 2020) (citing cases and noting a sur-reply is proper "to consider evidence or arguments that give a more complete picture of the issues in need of resolution"). These interests of completeness and judicial efficiency are present here. As explained in Next Level's proposed sur-reply, Invisible Narratives LLC's ("Invisible Narratives") Reply in Support of its Motion to for Contempt and Sanctions relies on new evidence, new arguments, and grossly mischaracterizes the record—including assertions and theories of law that Next Level did not make in its opening brief or otherwise to support its Motion for Contempt and Sanctions. Next Level's sur-reply seeks to clarify Invisible Narratives' mischaracterizations and rebut Invisible Narratives' false claims by offering additional context and responding to the newly propounded evidence, theories, and allegations.

To the extent the Court is inclined to deny Next Level's motion, Next Level also objects pursuant to Local Rule 7-3(d)(1) to the newly proffered allegations and alleged evidence in Invisible Narratives' Reply. As detailed in the Declaration of Cali R. Spota ("Spota Decl."), when Invisible Narratives filed its Motion for Contempt and Sanction, all parties were operating under the premise that a new takedown submission led to the removal of a video from the Boom YouTube Channel. Spota Decl. ¶3, Ex. 1. Invisible Narratives' entire motion, and alleged evidence of contempt, was based on that theory, to which Next Level responded in its Opposition. However, in its Reply, Invisible Narratives completely

2

NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS

changed its theory for why Next Level should allegedly be held in contempt, fully aware that Next Level would not have a chance to respond to these newly raised allegations. This violates due process and is particularly egregious in a motion for contempt. Therefore, for the foregoing reasons, Next Level respectfully requests that the Court grant it leave to file the sur-reply, supporting declarations, and exhibit attached hereto, or, in the alternative, disregard all improper newly offered allegations, arguments, and evidence in Invisible Narratives' Reply not previously offered in its motion.

DATED: December 23, 2025                     FOX ROTHSCHILD, LLP

                                             By:   /s/ *Cali R. Spota*
                                                   Jack Praetzellis
                                                   James M. Smedley
                                                   Cali R. Spota

                                                   Attorneys for Defendant
                                                   Next Level Apps Technology—FZCO

3

NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS

# CERTIFICATE OF SERVICE

On December 23, 2025, I served the following document described as: NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS, on all interested parties in this action as indicated below:

☒ **BY ELECTRONIC COURT FILING (ECF)**: I caused the above-entitled document(s) to be served electronically through the United States District Court, Northern ECF website, addressed to all parties appearing in the Court's ECF service list. A copy of the filing receipt will be maintained with the original document in our office.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on December 23, 2025, in Princeton, New Jersey.

*/s/ Cali R. Spota*
Cali R. Spota