UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV<br><br>Counterclaim Defendant and Third-Party Defendant | CASE NO. 5:25-cv-01644-NW<br><br>**[PROPOSED] ORDER GRANTING NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS** |

**TO ALL PARTIES AND THEIR COUNSEL OF RECORD HEREIN**:

    The Court, having reviewed all papers and evidence regarding Defendant Next Level Apps Technology – FZCO's Administrative Motion for Leave to File a Sur-Reply in Response to Invisible Narratives' Reply in Support of its Motion for Contempt and Sanctions, the Court hereby **GRANTS** the Motion and Next Level Apps Technology – FZCO is directed to file its Sur-Reply in Response to Invisible Narratives' Reply in Support of its Motion for Contempt and Sanctions and supporting papers attached thereto so to be made of record.

    **IT IS SO ORDERED**.

Dated:

By:_____
Honorable Noël Wise
UNITED STATES DISTRICT JUDGE

1

[PROPOSED] ORDER GRANTING NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS