James M. Smedley (Admitted Pro Hac Vice)
Jonathan Lagarenne (Admitted Pro Hac Vice)
Cali Spota (Admitted Pro Hac Vice)
Jonathan Madara (Admitted Pro Hac Vice)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, NJ 08540
Telephone: 609.896.3600
Facsimile: 609.896.1469
Email: jsmedley@foxrothschild.com
Email: jlagarenne@foxrothschild.com
Email: cspota@foxrothschild.com
Email: jmadara@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, CA 94104
Telephone: 415.651.1424
Facsimile: 415.391.4436
Email: jpraetzellis@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology—FZCO

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Third- Party Plaintiff and Counterclaim Plaintiff,<br><br>v.<br><br>INVISIBLE NARRATIVES LLC and ALEXEY GERASIMOV | CASE NO. 5:25-cv-01644-NW<br><br>**DECLARATION OF CALI R. SPOTA IN SUPPORT OF NEXT LEVEL APPS TECHNOLOGY—FZCO'S ADMINISTRATIVE MOTION PURSUANT TO LOCAL RULES 7-3(d) AND 7-11 FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO INVISIBLE NARRATIVES' REPLY IN SUPPORT OF ITS MOTION FOR CONTEMPT AND SANCTIONS** |

Counterclaim Defendant and Third-Party Defendant

# DECLARATION OF CALI R. SPOTA

1.  I am an attorney licensed to practice law in the State of New Jersey and before this Court, a partner at the law firm of Fox Rothschild LLP, and counsel of record for defendant Next Level Apps Technology –FZCO ("Next Level"). I am admitted to appear before this Court *pro hac vice*.

2.  I submit this Declaration in support of Next Level's Administrative Motion Pursuant to Local Rules 7-3(d) and 7-11 for Leave to File Sur-Reply in Response to Invisible Narratives' Reply in Support of its Motion for Contempt and Sanctions. The contents of this declaration are based on my personal knowledge except as to matters stated on information and belief. As to those matters, stated on information and belief, I am informed and believe them to be true. If called to be a witness, I could and would testify competently to the contents of this declaration.

3.  On October 7, 2025, counsel for Invisible Narratives sent an email stating the "Next Level **just submitted** the below DMCA takedown to YouTube to remove an episode of Skibidi Toilet," which "violates Section 1(a) of the Stipulated Preliminary Injunction." (emphasis added). A true and correct copy of this correspondence is attached hereto as **Exhibit 1**. As seen by this correspondence, all parties were acting under the assumption that a *new* takedown submission had been made to YouTube on or around October 7, 2025.

4.  On December 10, 2025, I reached out to counsel for Invisible Narratives LLC ("Invisible Narratives") seeking Invisible Narratives' consent to Next Level filing a short sur-reply to Invisible Narratives' reply in support of its Motion for Contempt and Sanctions, which would be filed on December 19, 2025. Counsel for Invisible Narratives did not provide Invisible Narratives' consent. Instead, on December 19, 2025, counsel for Invisible Narratives stated that it would be opposing any motion filed by Next Level.

1  Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is
2  true and correct and that I executed this declaration on December 23, 2025 in Princeton,
3  New Jersey.

By: */s/Cali R. Spota*
    Cali R. Spota