# Exhibit 1

## Spota, Cali R.

| | |
|---|---|
| **From:** | Amy.Kramer@gtlaw.com |
| **Sent:** | Tuesday, October 7, 2025 6:52 PM |
| **To:** | Smedley, James M.; Spota, Cali R. |
| **Cc:** | Justin.MacLean@gtlaw.com; trachtenbergm@gtlaw.com |
| **Subject:** | [EXT] URGENT - Violation of Stipulated PI by Next Level |

Dear James,

Further to our call, Next Level just submitted the below DMCA takedown to YouTube to remove an episode of Skibidi Toilet.

As you know, this takedown violates Section 1(a) of the Stipulated Preliminary Injunction:

| 25 | NOW, THEREFORE, the Parties stipulate and agree that: |
|---|---|
| 26 | 1.    Next Level is hereby preliminarily enjoined, until entry of a final judgment or othe |
| 27 | modified by the Court, from: |
| 28 | a.  Directly or indirectly taking any actions to remove or disable access to any ma |

2                          CASE NO. 5:25-cv-0164

**JOINT STIPULATION**

| 1 | hosted on the Boom Channel, including by submitting DMCA Takedown Noti |
|---|---|
| 2 | other takedown notices to YouTube claiming that any such material hosted on the |
| 3 | Channel infringes on any copyrights for Skibidi Toilet content or characte |
| 4 | removing or disabling access to such material based on receipt of such D |
| 5 | Takedown Notices—and, to the extent that any actions to remove or disable access |
| 6 | already been taken, such actions shall, to the extent reasonably practicabl |
| 7 | immediately retracted and canceled; |

**Please instruct your client to immediately retract the takedown** so that YouTube reinstates the video.

Removal of the video is already causing significant harm to Invisible Narratives.

1

Invisible Narratives reserves all rights and remedies.

Best,
Amy

**Amy Kramer**
Shareholder

Greenberg Traurig, LLP
1144 15th Street, Suite 3300 | Denver, Colorado 80202
T +1 303.685.7449 | F +1 720.904.6149 | C +1 303.349.4555
Amy.Kramer@gtlaw.com  |  www.gtlaw.com  | View GT Biography



---------- Forwarded message ---------
From: **YouTube** <no-reply@youtube.com>
Date: Tue, Oct 7, 2025 at 2:18 PM
Subject: Your video has been taken down from YouTube: skibidi toilet 77 (full episode)
To: <dafuqboom-3091@pages.plusgoogle.com>



Hi DaFuq!?Boom!,

We received a copyright removal request for your video. Based on applicable copyright law, we removed your video from YouTube:

**Video title:** skibidi toilet 77 (full episode)

**Video url:** https://www.youtube.com/watch?v=DXVPvMJO0IM

**Content used:** We, company NEXT LEVEL APPS TECHNOLOGY – FZCO, hold 20 (twenty) characters, registered with the U.S. Copyright Office. There characters are used in video without our permission.

**Content found in:** Entire video

**Removal request issued by:** NEXT LEVEL APPS TECHNOLOGY – FZCO

**Contact info:** IP_Support@nxtlvlcomp.org

This means that your video can no longer be viewed on YouTube.

## You received a copyright strike

You now have **1 copyright strike**. If you get multiple **copyright strikes**, we'll have to terminate your channel. To prevent that from happening, please don't upload videos containing copyrighted content that you aren't allowed to use.

VIEW DETAILS

## How we process requests to remove content

2

We use a combination of **automated systems and human reviews** to process removal requests.

## What to do next

- If you believe you're not at fault in one or more of the instances above, you can appeal this removal by submitting a **counter notification**. There may be severe legal consequences for submitting a counter notification with false information.

- You can also contact the claimant that removed your video and ask them to **retract** their removal request.

- **Learn more about your resolution options**.

Thanks,

The YouTube team

You received this email to provide information and updates around your YouTube channel or account.



© 2025 Google LLC d/b/a YouTube, 901 Cherry Ave, San Bruno, CA 94066

---

If you are not an intended recipient of confidential and privileged information in this email, please delete it, notify us immediately at postmaster@gtlaw.com, and do not use or disseminate the information.