UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**SUPPLEMENTAL DECLARATION OF YUKHYM FILIPENKO** |
| AND REALTED CROSS ACTION | |

I, Yukhym Filipenko, hereby declare and state as follows:

1. I am over the age of eighteen years old and am competent to give this Declaration. I have personal knowledge of the facts set forth herein and, if called to testify, I would and could competently testify to those facts.

2. I submit this Supplemental Declaration in support of Next Level's Administrative Motion Pursuant to Local Rule 7-3(d) and 7-11 for Leave to File Sur-Reply in Response to Invisible Narratives' Reply in Support of its Motion for Contempt and Sanctions.

3. While my legal name is Yukhym, I often go by the name "Efim" in every day and professional communications.

4. I am the Project Lead for Next Level Apps Technology – FZCO ("Next Level").

5. In January and February 2025, Next Level submitted several DMCA Takedown requests to enforce its copyrights against Invisible Narratives LLC infringing videos posted on the Boom Channel.

6. When Next Level made these submissions, a confirmation email was received right away, and the infringing video was removed relatively quickly, typically within a short

period of time.

7. Because YouTube provided no further notices or communications indicating any ongoing activity related to the takedown request Next Level submitted on February 4, 2025, and because YouTube Studio displayed that request as "Resolved" and "Video removed," Next Level reasonably understood the February 4, 2025 takedown request to be completed. Accordingly, when reviewing the YouTube Studio panel, Next Level viewed the February 4, 2025 takedown submission as a historical request that had already been resolved.

8. When I was advised that Google had taken down a video on the Boom Channel in October, there was absolutely no indication that a DMCA request originally submitted on February 4 had been reactivated or was in any way connected to the October 7 takedown. In fact, there was no separate "October 7, 2025" event on the YouTube Studio panel, nor did it provide any notice that an earlier February 4 request had been re-triggered or reused. From our perspective in YouTube Studio, the interface showed only older requests from January-February 2025, and there was nothing to suggest that the February 4 request had suddenly become operative again months later. Instead, we believed that this action must have been in response to a new takedown request that was not made by Next Level but may have been made by someone impersonating Next Level. We took immediate action to get Google to reverse their action.

9. As seen from the screenshots below and email attached here as Exhibit 1, on October 9, 2025, I not only submitted a retraction email to YouTube from the email associated with Next Level's YouTube Channel, but I also submitted a retraction via the Studio form, and YouTube provided automated responses and failed to take the requested action.:







10. As detailed in my previous declaration, out of an abundance of caution, and in an effort to try and resolve any issues relating to the October 7 Takedown notice, I then sent retraction emails from all possible domain name associated with Next Level and/or its YouTube Channel.

11. Next Level was not aware that Google was apparently still processing the February 4, 2025 takedown notice when Google suddenly took down the Invisible Narratives video/content in October, and consequently Next Level did not understand that the February 4 takedown notice had a relationship to this action in October. Instead, believing the Google action must have been prompted by some recent actions by third parties acting in Next Level's place, Next Level took immediate action with Google to advise Google Next Level did not seek a take down and to try and reverse this new action by Google. At no point did YouTube Studio provide any notice that the February 4 request remained pending, had been reactivated, or was connected to the October 7 takedown. Only through the Google response to the subpoena did we learn that Google apparently initiated the takedown as a belated response to the February 4, 2025 request.

12. As Next Level reasonably understood the February 4, 2025 takedown request to be a completed, historical matter based on what was displayed in YouTube Studio, Next Level did not take any additional steps with respect to that February 4 request prior to receiving Google's subpoena response. Google did not provide any further notice or indication that the February 4, 2025 takedown request remained pending or could later be reactivated or used as the basis for the October 7, 2025 takedown. Accordingly, Next Level had no reason to believe that any action was required with respect to the February 4 request in October 2025.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

1  Dated: December 23, 2025

2  _____
   Yukhym Filipenko