# Exhibit 1

**Spota, Cali R.**

| | |
|---|---|
| **From:** | IP_Support IP_Support <ip_support@nxtlvlcomp.org> |
| **Sent:** | Tuesday, December 23, 2025 8:36 AM |
| **To:** | Smedley, James M.; Spota, Cali R. |
| **Subject:** | [EXT] Fwd: Urgent! Copyright complaint information |

---------- Исходное сообщение ----------
От: YouTube Copyright <youtube-disputes+3s9occctx2a0s0q@google.com>
Кому: ip_support@nxtlvlcomp.org
Дата: 10.10.2025 14:17 +04
Тема: Urgent! Copyright complaint information

Hello,

Thank you for your notification.

However, in order to provide customer support for an account, we must be contacted by the channel owner or an authorized representative.

If you have questions about copyright, you may visit YouTube's Copyright Center to learn more.

Sincerely,
The YouTube Team

On October 9, 2025 ip_support@nxtlvlcomp.org wrote:

> Hello Youtube Team!
>
> We are writing on behalf of Next Level Apps Technology – FZCO ("Next Level") in connection with the video found here on DaFuq!?Boom!'s YouTube Channel: https://www.youtube.com/watch?v=DXVPvMJO0lM.
> Next Level certified that it never submitted any request to take down for this video. Because this take down notice was fraudulently submitted by someone else, please rescind the takedown notice and immediately restore DaFuq!?Boom!'s video.
>
> Thanks in advance and have a nice day!

1

Thanks in advance and have a nice day!