Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California 94303
Telephone: 650.289.7881
Facsimile: 650.462.7881
Email: ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
Kristin L. O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California 94105
Telephone: 415.655.1300
Email: lil@gtlaw.com
Email: ocarrollk@gtlaw.com

Amy L. Kramer (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Justin A. MacLean (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**[PROPOSED] ORDER DENYING DEFENDANT'S ADMINISTRATIVE MOTION FOR LEAVE TO FILE SUR-REPLY IN RESPONSE TO PLAINTIFF'S REPLY BRIEF ISO ITS MOTION FOR CONTEMPT AND SANCTIONS**<br><br>Complaint Filed: February 14, 2025 |

The Court has considered Defendant's Administrative Motion for Leave to File Sur-Reply in Response to Invisible Narratives' Reply in Support of its Motion for Contempt and Sanctions filed on December 23, 2025 (Dkt. 82), and Plaintiff's Opposition thereto. For the reasons stated in Plaintiff's Opposition, the Court **DENIES** Defendant's Motion, and overrules any objections pursuant to Civil L.R. 7-3(d)(1) set forth therein.

Dated: _____  _____
The Honorable Noël Wise
United State District Court Judge