UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

San Jose Division

| | |
|---|---|
| INVISIBLE NARRATIVES,<br><br>        Plaintiffs,<br><br>    v.<br><br>NEXT LEVEL APPS TECHNOLOGY - FZCO,<br><br>        Defendants. | Case No. 25-cv-01644-NW<br><br>**CASE-MANAGEMENT AND TRIAL SETTING ORDER (JURY)** |

The court held a case-management conference on February 4, 2026 and issues this case-management and pretrial order.

**THE FOLLOWING DEADLINES ARE HEREBY ORDERED:**

| Scheduled Event | Date |
|---|---|
| Deadline to Complete ADR:<br>    [ ] Court-sponsored mediation<br>    [ ] Court-sponsored ENE<br>    [ ] Mag. Judge Settlement Conf.<br>    [ ] Private mediation<br>    [ ] Private arbitration<br>    [ ] Other: | July 31, 2026[1] |
| Close of Fact Discovery | June 19, 2026 |

---

[1] In addition to this deadline, the parties must inform the Court by joint stipulation of which ADR process they intend to use by February 27, 2026 (e.g., Early Neutral Evaluation, Mediation, or Private ADR).

| | |
|---|---|
| Opening Expert Reports | July 17, 2026 |
| Rebuttal Expert Reports | August 14, 2026 |
| Close of Expert Discovery | September 04, 2026 |
| Deadline to File Dispositive Motions and *Daubert* Motions | **Motions**: September 25, 2026<br>**Responses**: October 09, 2026<br>**Replies**: October 16, 2026 |
| Hearing on Dispositive and *Daubert* Motions | November 18, 2026, at 9:00 a.m. |
| Deadline to File Joint Pretrial Statement | December 30, 2026 |
| Final Pretrial Conference | January 13, 2027, at 2:00 p.m. |
| Trial | February 1, 2027, at 9:00 a.m. |
| Length of trial | 5 days |

**IT IS SO ORDERED.**

Dated: February 12, 2026

_____
Noël Wise
United States District Judge