Bobby A. Ghajar (SBN 198719)
COOLEY LLP
355 S. Grand Avenue, Suite 900
Los Angeles, California 90071
Telephone: 310.883.6400
Email: bghajar@cooley.com

Stephanie J. Schuyler (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Email: sschuyler@cooley.com

Justin A. MacLean (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York 10017
Telephone: 212.801.9200
Email: Justin.MacLean@gtlaw.com

Amy L. Kramer (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado 80202
Telephone: 303.572.6500
Email: Amy.Kramer@gtlaw.com

Jonathan Lagarenne (*Pro Hac Vice*)
Cali Spota (*Pro Hac Vice*)
Jonathan Madara (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jlagarenne@foxrothschild.com
         cspota@foxrothschild.com
         jmadara@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Email:jpraetzellis@foxrothschild.com

John Joseph Shaeffer (SBN138331)
 FOX ROTHSCHILD
10250 Constellation Blvd, Ste 900
Los Angeles, California 90067-6275
Email: jshaeffer@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology – FZCO

Attorneys for Plaintiff
Invisible Narratives LLC

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| INVISIBLE NARRATIVES LLC, | CASE NO. 5:25-cv-01644-NW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING NEXT LEVEL'S AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS** |
| v. | |
| NEXT LEVEL APPS TECHNOLOGY – FZCO, | |
| Defendant. | |

Plaintiff Invisible Narratives LLC ("Plaintiff" or "Invisible Narratives") and Defendant Next Level Apps Technology–FZCO ("Defendant" or "Next Level") (collectively the "Parties"), hereby stipulate as follows:

WHEREAS, on February 6, 2026, the Court issued an Order granting Plaintiff's motion to hold Defendant in civil contempt and ordering Defendant to pay Plaintiff's reasonable attorneys' fees and associated costs ("Order") (ECF 102);

WHEREAS, in the Order, the Court directed the Parties to meet and confer to seek agreement regarding Invisible Narratives' reasonable attorneys' fees and costs;

WHEREAS, the Order further provided that any agreement regarding Invisible Narratives' reasonable attorneys' fees and costs shall be filed as a stipulation by February 11, 2026;

WHEREAS, on February 6, 2026, the Court extended the deadline to file a stipulation regarding Invisible Narratives' reasonable attorneys' fees and costs to February 18, 2026 (ECF 106); and

WHEREAS, the Parties have further met and conferred and have come to a compromise agreement on the amount of fees and costs payable under the Order without the need for further motion practice, an amount less than the amount of fees and costs sought by Invisible Narratives;

NOW, THEREFORE, the Parties hereby stipulate and agree that:

1.  Next Level shall pay Invisible Narratives a total of $160,000 in United States dollars, payable as follows:

    a.  $75,000 payable within seven (7) days of the Court's entry of an order pursuant to this stipulation ("first installment");

    b.  $42,500 payable within thirty (30) days of the deadline to pay the first installment ("second installment"); and

    c.  $42,500 payable within thirty (30) days of the deadline to pay the second installment ("third installment").

2.  Next Level's payments shall be made by wire transfer in immediately

JOINT STIPULATION REGARDING AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS

available funds from Fox Rothschild LLP to Greenberg Traurig, LLP pursuant to separate wire instructions to be provided in writing by counsel for Invisible Narratives to counsel for Next Level.  Payment shall be deemed made when it is actually received by Greenberg Traurig LLP. If any date for payment falls upon a weekend or banking holiday, the payment shall be due on the first business day after such weekend or banking holiday.

3.      If Invisible Narratives does not timely receive any payment required from Next Level hereunder, subject to Paragraph 4 below, Next Level shall owe and immediately pay Invisible Narratives the sum of (i) $200,000, less any payments actually received by Invisible Narratives pursuant to this stipulation, and (ii) any additional reasonable attorneys' fees and costs incurred by Invisible Narratives in securing compliance with this stipulation.  This amount ($200,000) is less than the amount of fees and costs actually sought by Invisible Narratives in connection with the DMCA takedown that was the subject of the contempt proceedings, including the motion practice and hearing.  The foregoing agreement does not preclude Invisible Narratives from seeking a finding of contempt of any Order entered pursuant to this stipulation, and such additional relief from the Court as warranted.

4.      Notwithstanding Paragraph 3 above, if Invisible Narratives does not timely receive a payment required from Next Level hereunder, then Invisible Narratives shall promptly meet and confer with Next Level in good faith in an effort to resolve any disputes between the Parties relating to the actual or asserted violation of this stipulation before seeking relief from the Court, so long as (a) Next Level is able to prove that technical issues or events constituting *force majeure* not within Next Level's or Next Level's counsel's control caused Next Level's payment to be untimely; (b) the delay is no more than one (1) business day; and (c) Next Level provides notice and verification of such events to Invisible Narratives promptly.  Failure to satisfy all of the requirements of this Paragraph 4(a)-(c) may not be used as an excuse for any delayed payment.

5.      The Parties agree that this stipulation shall be subject to an Order of this Court and fully enforceable by the Court.

JOINT STIPULATION REGARDING AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS

Respectfully submitted,

DATED:  February 18, 2026          GREENBERG TRAURIG, LLP


By /s/ Justin A. MacLean
Justin A. MacLean
Amy L. Kramer

Attorneys for Plaintiff
Invisible Narratives LLC


DATED:  February 18, 2026          FOX ROTHSCHILD, LLP


By /s/ Cali Spota
Jonathan Lagarenne
Cali Spota
Jonathan Madara
Attorneys for Defendant
Next Level Apps Technology – FZCO

JOINT STIPULATION REGARDING AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY
INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Justin A. MacLean, counsel for Invisible Narratives LLC, attest that all Signatories have concurred in the filing of the document.

DATED:  February 18, 2026          Greenberg Traurig, LLP


By */s/ Justin A. MacLean*
          Justin A. MacLean

Attorneys for Invisible Narratives LLC

JOINT STIPULATION REGARDING AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS

# [PROPOSED] ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: February 19 _____, 2026          By: _____
Hon. Noël Wise
UNITED STATES DISTRICT JUDGE

JOINT STIPULATION REGARDING AGREEMENT TO PAY REASONABLE FEES AND COSTS INCURRED BY
INVISIBLE NARRATIVES RELATING TO ITS MOTION FOR CIVIL CONTEMPT AND SANCTIONS