Ian C. Ballon (SBN 141819)
GREENBERG TRAURIG, LLP
1900 University Avenue, 5th Floor
East Palo Alto, California  94303
Telephone:  650.289.7881
Facsimile:  650.462.7881
Email:   ballon@gtlaw.com

Jie (Lisa) Li (SBN 260474)
Kristin O'Carroll (SBN 312902)
GREENBERG TRAURIG, LLP
101 Second Street, Suite 2200
San Francisco, California  94105
Telephone:  415.655.1300
Email:   lil@gtlaw.com
            ocarrollk@gtlaw.com

Amy L. Kramer (Pro Hac Vice)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  303.572.6500
Email:   Amy.Kramer@gtlaw.com

Justin A. MacLean (Pro Hac Vice)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York  10017
Telephone:  212.801.9200
Email:  Justin.MacLean@gtlaw.com


Attorneys for Plaintiff
Invisible Narratives LLC


# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>        Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>        Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>[PROPOSED] ORDER GRANTING REQUEST FOR LEAVE TO WITHDRAW AS COUNSEL FOR INVISIBLE NARRATIVES, LLC<br><br>JUDGE:    Hon. Noël Wise |

1

CASE NO. 3:25-cv-01644-NW

[PROPOSED] ORDER

Before the Court is Plaintiff and Cross-defendant Invisible Narratives, LLC's ("Invisible Narratives") request for an order permitting Ian Ballon, Lisa Li, and Kristin O'Carroll of Greenberg Traurig, LLP to withdraw as counsel of record.

Having read the request, and good cause appearing for the relief requested therein, Invisible Narratives' request is hereby GRANTED.

Dated:  March 31, 2026

United States District Judge Noël Wise

CASE NO. 3:25-cv-01644-NW

[PROPOSED] ORDER