Jonathan Lagarenne (*Pro Hac Vice*)
Cali Spota (*Pro Hac Vice*)
Jonathan Madara (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jlagarenne@foxrothschild.com
        cspota@foxrothschild.com
        jmadara@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Email:jpraetzellis@foxrothschild.com

John Joseph Shaeffer (SBN138331)
 FOX ROTHSCHILD
10250 Constellation Blvd, Ste 900
Los Angeles, California 90067-6275
Email: jshaeffer@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology – FZCO
[*Full Counsel listing on signature page*]

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC, | CASE NO. 5:25-cv-01644-NW |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINES PROVIDED IN COURT'S ORDER REGARDING MOTION TO STRIKE (ECF 118).** |
| v. | |
| NEXT LEVEL APPS TECHNOLOGY – FZCO, | |
| Defendant. | |

1

JOINT STIPULATION REQUESTING AN EXTENSION OF THE ORDER REGARDING MOTION TO STRIKE SCHEDULE

Defendant Next Level Apps Technology–FZCO ("Defendant") respectfully requests leave for a modest extension of the deadlines established by the Court in its Order of **April 1, 2026** Granting Motion to Strike and Order Denying Motion for Extension of Time ("Order") (ECF 118), and Plaintiff Invisible Narratives ("Plaintiff") has agreed to stipulate to that request. In support of this Request, the Parties stipulate as follows:

WHEREAS, pursuant to the Order, the Court granted Next Level leave to file an opposition to Invisible Narrative's Motion to Dismiss the first amended counterclaims ("FACC") by **April 8, 2026**;

WHEREAS, the Order provides that Plaintiff Invisible Narratives LLC ("Plaintiff" or "Invisible Narratives") may file a reply by **April 15, 2026**;

WHEREAS, pursuant to the Order, Invisible Narratives may file a motion seeking sanctions or moving for attorney's fees by **April 15 2026**;

WHEREAS, on **April 3, 2026,** Defendant sought Plaintiff's consent for a short extension of the April 8 deadline in light of certain scheduling constraints arising from, *inter alia*, pre-planned vacations, the 2026 Passover and Easter holidays, and to accommodate that request and avoid an extension that conflicts other deadlines and professional obligations of all counsel.  In view of that request, the Parties agreed to a short extension of the deadlines established by the Court in the Order;

WHEREAS, under the Parties' agreement, the deadline for Defendant's response is extended by three (3) business days and the deadline for Plaintiff's anticipated motion is extended by two (2) business days;

WHEREAS, the Parties agree that good cause exists for a short extension the deadlines established by the Court;

WHEREAS, the Parties' agreement is contingent upon and subject to Court approval, and in the absence of the Court's Order granting this request in full by April 8, all deadlines shall remain as stated in ECF 118;

WHEREAS, the Parties agree that the requested extension will not cause any unnecessary delay, unfairly prejudice any other party, or impact any current deadlines set

JOINT STIPULATION REQUESTING AN EXTENSION OF THE ORDER REGARDING MOTION TO STRIKE SCHEDULE

by the Court;

WHEREAS, this is the Parties' first request for an extension of time to comply with the deadlines provided in the Order, other than the extension contained in the Order itself of the January 6, 2026 deadline for Defendant to file its opposition to Plaintiff's Motion to Dismiss the First Amended Counterclaims;

NOW, THEREFORE, the Parties hereby stipulate and jointly request to extend the deadlines in connection with the Order, and respectfully request that the Court issue an order granting the following modification to the schedule:

| Event | Current Deadline | Proposed Modified Deadline |
|---|---|---|
| Next Level's Opposition to Plaintiff's Motion to Dismiss the First Amended Counterclaims | Wednesday, April 8, 2026 | Monday, April 13, 2026 |
| Invisible Narratives' deadline to seek sanctions or reasonable attorneys' fees | Wednesday, April 15, 2026 | Friday, April 17, 2026 |
| Invisible Narratives' Reply in support of its Motion to Dismiss the First Amended Counterclaims | Wednesday April 15, 2026 | Friday, April 23, 2026 |

Respectfully submitted,

DATED:  April 6, 2026          FOX ROTHSCHILD, LLP


By */s/Jonathan R. Lagarenne*
    Jonathan Lagarenne
    Cali Spota
    Jonathan Madara
    Attorneys for Defendant
    Next Level Apps Technology – FZCO


DATED:  April 6, 2026          COOLEY LLP



By */s/ Bobby A. Ghajar*
    Bobby A. Ghajar
    Stephanie Schuyler

    Attorneys for Plaintiff
    Invisible Narratives LLC

GRANTED

Judge Noël Wise

JOINT STIPULATION REQUESTING AN EXTENSION OF THE ORDER REGARDING MOTION TO STRIKE SCHEDULE