Bobby A. Ghajar (SBN 198719)
Aastha Rajdeep Sharma (SBN 366392)
COOLEY LLP
355 S. Grand Avenue, Suite 900
Los Angeles, California  90071
Telephone:  310.883.6400
Email: bghajar@cooley.com

Stephanie Schuyler (*Pro Hac Vice*)
COOLEY LLP
55 Hudson Yards
New York, New York 10001
Telephone: (212) 479-6000
Email: sschuyler@cooley.com

Amy L. Kramer (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
1144 15th Street, Suite 3300
Denver, Colorado  80202
Telephone:  303.572.6500
Email:   Amy.Kramer@gtlaw.com

Justin A. MacLean (*Pro Hac Vice*)
GREENBERG TRAURIG, LLP
One Vanderbilt Avenue
New York, New York  10017
Telephone:  212.801.9200
Email:  Justin.MacLean@gtlaw.com

Attorneys for Plaintiff
Invisible Narratives LLC

Jonathan Lagarenne (*Pro Hac Vice*)
Cali Spota (*Pro Hac Vice*)
Jonathan Madara (*Pro Hac Vice*)
FOX ROTHSCHILD LLP
212 Carnegie Center, Suite 400
Princeton, New Jersey 08540
Email: jsmedley@foxrothschild.com
         cspota@foxrothschild.com

Jack Praetzellis (SBN 267765)
FOX ROTHSCHILD LLP
345 California Street, Suite 2200
San Francisco, California 94104
Email:jpraetzellis@foxrothschild.com

John Joseph Shaeffer (SBN138331)
 FOX ROTHSCHILD
10250 Constellation Blvd, Ste 900
Los Angeles, California 90067-6275
Email: jshaeffer@foxrothschild.com

Attorneys for Defendant
Next Level Apps Technology – FZCO

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| INVISIBLE NARRATIVES LLC,<br><br>    Plaintiff,<br><br>v.<br><br>NEXT LEVEL APPS TECHNOLOGY – FZCO,<br><br>    Defendant. | CASE NO. 5:25-cv-01644-NW<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER REGARDING AGREEMENT ON PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS, FEES AND COSTS CONTEMPLATED BY ORDER OF APRIL 1, 2026 (ECF NO. 118)** |

JOINT STIPULATION REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS PURSUANT TO ECF NO. 118

Plaintiff Invisible Narratives LLC ("Plaintiff") and Defendant Next Level Apps Technology–FZCO ("Defendant") (collectively the "Parties"), hereby stipulate as follows:

WHEREAS, the Parties previously disputed the propriety of Defendant's filing of Second Amended Counterclaims and Amended Answer (the "SACC," ECF Nos. 84, 86), and the Parties submitted multiple filings related to the dispute over the propriety of the SACC, including full briefing on Plaintiffs Motion to Strike and Dismiss the SACC (the "Motion to Strike," ECF Nos. 90, 97, 103), and briefing on Defendant's Administrative Motion for Extension of Time to file the SACC (ECF Nos. 107, 110);

WHEREAS, on April 1, 2026, the Court issued an order (the "April 1 Order") that granted Plaintiff's Motion to Strike, denied Defendant's motion for an extension of time to file the SACC, permitted Defendant to file an opposition to the Motion to Dismiss the First Amended Counterclaims by April 8, 2026, and ordered Plaintiff to file any reply by April 15, 2026;

WHEREAS, the April 1 Order provided that "[n]othing in this Order prevents Invisible Narratives from seeking sanctions or moving for attorney's fees, but Invisible Narratives must do so by April 15, 2026" (ECF No. 118);

WHEREAS, the Parties stipulated to extend the deadlines set forth in ECF No. 118 (ECF No. 119), which the Court granted (ECF No. 120);

WHEREAS, on April 8, 2026, counsel for Plaintiff advised counsel for Defendant that Plaintiff intended to move for sanctions pursuant to ECF No. 118;

WHEREAS, the Parties met and conferred regarding Plaintiff's anticipated motion for sanctions, counsel fees and costs and to avoid motion practice and the interest of efficiency and economy, Defendant's counsel, Fox Rothschild LLP agreed to stipulate to the amount of attorneys' fees to be paid to Plaintiff to resolve the anticipated motion for sanctions per ECF No. 118;

NOW, THEREFORE, the Parties hereby stipulate and agree that:

1. Defendant's counsel, Fox Rothschild LLP, will pay $105,000 (USD) to Plaintiff by April 16, 2026, by check provided to Plaintiff's counsel by courier.

JOINT STIPULATION REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS PURSUANT TO ECF NO. 118

2. The Parties agree that this Stipulation, and the payment pursuant to it, is solely to avoid and resolve Plaintiff's anticipated motion for sanctions invited by the Court's Order at ECF No. 118 and is without prejudice to the Parties' right to seek sanctions and/or attorneys' fees related to any other issue in this Action, including but not limited to Plaintiff's right to seek potential relief pending the outcome of Plaintiff's Motion to Dismiss the First Amended Counterclaims (ECF No. 62), regarding which briefing is ongoing (ECF Nos. 78, 123) and Defendant's right to oppose any such potential relief.

Respectfully submitted,

DATED:  April 15, 2026              COOLEY LLP


By  */s/ Bobby Ghajar*
Bobby A. Ghajar
Stephanie Schuyler

Attorneys for Plaintiff
Invisible Narratives LLC


DATED:  April 15, 2026              FOX ROTHSCHILD, LLP


By  */s/ Cali Spota*
Cali Spota
Attorneys for Defendant
Next Level Apps Technology – FZCO

JOINT STIPULATION REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS PURSUANT TO ECF NO. 118

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Bobby Ghajar, counsel for Plaintiff, attest that all Signatories have concurred in the filing of the document.

DATED:  April 15, 2026          COOLEY LLP


By */s/ Bobby Ghajar*
Bobby Ghajar

Attorneys for Plaintiff
Invisible Narratives LLC

JOINT STIPULATION REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS PURSUANT TO ECF NO. 118

# [PROPOSED ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____April 21___ , 2026          By:_____

Hon. Noël Wise
UNITED STATES DISTRICT JUDGE

GRANTED

Judge Noël Wise

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

JOINT STIPULATION REGARDING PLAINTIFF'S ANTICIPATED MOTION FOR SANCTIONS PURSUANT TO ECF NO. 118