# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

INVISIBLE NARRATIVES, LLC,

      Plaintiff,

      v.

NEXT LEVEL APPS TECHNOLOGY-FZCO,

      Defendant.

---

NEXT LEVEL APPS TECHNOLOGY-FZCO,

      Third-Party Plaintiff and
      Counterclaim Plaintiff,

      v.

INVISIBLE NARRATIVES LLC and
ALEXEY GERASIMOV,

      Counterclaim Defendant and
      Third-Party Defendant.

Case No. 5:25-cv-01644-NW

**JOINT STIPULATION OF VOLUNTARY DISMISSAL AND [PROPOSED] ORDER**

Pursuant to Civil Local Rule 7-12 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff Invisible Narratives LLC ("Invisible" or "Plaintiff") and Defendant Next Level Apps Technology FZCO ("Next Level" or "Defendant") (collectively referred to herein as the "Parties"), by and through their respective attorneys of record, hereby stipulate and agree as follows:

1.      The Parties have entered into a confidential settlement agreement (the "Settlement Agreement").

2.      The Parties stipulate and jointly request that the Court enter the attached proposed order (the "Proposed Order") holding that the copyright registrations asserted by Next Level in its Counterclaims (ECF No. 40) are invalid;

186281673.1

3.      The Parties jointly stipulate and agree that following entry of the Proposed Order, all claims and counterclaims filed by the Parties in the above-captioned action are voluntarily dismissed with prejudice and without costs or attorneys' fees to any Party.  Each Party shall bear its own attorneys' fees and costs.  No further claims or counterclaims remain, and this Action is hereby dismissed with prejudice, but the Court will retain continuing jurisdiction to enforce the Settlement Agreement.  The clerk is respectfully requested to close the matter.

IT IS SO STIPULATED.

Date: July 9, 2026

| **NEXT LEVEL APPS TECHNOLOGY-FZCO** | **INVISIBLE NARRATIVES LLC** |
|---|---|
| By:  /s/ Ely Goldin | By:   /s/ Bobby A. Ghajar |
| Cali R. Spota (Pro Hac Vice) | Bobby A. Ghajar (SBN 198719) |
| Ely Goldin (Pro Hac Vice) | Aastha R. Sharma (SBN 366392) |
| Jonathan Lagarenne (Pro Hac Vice) | COOLEY LLP |
| Jonathan Madara (Pro Hac Vice) | 355 S. Grand Avenue, Suite 900 |
| FOX ROTHSCHILD LLP | Los Angeles, California 90071 |
| 212 Carnegie Center, Suite 400 | Telephone: (310) 883-6400 |
| Princeton, NJ 08540 | |
| Telephone: 609.896.3600 | Stephanie Schuyler (Pro Hac Vice) |
| Facsimile: 609.896.1469 | COOLEY LLP |
| | 55 Hudson Yards |
| Jack Praetzellis (SBN 267765) | New York, New York 10001 |
| FOX ROTHSCHILD LLP | Telephone: (212) 479-6000 |
| 345 California Street, Suite 2200 | |
| San Francisco, CA 94104 | |
| Telephone:     (415) 364-5540 | |
| Facsimile:     (415) 391-4436 | |

186281673.1

**ATTESTATION PURSUANT TO LOCAL RULE 5-1(i)(3):**

I, Bobby Ghajar, counsel for Plaintiff, attest that all Signatories have concurred in the filing of the document.

Dated: July 9 , 2026                    COOLEY LLP

                                By:  */s/ Bobby Ghajar*
                                Bobby Ghajar
                                Attorneys for Plaintiff
                                Invisible Narratives, LLC
                                    .

4

186281673.1

## ~~[PROPOSED]~~ ORDER

IT IS HEREBY ORDERED THAT the following copyright registrations asserted by

Next Level in its Counterclaims (ECF No. 40) are invalid:

| Jurisdiction | Copyright Claimant | Registration Title | Registration Number | Registration Date |
|---|---|---|---|---|
| United States | Next Level Apps Technology — FZCO | Graphic image «TV Titan hero» | VA 2-378-393 | November 10, 2023 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Speakerbody titan hero» | VA 2-378-400 | November 10, 2023 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Camerahead hero» | VA 2-377-695 | November 10, 2023 |
| United States | Next Level Apps Technology — FZCO | Graphic image «TV Female hero» | VA 2-389-819 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Scholar toilet hero» | VA 2-389-825 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Principal Toilethead hero» | VA 2-389-822 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Original Camerahead hero» | VA 2-389-823 | January 31, 2024 |
| United States | Next Level Apps | Graphic image «Original | VA 2-389-821 | January 31, 2024 |

5

186281673.1

| | Technology — FZCO | Speakerbody titan hero» | | |
|---|---|---|---|---|
| United States | Next Level Apps Technology — FZCO | Graphic image «Modified TV Titan hero» | VA 2-389-818 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Modified Camerahead hero» | VA 2-389-824 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Drillbody Titan» | VA 2-389-815 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Dark speakehead hero» | VA 2-389-816 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Dark Camerahead female hero» | VA 2-389-820 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Clockbody Titan hero» | VA 2-389-817 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image Police humanoid toilet | VA 2-406-372 | April 12, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image Double chainsaw toilet | VA 2-406-329 | April 12, 2024 |
| United States | Next Level Apps | Graphic image Warrior cosmic toilet | VA 2-406-330 | April 12, 2024 |

6

186281673.1

| | | | | |
|---|---|---|---|---|
| | Technology — FZCO | | | |
| United States | Next Level Apps Technology — FZCO | Graphic image «Tooth-free dragon dancing» | VA 2-389-826 | January 31, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image Manipulator toilet hero | VA 2-406-373 | April 12, 2024 |
| United States | Next Level Apps Technology — FZCO | Graphic image «Flying Whirring Saw hero» | VA 2-404-043 | January 31, 2024 |

IT IS FURTHER ORDERED THAT, all claims and counterclaims filed by the Parties in the above-captioned action having been dismissed with prejudice and without costs or attorneys' fees to any Party, each Party bearing its own attorneys' fees and costs, and there remaining no further claims or counterclaims in the case, the clerk is respectfully requested to close the matter. The Court retains jurisdiction to enforce the Settlement Agreement.

SO ORDERED:   July 13, 2026

_____
Honorable Noel Wise
United States District Judge

7

186281673.1